Hinton

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Webster Industries
c/o The Corporation Company
2000 INterstate Park Dr. Ste 204
Montgomery, AL 36109

2:05CV971 (Cmp/sumn 20 dy)

2. Article Number
(Transfer from service label)

7005 1160 0004 6820 4097

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S. Slauson                      10-14-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540