AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE          DISTRICT OF   ALABAMA

DARRELL HINSON

V.

WEBSTER INDUSTRIES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv971-D

RETURNED AND FILED
OCT 27 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of defendant)
Webster Industries
c/o The Corporation Company
2000 Interstate Park Dr. Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis
Andy Nelms
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

October 13, 2005
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                *Date*                                    *Signature of Server*

                                         _____
                                              *Address of Server*

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CT** CORPORATION

October 24, 2005

Jay Lewis
PO Box 5059
Montgomery, AL 36103

RE:   **Webster Industries, Inc.**

To Whom It May Concern:

We have attempted to forward service of process in the above matter to the defendant identified as **Webster Industries, Inc.** The company has returned the documents stating that they are in no way related to the **Webster Industries, Inc.** in Alabama. We act as registered agent for **Webster Industries, Inc.,** however the company has returned the service and we currently represent no other company by the name of **Webster Industries, Inc.** in this state. Therefore, we now return the documents served to you.

Please find enclosed the original documents served. Please take the appropriate steps to amend your records as necessary.

Sincerely,

Connie Tinsley
The Corporation Company

RECEIVED
OCT 2 6 2005
BY:_____

2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109
Tel. 334 387 7680
Fax 334 387 7682

A WoltersKluwer Company

**WEBSTER INDUSTRIES, INC.**
ISO 9001

325 Hall St.   Tiffin, OH 44883-1471
1-800-243-9327   (419) 447-8232   Fax (419) 448-1618

October 19, 2005

CT Corporation
Suite 204
2000 Interstate Park Drive
Montgomery, Alabama  36109

Attention:   Supervisor Of Process

Subject:   Darrell Hinson, Pltf. vs. Webster Industries, Dft.
U. S. District Court Middle District of Alabama Northern
Division, Al – Case #2:05 cv 971 D

Ladies and Gentlemen:

We are returning the subject Service Of Process Transmittal form and attachment we received from your office. We are not in any way associated with this Webster in Montgomery, Alabama. We have not had subject person in our employ.

Let me know if you need anything more from us.

Thank you.

Sincerely,

WEBSTER INDUSTRIES, INC.

*Susan Graham*
Susan Graham
Administrative Assistant

sg

Enclosure

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
10/14/2005
Log Number 510620018

**TO:** Fred C Spurck
WEBSTER INDUSTRIES, INC.
325 HALL ST
TIFFIN, OH, 44883

**RE:** **Process Served in Alabama**

**FOR:** Webster Industries, Inc. (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Darrwll Hinson, Pltf. vs. Webster Industries, Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | US District Court Middle District of Alabama Northern Division, Al  Case # 2:05 cv 971 D |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination - Complaint alleges race discrimination |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Montgomery, AL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/14/2005 postmarked on 10/11/2005 |
| **APPEARANCE OR ANSWER DUE:** | 20 days |
| **ATTORNEY(S) / SENDER(S):** | Jay Lewis & Andy Nelms  PO Box 5059  Montgomery, AL, 36103 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790678721914 |
| **SIGNED:** | The Corporation Company |
| **ADDRESS:** | 2000 Interstate Park Drive  Suite 204  Montgomery, AL, 36109 |
| **TELEPHONE:** | 334-387-7680 |

Page 1 of 1 / CT

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

United States District Court
P. O. Box 711
Montgomery, AL 36101-0711

Webster Industries
c/o The Corporation Company
2000 Interstate Park Dr. Ste 204
Montgomery, AL 36109



CERTIFIED MAIL

7005 1160 0004 6820 4097