# UNITED STATES DISTRICT COURT

MIDDLE  DISTRICT OF  ALABAMA

DARRELL HINSON

V.

WEBSTER INDUSTRIES

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV971-D

TO: (Name and address of defendant)
Webster Industries
2740 W. Gunter Park Drive
Montgomery, AL 36029

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis
Andy Nelms
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                  October 28, 2005
CLERK                                             DATE

*Danna M. Moyfleet*
(BY) DEPUTY CLERK

