Hinson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Webster Industries
2740 W. Gunter Park Drive
Montgomery, AL 36029

2:05cv971 (alias vao cmp 20 dys)

2. Article Number
(Transfer from service label)     9220 5925 0000 0660 5002

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jennifer Keodouangdy_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
J. Keodouangdy                     10-31-05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☒ Yes