IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. 2:05-cv-971-ID-CSC |
| ) | |
| WEBSTER INDUSTRIES, ) | |
|     Defendant. ) | |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

COMES NOW Plaintiff Darrell Hinson against the above-captioned defendant and would show unto the Court as follows:

1. The Complaint against the defendant was filed in this Court on or about October 11, 2005.

2. An Alias Summons was issued on or about October 28, 2005.

3. The service of Alias Summons was perfected by certified mail on or about November 1, 2005, as evidenced by a Return Receipt Card.

4. The defendant was due to file an answer to the Complaint by on or before November 21, 2005.

5. The defendant has failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure.

6. The above facts are spread upon the record of the Court.

7. Plaintiff is entitled to the Court's entry of judgment by default pursuant to Rule 55(b)(2), F.R.Civ.P.

8. The affidavit of Plaintiff's counsel is attached hereto.

RESPECTFULLY SUBMITTED on this the 21st day of December, 2005.

/s/ JAY LEWIS
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J