IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL HINSON,<br>  Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 2:05-cv-971-ID-CSC |
| WEBSTER INDUSTRIES,<br>  Defendant. | )<br>)<br>) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

COMES NOW Jay Lewis, counsel of record for Plaintiff Darrell Hinson against the above-captioned defendant and would show unto the Court as follows:

1. My name is Jay Lewis. I am counsel of record for Darrell Hinson, Plaintiff herein.

2. The Complaint against the defendant was filed in this Court on or about October 11, 2005.

3. Because the original Summons and Complaint were returned to the Court unexecuted, an Alias Summons was issued on or about October 28, 2005.

4. The service of Alias Summons was perfected by certified mail on or about November 1, 2005, as evidenced by a Return Receipt Card, of which I have a copy and have reviewed.

5. The defendant was due to file an answer to the Complaint by on or before November 21, 2005.

6. After diligent review, I have concluded that the defendant has failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure. No answer or other pleading from the defendant appears in the CM/ECF Docket Report for the above-styled cause, nor has Plaintiff's counsel received any such pleading.

7. Plaintiff is entitled to the Court's entry of judgment by default pursuant to Rule 55(b)(2), F.R.Civ.P.

SIGNED on this the 21st day of December, 2005.

_____
Jay Lewis
Plaintiff's Counsel

SWORN TO and SUBSCRIBED before me this 21st day of December, 2005.

_____
Dana A English
NOTARY PUBLIC, Alabama at Large

My commission expires 9/19/07