IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv971-D |
| | ) |
| WEBSTER INDUSTRIES, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Before the court is Plaintiff Darrell Hinson's ("Plaintiff") Motion for Entry of Judgment by Default, filed December 21, 2005. (Doc. No. 7.) For the reasons to follow, the court finds that the Motion is due to be denied without prejudice.

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff moves for a default judgment against Defendant Webster Industries for its failure to plead or otherwise defend. Plaintiff, however, has not complied with Rule 55(a) of the Federal Rules of Civil Procedure which governs the procedure for obtaining a default judgment. Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Fed. R. Civ. P. 55(a). Thereafter, a party may seek a default judgment from either the district judge or the clerk of the court, depending upon whether the damages are for a "sum certain." Fed. R. Civ. P. 55(b).

Here, Plaintiff has applied to the court for a default judgment without having obtained an entry of default from the clerk of the court as provided in Rule 55(a). The court, thus, finds that a ruling on Plaintiff's Motion for Entry of Judgment by Default is premature at this time. After Plaintiff has complied with the requirements of Rule 55(a), he may move again for a default judgment, if desired.

Upon CONSIDERATION thereof, it is ORDERED that Plaintiff's Motion for Entry of Judgment by Default be and the same is hereby DENIED without prejudice to the right of Plaintiff to renew said Motion after he has complied with Rule 55(a) of the Federal Rules of Civil Procedure.

DONE this 23rd day of December, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE