IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-cv-971-ID-CSC |
| | ) |
| WEBSTER INDUSTRIES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ENTRY OF DEFAULT

It appearing that defendant Webster Industries, was duly served with an alias summons and complaint on October 31, 2005, as set out in the affidavit of Jay Lewis, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on December 23, 2005, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Webster Industries.

DONE THIS 27th day of December, 2005.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA