IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON,         ) | |
|    Plaintiff,         ) | |
|                 ) | |
|    v.         ) | Civil Action No. 2:05-cv-971-ID-CSC |
|                 ) | |
| WEBSTER INDUSTRIES,         ) | |
|    Defendant.         ) | |

## MOTION FOR JUDGMENT BY DEFAULT

COMES NOW Plaintiff Darrell Hinson against the above-captioned defendant and would show unto the Court as follows:

1. The Complaint against the defendant was filed in this Court on or about October 11, 2005.

2. An Alias Summons was issued on or about October 28, 2005.

3. The service of Alias Summons was perfected by certified mail on or about November 1, 2005, as evidenced by a Return Receipt Card.

4. The defendant was due to file an answer to the Complaint by on or before November 21, 2005.

5. The defendant has failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure.

6. The Clerk of the Court has now entered the defendant's default. (Doc. 11).

7. The above facts are spread upon the record of the Court.

8. Having complied with the requirements of Rule 55(a), F.R.Civ.P., Plaintiff is entitled to judgment by default pursuant to Rule 55(b)(2), F.R.Civ.P.

9. Plaintiff's claim in this employment discrimination case is not for a sum certain, as it includes ongoing economic damages in addition to reputational damages, emotional distress and mental anguish.

10. Plaintiff prays that the Court will set this matter down for a trial by jury for a determination of damages due to Plaintiff.

RESPECTFULLY SUBMITTED on this the 27th day of December, 2005.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J