IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:05cv971-D ) |
| WEBSTER INDUSTRIES, | ) ) |
|     Defendant. | ) |

**ORDER**

Before the court is Plaintiff Darrell Hinson's Motion for Judgment by Default, filed December 27, 2005, in which Plaintiff moves the court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, to enter default judgment against Defendant Webster Industries.  The record reflects that Plaintiff has complied with the procedural requirements for obtaining a default judgment, as he has obtained an entry of default from the clerk based upon Defendant's failure to make an appearance in this action or otherwise offer a defense.  See Fed. R. Civ. P. 55(a).  However, because Plaintiff has represented that the damages sought in this employment discrimination lawsuit are not for a sum certain, the court needs to determine the amount of damages that the defaulting Defendant is obligated to pay prior to the entry of final judgment in Plaintiff's favor.  See Sec. and Exchange Comm'n v. Smyth, 420 F.3d 1225, 1231 (11th Cir. 2005). Accordingly, it is CONSIDERED and ORDERED that, on or before January 13, 2006, Plaintiff file a brief as to the appropriate amount of damages, together with evidence to

support the requested amount, so that the court can make a fully informed determination of damages.[1]

DONE this 29th day of December, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] After the court has reviewed Plaintiff's brief and evidentiary submission, it will decide whether or not to schedule an evidentiary hearing and/or oral argument. See <u>Sec. and Exchange Comm'n</u>, 420 F.3d at 1231 n.13.