
## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON,<br>　　Plaintiff, | )<br>)<br>) |
| v. | )　Civil Action No. 2:05-cv-971-ID-CSC<br>) |
| WEBSTER INDUSTRIES,<br>　　Defendant. | )<br>)<br>) |

### AFFIDAVIT OF DARRELL HINSON

BEFORE ME, the undersigned authority, personally appeared Darrell Hinson who is known to me and who, being first duly sworn upon his oath, did depose and say as follows:

"My name is Darrell Hinson, Plaintiff in the above-styled case. I make this affidavit upon personal knowledge of the facts contained herein.

"I worked for Webster Industries (also operating under the name, Bes Pak) from February, 2002, until terminated in April 2004. When I was terminated, I was working a scheduled 60 hours per week at a base hourly rate of $11.97 for the first 40 hours and $17.96 for the next 20 hours, for an annualized pay (with some additional overtime) of $46,804.00 during calendar year 2003. For all the jobs I held and the self-employment income I generated through operating my own truck during the nine months of 2003 following my termination, I earned approximately $9,111.00, for an annualized income of $12,144.00. During 2005, I worked for Alabama Food Service and Pemberton Truck Line, earning a total of $29,326.00 for the year. I am still employed with Alabama Food Service at an hourly rate of $8.50.

"My income tax returns for the years 2002 - 2004 are enclosed as exhibits A, B, and C, respectively. As I have not yet filed a return for 2005, and have not received W-2 forms for that



EXHIBIT 1

year, I have enclosed a representative driver settlement summary for Pemberton Truck Line (Exhibit D) and a representative pay stub for Alabama Food Service (Exhibit E).

"I am requesting that the Court award me back pay of $47,370.00, representing the difference between what I should have earned and what I actually did earn for the past 22 months, front pay of $34,957.00, representing the difference between what I should make for the next 24 months and what I realistically expect to earn, plus fees and costs."

"I am also requesting that the Court award me $300,000.00 in compensatory damages. Since my termination I was forced into bankruptcy. I filed first on January 3, 2005 (case number 05-30014), and voluntarily dismissed it, thinking I would be able to work through my debts and obligations without the assistance of the courts. When I was unable to do so, I filed a second petition on August 15, 2005 (case number 05-32375), and I am currently operating under that plan. I have attached the initial pages of each filing as Exhibits F and G.

"The loss of my job and the resulting economic chaos has caused me great emotional distress. I have been depressed and have suffered anxiety both over my financial condition and over the way I was treated by Webster Industries. I was terminated for a violation for which a white person was not terminated, and there is no difference between us other than the color of our skin. I have had trouble sleeping, I have gained weight. I find myself distracted, sad, and angry, successively. I have trouble focusing on my job, and I find that I am more sensitive than I was to perceived discriminatory events. I would now describe myself as hypervigilant.

"I have described my financial and emotional state to my attorney and he has assisted me with putting my damages into words. Everything described above is true and correct to my certain knowledge.

Further, affiant saith not.

_____
DARRELL HINSON, Affiant

SWORN TO and SUBSCRIBED before me this __3__ day of January, 2006.

_____
NOTARY PUBLIC, Alabama at Large

My commission expires __11/15/08__

| Form **8879** | IRS e-file Signature Authorization | OMB No. 1545-1758 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not send to the IRS. Keep for your records.<br>▶ See Instructions. | **2002** |

Declaration Control Number (DCN) ▶ 00-632191-    -3

| Taxpayer's name | Social security number |
|---|---|
| DARRELL D. HINSON | 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 |
| Spouse's name | Spouse's social security number |

### Part I — Tax Return Information - Tax Year Ending December 31, 2002 (Whole Dollars Only)

| | | |
|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 35; Form 1040A, line 21; Form 1040EZ, line 4) | 1 | 34,441 |
| 2 | Total tax (Form 1040, line 61; Form 1040A, line 38; Form 1040EZ, line 10) | 2 | 2,729 |
| 3 | Federal income tax withheld (Form 1040, line 62; Form 1040A, line 39; Form 1040EZ, line 7) | 3 | 4,696 |
| 4 | Refund (Form 1040, line 71a; Form 1040A, line 45a; Form 1040EZ, line 11a) | 4 | 1,967 |
| 5 | Amount you owe (Form 1040, line 73; Form 1040A, line 47; Form 1040EZ, line 12) | 5 | |

### Part II — Declaration and Signature Authorization of Taxpayer

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2002, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I acknowledge that I have read the Consent to Disclosure and, if applicable, Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return and I agree to the provisions contained therein. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize **HR Block** to enter my PIN **41963** as my signature
    ERO firm name                                    do not enter all zeros
on my tax year 2002 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2002 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN Program. The ERO must complete Part III below.

Your signature ▶ /s/ Darrell Hinson    Date ▶ 02/01/2003

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter my PIN _____ as my signature
    ERO firm name                         do not enter all zeros
on my tax year 2002 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2002 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN Program. The ERO must complete Part III below.

Your signature ▶ _____    Date ▶ _____

**Practitioner PIN Method Returns Only - continue below**

### Part III — Certification and Authentication - Practitioner PIN Method

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.    **63219100005**
                                                                                             do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the tax year 2002 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN Program.

ERO's signature ▶ /s/ Tom McLeod    Date ▶ 02/01/2003

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form To the IRS Unless Requested To Do So**

EXHIBIT A

KBA  For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.
Form 8879 (2002)    FD8879-1V 1.0
Form Software Copyright 1996 - 2003 H&R Block Tax Services, Inc.

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 35095.71 |
| 2 | Federal income tax withheld | 4050.39 |
| 3 | Social security wages | 35095.71 |
| 4 | Social security tax withheld | 2175.93 |
| 5 | Medicare wages and tips | 35095.71 |
| 6 | Medicare tax withheld | 508.89 |
| a | Control Number | 006314 CYU |
|  | Dept. | 852809 |
|  | Corp. | A |
|  | Employer use only | 353 |
| c | Employer's name, address, and ZIP code | BES PAK & COMPANY INC, PO BOX 210339, MONTGOMERY AL 36121 |
| b | Employer's FED ID number | 63-0462045 |
| d | Employee's SSA number | 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 |
| 7 | Social security tips |  |
| 8 | Allocated tips |  |
| 9 | Advance EIC payment |  |
| 10 | Dependent care benefits |  |
| 11 | Nonqualified plans |  |
| 12a | See instructions for box 12 |  |
| 13 | Stat emp. / Ret. plan / 3rd party sick pay | X (Ret. plan) |
| 14 | Other |  |
| e/f | Employee's name, address and ZIP code | DARRELL DEWAYNE HINSON, P.O. BOX 9951, MONTGOMERY, AL 36108 |
| 15 | State | AL |
|  | Employer's state ID no. | 0004154 |
| 16 | State wages, tips, etc. | 35095.71 |
| 17 | State income tax | 1442.74 |
| 18 | Local wages, tips, etc. |  |
| 19 | Local income tax |  |
| 20 | Locality name |  |

W-2 Wage and Tax Statement 2002
Federal Filing Copy
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

| a Control number | | | OMB No. 1545-0008 | Safe, accurate, FAST! Use **IRS e-file** | Visit the IRS Web Site at www.irs.gov. |
|---|---|---|---|---|---|

| b Employer identification number | 1 Wages, tips, other compensation  6531.25 | 2 Federal income tax withheld  645.64 |
|---|---|---|
| c Employer's name, address, and ZIP code  ALABAMA FOOD SERVICE, INC.  [address illegible]  MONTGOMERY  AL  36101-4797 | 3 Social security wages  6531.25 | 4 Social security tax withheld  404.95 |
| | 5 Medicare wages and tips  6531.25 | 6 Medicare tax withheld  94.70 |
| | 7 Social security tips  .00 | 8 Allocated tips  .00 |
| d Employee's social security number | 9 Advance EIC payment  .00 | 10 Dependent care benefits  .00 |
| e Employee's name, address, and ZIP code  DARRELL G  [illegible]  P O BOX 3951  MONTGOMERY AL  36104 | 11 Nonqualified plans  .00 | 12a See instructions for box 12 |
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 149896 | 6531.25 | 256.70 | | | |

Form **W-2** Wage and Tax Statement  **2002**  Department of the Treasury—Internal Revenue Service
Copy B To Be Filed with Employee's FEDERAL Tax Return.  (Rev. February 2002)
This information is being furnished to the Internal Revenue Service.

| Form **8879** | **IRS e-file Signature Authorization** | OMB No. 1545-1758 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not send to the IRS. Keep this form for your records.<br>▶ See Instructions. | **2003** |

Declaration Control Number (DCN) ▶ 00-632191-   -4

| Taxpayer's name | Social security number |
|---|---|
| DARRELL D. HINSON | 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 |
| Spouse's name | Spouse's social security number |

### Part I  Tax Return Information - Tax Year Ending December 31, 2003 (Whole Dollars Only)

| | | |
|---|---|---:|
| 1 | Adjusted gross income (Form 1040, line 35; Form 1040A, line 22; Form 1040EZ, line 4) | 43,618 |
| 2 | Total tax (Form 1040, line 60; Form 1040A, line 38; Form 1040EZ, line 10) | 3,079 |
| 3 | Federal income tax withheld (Form 1040, line 61; Form 1040A, line 39; Form 1040EZ, line 7) | 5,773 |
| 4 | Refund (Form 1040, line 70a; Form 1040A, line 45a; Form 1040EZ, line 11a) | 2,694 |
| 5 | Amount you owe (Form 1040, line 72; Form 1040A, line 47; Form 1040EZ, line 12) | |

### Part II  Taxpayer Declaration and Signature Authorization  (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2003, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I acknowledge that I have read the Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return and I agree to the provisions contained therein. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize HR Block to enter my PIN  41963  as my signature
           ERO firm name                          do not enter all zeros
on my tax year 2003 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2003 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ *[signed]* Darrell Hinson            Date ▶ 01/28/2004

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter my PIN _____ as my signature
           ERO firm name                          do not enter all zeros
on my tax year 2003 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2003 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____            Date ▶ _____

### Practitioner PIN Method Returns Only - continue below

### Part III  Certification and Authentication - Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.  63219128805
                                                                                          do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the tax year 2003 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized e-file Providers.

ERO's signature ▶ *[signed]*            Date ▶ 01/28/2004

---

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form To the IRS Unless Requested To Do So**

EXHIBIT B

KBA  For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.

8879 (2003)          FD8879-1V 1.0

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 46804.55 |
| 2 | Federal income tax withheld | 5772.87 |
| 3 | Social security wages | 46804.55 |
| 4 | Social security tax withheld | 2901.38 |
| 5 | Medicare wages and tips | 46804.55 |
| 6 | Medicare tax withheld | 678.67 |
| a | Control Number | 006314 46/CYU 852309 |
| | Dept. | 635 |
| | Corp. | A |
| c | Employer's name, address, and ZIP code | BES PAK & COMPANY INC<br>PO BOX 210339<br>MONTGOMERY AL 36121 |
| b | Employer's FED ID number | 63-0462045 |
| d | Employee's SSA number | 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 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | |
| 13 | Stat emp, Ret. plan, 3rd party sick pay | X (Ret. plan) |
| 14 | Other | |
| e/f | Employee's name, address and ZIP code | DARRELL DEWAYNE HINSON<br>P.O. BOX 9951<br>MONTGOMERY AL 36108 |
| 15 | State / Employer's state ID no. | AL 004154 |
| 16 | State wages, tips, etc. | 46804.55 |
| 17 | State income tax | 1911.77 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

Federal Filing Copy
W-2 Wage and Tax Statement 2003
Copy B to be filed with employee's Federal Income Tax Return.
OMB No. 1545-0008

| Form **8879** | IRS e-file Signature Authorization | OMB No. 1545-1758 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not send to the IRS. Keep this form for your records.<br>▶ See Instructions. | 2004 |

Declaration Control Number (DCN) ▶ 00 – 632191 –        – 5

| Taxpayer's name | Social security number |
|---|---|
| DARRELL D HINSON | 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 |
| Spouse's name | Spouse's social security number |

### Part I — Tax Return Information - Tax Year Ending December 31, 2004 (Whole Dollars Only)

| | | |
|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 37; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 13,254 |
| 2 | Total tax (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 10) | 2 | 533 |
| 3 | Federal income tax withheld (Form 1040, line 63; Form 1040A, line 39; Form 1040EZ, line 7) | 3 | 1,693 |
| 4 | Refund (Form 1040, line 72a; Form 1040A, line 45a; Form 1040EZ, line 11a) | 4 | 1,160 |
| 5 | Amount you owe (Form 1040, line 74; Form 1040A, line 47; Form 1040EZ, line 12) | 5 | |

### Part II — Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2004, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I acknowledge that I have read the Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return and I agree to the provisions contained therein. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize HR BLOCK to enter my PIN  41963  as my signature
ERO firm name                                              do not enter all zeros
on my tax year 2004 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2004 electronically filed income tax return. Check this box **only** if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ /s/ Darrell Hinson         Date ▶ 02/12/2005

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter my PIN _____ as my signature
ERO firm name                                              do not enter all zeros
on my tax year 2004 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2004 electronically filed income tax return. Check this box **only** if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____         Date ▶ _____

### Practitioner PIN Method Returns Only - continue below

### Part III — Certification and Authentication - Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit PIN.    63219128801
                                                                                   do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the tax year 2004 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized e-file Providers.

ERO's signature ▶ /s/ Herman Heisiwender         Date ▶ 02/12/2005

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form To the IRS Unless Requested To Do So**

EXHIBIT C

KBA   For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.

8879 (2004)   FD8879-1V 1.0
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

| a Control number | | Copy B—To Be Filed With Employee's FEDERAL Tax Return. OMB No. 1545-0008 | |
|---|---|---|---|
| b Employer identification number 63-1188910 | | 1 Wages, tips, other compensation 281.25 | 2 Federal income tax withheld |
| c Employer's name, address, and ZIP code CALLEN ENTERPRISES INC. P. O. BOX 39 LOWNDESBORO, AL 36752 | | 3 Social security wages 281.25 | 4 Social security tax withheld 17.44 |
| | | 5 Medicare wages and tips 281.25 | 6 Medicare tax withheld 4.08 |
| | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code DARRELL D  HINSON P. O. BOX 9951 MONTGOMERY, AL 36108 | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | | 14 Other | 12c |
| | | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 0029121109 | 281.25 | 9.93 | | | |

Form **W-2** Wage and Tax Statement  **2004**    39-1908647  Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service.    RW2EEB    NTF 2561048*

## W-2 Wage and Tax Statement 2004

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 11649.09 |
| 2 | Federal income tax withheld | 1277.94 |
| 3 | Social security wages | 11649.09 |
| 4 | Social security tax withheld | 722.24 |
| 5 | Medicare wages and tips | 11649.09 |
| 6 | Medicare tax withheld | 168.91 |
| a | Control Number | 006314 46/CYU 852809 |
| | Dept. | T |
| | Corp. | 945 |
| c | Employer's name, address, and ZIP code | BES PAK & COMPANY INC<br>PO BOX 210339<br>MANTGOMERY AL 36121 |
| b | Employer's FED ID number | 63-0462045 |
| d | Employee's SSA number | 420-94-196? |
| 13 | Ret. plan | X |
| e/f | Employee's name, address and ZIP code | DARRELL DEWAYNE HINSON<br>P.O. BOX 9951<br>MONTGOMERY, AL 36108 |
| 15 | State / Employer's state ID no. | AL  004154 |
| 16 | State wages, tips, etc. | 11649.09 |
| 17 | State income tax | 414.39 |

AL State Reference Copy
Copy 2 to be filed with employee's State Income Tax Return.
OMB No. 1545-0008

**Copy B To Be Filed With Employee's FEDERAL Tax Return.** 2004
OMB No. 1545-0008

| a Control number | 1 Wages, tips, other comp. 960.24 | 2 Federal income tax withheld 54.88 |
|---|---|---|
| 315 | 3 Social security wages 960.24 | 4 Social security tax withheld 59.53 |
| b Employer ID number | 5 Medicare wages and tips 960.24 | 6 Medicare tax withheld 13.92 |
| 63-0798133 | | |

c Employer's name, address, and ZIP code
TOWNS TRANSPORTATION, INC.
P.O. BOX 889
JASPER, AL 35502

d Employee's social security number
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

e Employee's name, address, and ZIP code
DARRELL D HINSON
P.O. BOX 9951
MONTGOMERY, AL 36108

FDWA0110L 04/30/04

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee / Retirement Plan / Third-party sick pay | 14 Other | 12b Code / 12c Code / 12d Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| AL | 165950 | 960.24 | 27.00 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form W-2 Wage and Tax Statement  Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service.

**Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return.** 2004
OMB No. 1545-0008

| a Control number | 1 Wages, tips, other comp. 960.24 | 2 Federal income tax withheld 54.88 |
|---|---|---|
| 315 | 3 Social security wages 960.24 | 4 Social security tax withheld 59.53 |
| b Employer ID number | 5 Medicare wages and tips 960.24 | 6 Medicare tax withheld 13.92 |
| 63-0798133 | | |

c Employer's name, address, and ZIP code
TOWNS TRANSPORTATION, INC.
P.O. BOX 889
JASPER, AL 35502

d Employee's social security number
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

e Employee's name, address, and ZIP code
DARRELL D HINSON
P.O. BOX 9951
MONTGOMERY, AL 36108

FDWA0110L 04/30/04

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee / Retirement Plan / Third-party sick pay | 14 Other | 12b Code / 12c Code / 12d Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| AL | 165950 | 960.24 | 27.00 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form W-2 Wage and Tax Statement  Dept. of the Treasury - IRS

| | | | |
|---|---|---|---|
| a Control number<br>10100784 | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |

| | | |
|---|---|---|
| b Employer identification number<br>63-0851207 | 1 Wages, tips, other compensation<br>2870.00 | 2 Federal income tax withheld<br>360.07 |
| c Employer's name, address, and ZIP code<br>WASTE RECYCLING, INC.<br>P. O. BOX 508<br>MONTGOMERY, AL 36101 | 3 Social security wages<br>2870.00 | 4 Social security tax withheld<br>177.94 |
| | 5 Medicare wages and tips<br>2870.00 | 6 Medicare tax withheld<br>41.62 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>DARRELL HINSON<br>P. O. BOX 9951<br>MONTGOMERY, AL 36108 | 11 Nonqualified plans | 12a See instructions for box 12<br>Code |
| | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b<br>Code |
| | 14 Other | 12c<br>Code |
| | | 12d<br>Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 189040-9 | 2870.00 | 99.88 | | | |
| | | | | | | |

Form **W-2** **Wage and Tax Statement** 2004

Department of the Treasury—Internal Revenue Service

**Copy C—For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B.)**

**Safe, accurate, FAST! Use IRS e-file**

```
DRIVER SETTLEMENT SUMMARY FOR HINDA HINSON, DARELL D.              08/16/05
------------------------------------------------------------------------------
 LOAD #    ORIGIN        DESTINATION       MILES  TRACTOR  SHIP DATE
------------------------------------------------------------------------------
Driver Pay Rates: Loaded: 30.0000 Empty: 30.0000 Team: 30.0000 per mile
458701C   COOSA PINES  AL BIRMINGHAM   AL    41    8152    08/08/05
                         Load Pay                                      12.30
458701    BIRMINGHAM   AL WINTER HAVEN FL   554    8152    08/08/05
                         Load Pay                                     166.20
                         STOP CHARGE - VANS                            10.00
458664A   WINTER HAVEN FL GROVELAND    FL    44    8152    08/09/05
                         Load Pay                                      13.20
458664    GROVELAND    FL GREENVILLE   SC   488    8152    08/09/05
                         Load Pay                                     146.40
                         STOP CHARGE - VANS                            10.00
459206A   GREENVILLE   SC KNOXVILLE    TN   166    8152    08/10/05
                         Load Pay                                      49.80
459206    KNOXVILLE    TN ATLANTA      GA   190    8152    08/11/05
                         Load Pay                                      57.00
459304A   ATLANTA      GA MILLEDGEVILL GA    86    8152    08/12/05
                         Load Pay                                      25.80

                 -------------------- Reimbursements --------------------
HINDA FL TOLLS                  455634       VTL R 08/11/05            12.00
HINDA $5 FL TOLL NOT APPROVED   455328       MEM R 08/11/05             0.00
HINDA FL TOLL                   455328       VTL R 08/11/05            10.00
HINDA FL TOLLS                  454839       VTL R 08/11/05            12.00
                 ------------------ Before Tax Deductions ---------------
HINDA MEDICAL INS. CAFETERIA                 MED B 08/13/05           -11.00
                 ------------------ After Tax Deductions ----------------
    Advance: HINSON DAR         31132730     ADV D 08/11/05           -50.00
    Advance: HINSON             100707       ADV D 08/09/05           -50.00
                 ------------------------ Taxes ------------------------
    Federal Tax                                                       -48.21
    State Tax                                                         -22.13
    Social Security Tax                                               -29.74
    Medicare Tax                                                       -6.96

 TOTAL LOADS: 4
 TOTAL MILES: 1569
 TOTAL LOAD PAY.................:    490.70
                                    ---------
       TOTAL GROSS EARNINGS.....    490.70
 FEDERAL TAXABLE WAGES..........:              479.70
 TOTAL BEFORE TAX DEDUCTIONS....:    -11.00
 TOTAL AFTER TAX DEDUCTIONS.....:   -100.00
 TOTAL TAXES....................:   -107.04
 PREVIOUS BALANCE...............:    -11.00
 TOTAL EXPENSE REIMBURSEMENTS...:     34.00
                                    ---------
       TOTAL NET PAY............    295.66


================= YTD SUMMARY ==================
YTD GROSS EARNINGS....:    22178.21
YTD FEDERAL GROSS.....:    21958.21
YTD STATE GROSS.......:    22178.21




         HINSON, DARELL D.
         P. O. BOX 9951
         MONTGOMERY        AL 36108
```


EXHIBIT D

```
DRIVER SETTLEMENT SUMMARY FOR HINDA HINSON, DARELL D.              08/16/05
-----------------------------------------------------------------------------
LOAD #      ORIGIN           DESTINATION         MILES  TRACTOR  SHIP DATE
-----------------------------------------------------------------------------
Driver Pay Rates: Loaded: 30.0000 Empty: 30.0000 Team: 30.0000 per mile
YTD FEDERAL TAX.......:      3028.32
YTD STATE TAX.........:      1036.84
YTD SOCIAL SECURITY...:      1362.11
YTD MEDICARE..........:       318.57

DRIVER APPRECIATION WEEK
AUGUST 22-26, 2005
Please stop by the Knoxville terminal between 8am-5pm any day during this
week for Food and Prizes!
Everyone's a Winner as we show our Driver Appreciation!
```

```
LABAMA FOOD SERVICE, INC.                                    12/30/05  060434
   EMPLOYEE NAME
   DARRELL D. HINSON                 EMP #  20208            SSN 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
   DESCRIPTION    HOURS     AMOUNT   --------CURRENT--------  -----------YTD-----------
   REG PAY        40.00     340.00   GROSS         650.25            6,326.14
   OVT PAY        19.00     242.25   FED WTH        61.50              625.96
   VAC PAY          .00        .00   FICA WTH       47.60              464.63
   HOL PAY         8.00      68.00   ST WTH         24.77              242.97
   SIC PAY          .00        .00   LCL WTH          .00                 .00
   Hol Pay                   68.00   INSURANCE      28.06              252.54
                                     GARNISH        85.00              680.00

                                                  ----------
   REGULAR RATE:   8.50             NET PAY        403.32
```


EXHIBIT E

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Middle District of Alabama | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hinson, Darrell Dewayne** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **1963** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3989 Mason Road**<br>**Hope Hull, AL 36043** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Lowndes** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 9951**<br>**Montgomery, AL 36108** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual(s) ☐ Railroad<br>☐ Corporation ☐ Stockbroker<br>☐ Partnership ☐ Commodity Broker<br>☐ Other _____ ☐ Clearing Bank | | ☐ Chapter 7   ☐ Chapter 11   ☑ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| Nature of Debts (Check one box)<br>☑ Consumer/Non-Business   ☐ Business | Filing Fee (Check one box)<br>☐ Full Filing Fee attached<br>☑ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☑ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ | | |
|---|---|---|---|---|---|---|---|---|
| Estimated Assets | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

THIS SPACE IS FOR COURT USE ONLY

*CASE NUMBER*
*05-30014*

*FILED ON*
*1-3-05*

**EXHIBIT F**

VOLUNTARY PETITION

(Official Form 1) (12/03) | FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hinson, Darrell Dewayne** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darrell Dewayne Hinson**
Signature of Debtor          **Darrell Dewayne Hinson**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 4, 2005**
Date

**Signature of Attorney**

X **/s/ Gary A.C. Backus**
Signature of Attorney for Debtor(s)
**Gary A.C. Backus ASB-0680-B50G**
Printed Name of Attorney for Debtor(s)
**Backus & Gil, L.L.C.**
Firm Name
**P.O. Box 1804**
Address
**Montgomery, AL 36102**

**(334) 265-0800**
Telephone Number
**January 4, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Gary A.C. Backus**                  **1/04/05**
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

VOLUNTARY PETITION

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Middle District of Alabama** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hinson, Darrell Dewayne** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **1963** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3989 Mason Road**<br>**Hope Hull, AL 36043** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Lowndes** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 9951**<br>**Montgomery, AL 36108** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| [✓] Individual(s) | [ ] Railroad | [ ] Chapter 7   [ ] Chapter 11   [✓] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9   [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other _____ | [ ] Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| [✓] Consumer/Non-Business   [ ] Business | [✓] Full Filing Fee attached |
| | [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

*CASE Number*
*05-32375*

*DATE FILED*
*8-15-05*

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

**EXHIBIT G**

VOLUNTARY PETITION

(Official Form 1) (12/03) — FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hinson, Darrell Dewayne** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: **Middle District Of Alabama** | Case Number:<br>**05-30014** | Date Filed:<br>**01/03/05** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Darrell Dewayne Hinson
Signature of Debtor    **Darrell Dewayne Hinson**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 15, 2005**
Date

**Signature of Attorney**

X /s/ Gary A.C. Backus
Signature of Attorney for Debtor(s)
**Gary A.C. Backus ASB-0680-B50G**
Printed Name of Attorney for Debtor(s)
**Backus & Gil, L.L.C.**
Firm Name
**P.O. Box 1804**
Address
**Montgomery, AL 36102**

**(334) 265-0800**
Telephone Number
**August 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X /s/ Gary A.C. Backus    8/15/05
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

VOLUNTARY PETITION

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only