IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. 2:05-cv-971-ID-CSC<br>) |
| WEBSTER INDUSTRIES,<br>    Defendant. | )<br>)<br>) |

### AFFIDAVIT OF COUNSEL

BEFORE ME, the undersigned authority, personally appeared Jay Lewis, Attorney at Law, who is known to me and who, being first duly sworn upon his oath, did depose and say as follows:

"My name is Jay Lewis, counsel of record for Plaintiff in the above-styled case. I make this affidavit upon personal knowledge of the facts contained herein.

"I was engaged on or about August 31, 2005, to represent Plaintiff. Since that time, I have expended no fewer than 24.24 hours on this matter. My paralegal, Dana Simon has expended no fewer than 1.8 hours on it. I have attached an itemized listing of the time expended and the work done during that time. The hours enumerated are true and correct; there is no time listed which was not necessarily and reasonably expended on this case. See Exhibit A.

"Having been continually licensed and admitted to practice in federal court since 1992, I have undertaken extensive litigation in all Districts in Alabama, and the hours reported are the minimum reasonably necessary to provide adequate representation to Plaintiff.

"I am claiming $275.00 per hour for my time and $75.00 per hour for the time of Ms. Simon. I have been paid at the claimed rate in the past, and this rate of compensation is


EXHIBIT 2

reasonable for attorneys of my skill and qualifications practicing in the Middle District of Alabama in employment discrimination cases, particularly when the representation is undertaken on a contingency basis, as this was. The vast majority of my practice is employment discrimination and civil rights work."

    Further, affiant saith not.

                                                                                       JAY LEWIS, Affiant

SWORN TO and SUBSCRIBED before me this 4th day of January, 2006.

                                            Dana B. English
                                            NOTARY PUBLIC, Alabama at Large
                                            My commission expires 9/19/07

# PRE-BILL

Date: 1/3/2006
Time: 3:48PM
Page: 1 of 3

## Law Offices of Jay Lewis

Darrell Hinson
P.O. Box 9951
Montgomery, AL 36108

| | | | |
|---|---|---|---|
| Client: | 11758 | Darrell Hinson | |
| Matter: | 11758 | Hinson V. Webster Industries | |
| Matter Type: | DIS   DIS | Originating Timekeeper: | JL |
| Comments : | | Responsible Timekeeper: | JL |
| File Open Date: | 08/31/2005 | Billing Format Code: | GEN |
| Billing Mode: | Hourly | Bill Date: 01/03/2006 | Fees/Costs Cut Date: 01/03/2006 |
| | | Start Date: 01/01/1900 | Payments Cut Date: 01/03/2006 |
| Billing Frequency : | Monthly | Last Bill: | |
| Remarks: | | | Type of Bill: Regular |

| ACCOUNT AGING | Current | 30 - 59 Days | 60 - 89 Days | 90 Days and Over |
|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Fees Billed to Date:       $0.00        Costs Billed to Date:       $0.00

## Fees

| Ticket Number | Date | Tmkpr | Description | Hours | Amount | |
|---|---|---|---|---|---|---|
| 1 | 08/31/2005 | JL | CNF - Initial consultation with client. Discussed facts of the case, EEOC filing, EEOC Notice of Right to Sue. | 2.17 | $596.75 | BL |
| 25 | 08/31/2005 | DS | A108 - Opened file this date in abacus | 0.67 | $50.25 | BL |
| 2 | 09/03/2005 | JL | RES - Research -- safety violations, disparate treatment in workplace violation cases, relationship of violations to Title VII law. | 3.25 | $893.75 | BL |
| 3 | 09/07/2005 | JL | CNF - Conference with client regarding additional facts for complaint. Explained law of damages and burden of proof. | 1.92 | $528.00 | BL |
| 8 | 09/30/2005 | JL | CNF - Conference with client re names of comparitors and other matters. | 1.00 | $275.00 | BL |
| 23 | 10/04/2005 | JL | A106 - Received telecon from client re identity of comparitor. Person with four accidents is identified as Paul Walldon, W/M. | 0.30 | $82.50 | BL |
| 24 | 10/04/2005 | DS | A108 - Called Cient. Inform him that we need him to look over complaint before we file it with court | 0.10 | $7.50 | BL |
| 4 | 10/07/2005 | JL | A103 - Drafted complaint. | 2.17 | $596.75 | BL |
| 5 | 10/11/2005 | JL | A108 - Reviewed and supervised filing of complaint, cover sheet, summons, etc. | 0.50 | $137.50 | BL |
| 22 | 10/11/2005 | DS | A108 - Completed all docs required for filing lawsuit this date | 0.50 | $37.50 | BL |
| 6 | 10/12/2005 | JL | CNF - Telecon with client regarding filing of complaint. | 0.40 | $110.00 | BL |
| 21 | 10/27/2005 | DS | A108 - Mailed copy of the Complaint to client this date per his telephone request today. | 0.10 | $7.50 | BL |

Continued On Next Page

EXHIBIT A

*PRE-BILL*

Date: 1/3/2006
Time: 3:48PM
Page: 2 of 3

**Law Offices of Jay Lewis**

Client: 11758 — Darrell Hinson
Matter: 11758 — Hinson V. Webster Industries

| # | Date | TK | Description | Hours | Amount | BL |
|---|------|----|-------------|-------|--------|----|
| 20 | 10/27/2005 | DS | A108 - Yesterday, received the service package back in the mail from Corporate Company who states in their cover letter that they are not the correct company for service. Discussed this issue with JL. TC with clerk's office. Completed all forms and took the new service package and the return of Corporation Company to the clerk's office this date. | 0.33 | $24.75 | BL |
| 7 | 11/09/2005 | JL | CNF - Conference with client regarding additional paperwork he has located. | 0.75 | $206.25 | BL |
| 9 | 12/16/2005 | JL | CNF - Conference with client re potential default by defendant. | 1.25 | $343.75 | BL |
| 11 | 12/21/2005 | JL | A103 - Drafted motion for entry of default and affidavit in support. | 1.00 | $275.00 | BL |
| 10 | 12/21/2005 | JL | RES - Researched default issues. | 0.83 | $228.25 | BL |
| 12 | 12/23/2005 | JL | A103 - Drafted application to Clerk for entry of default. | 0.40 | $110.00 | BL |
| 14 | 12/27/2005 | JL | A103 - Drafted motion for judgment by default. | 0.40 | $110.00 | BL |
| 26 | 12/27/2005 | DS | A106 - Telephone call from client and I told him we have filed a motion for entry of default. He talked to JL about same. | 0.10 | $7.50 | BL |
| 13 | 12/28/2005 | JL | RR - Received and read Clerk's Entry of Default. | 0.20 | $55.00 | BL |
| 15 | 12/29/2005 | JL | RR - Received and read Order to submit brief on damages. | 0.30 | $82.50 | BL |
| 17 | 12/30/2005 | JL | CNF - Telecon with client re proof of damages. Made appointment to go over loss and mitigation. | 0.40 | $110.00 | BL |
| 16 | 12/30/2005 | JL | A103 - Drafted most of brief on damages; awaiting client input as to amount of backpay and front pay. | 2.83 | $778.25 | BL |
| 19 | 01/03/2006 | JL | A103 - Completed drafting of brief, organized exhibits and affidavit (and exhibits thereto). Filed same. | 1.00 | $275.00 | BL |
| 18 | 01/03/2006 | JL | CNF - Conference with client. Explained law of damages under 1981 and 2000e. Reviewed client's documentation of wages for 2002-2005. Prepared calculations of damages minus mitigation. Drafted affidavit for client's approval and signature. | 3.17 | $871.75 | BL |

Total Hours: 26.04
Billable Hours: 26.04    $6,801.00

**Timekeeper Summary**

Timekeeper DS worked 1.80 hours at $75.00 per hour, totaling $135.00.
Timekeeper JL worked 24.24 hours at $275.00 per hour, totaling $6,666.00.

## Costs

Continued On Next Page

## *PRE-BILL*

| | Date: | 1/3/2006 |
| --- | --- | --- |
| | Time: | 3:48PM |
| | Page: | 3 of 3 |

**Law Offices of Jay Lewis**

Client: 11758  Darrell Hinson
Matter: 11758  Hinson V. Webster Industries

| Date | Description | Amount | Check No. |
| --- | --- | --- | --- |
| 01/03/2006 | Postage - Certified mail for service | $16.20 | |
| 01/03/2006 | Photocopies | $6.00 | |
| | **Total Costs:** | **$22.20** | |

| | |
| --- | --- |
| Prior Balance: | $0.00 |
| Payments Received: | $0.00 |
| Current Fees: | $6,801.00 |
| Sales Tax on Fees: | $0.00 |
| Advanced Costs: | $22.20 |
| Sales Tax on Costs: | $0.00 |
| Administrative Cost: | $0.00 |
| Late Charges: | $0.00 |
| Additional Retainer Due: | $0.00 |
| **TOTAL AMOUNT DUE:** | **$6,823.20** |

**Fees and Costs [    ]     Fees Only [    ]     Costs Only [    ]     Don't Bill [    ]**