**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **DARRELL HINSON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:05-cv-971-ID-CSC** |
| | ) | |
| **WEBSTER INDUSTRIES,** | ) | |
| **Defendant.** | ) | |

## MOTION TO CONTINUE

COMES NOW Plaintiff Darrell Hinson against the above-captioned defendant and would show unto the Court as follows:

1.     The Court has set this matter down for an evidentiary hearing on the issue of damages at 1:00 p.m. on August 22, 2006.

2.     Plaintiff's counsel will be involved in another trial before Chief Judge Fuller beginning on August 21, 2006, in the case of *Boyd v. Walgreen Company, et al.*, Case Number 2:05-cv-328-MEF.

3.     It is unlikely that the Boyd case will conclude prior to the time set for the hearing in this case.

4.     Plaintiff's counsel suggests that he is available for an evidentiary hearing at any time the following week, except for the afternoon of August 30th, when he is scheduled to appear before Magistrate Judge Putnam in Birmingham.

WHEREFORE, the premises considered, Plaintiff prays that the Court will continue the hearing in this case for one week, until the week of August 28th, to be set at a time of the Court's convenience.

-1-

RESPECTFULLY SUBMITTED on this the 20th day of August, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

Certificate of Service

I hereby certify that the foregoing has not been served on the party listed below since this matter is in default.

Respectfully Submitted this the __20th__ day of August, 2006.

Webster Industries
2740 W. Gunter Park Dr.
Montgomery, AL 36029

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J