**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 21, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Hinson v. Webster Industries**

**Case Number:   2:05-cv-00971-ID**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached to include the certificates of service on the defendant.**

**The corrected PDF documents are attached to this notice for your review.   Reference is made to docket entries   16 & 17   filed on   August 20, 2006.**