IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:05cv971-ID |
| WEBSTER INDUSTRIES, | ) ) ) |
|     Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion to continue, as amended (Doc. Nos. 16-17), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the evidentiary hearing on the issue of damages presently set on August 22, 2006, be and the same is hereby CONTINUED to the 29th day of August, 2006, at 1:00 p.m., Courtroom 2-B, in the United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 21st day of August, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE