IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05cv971-ID |
| | ) |
| WEBSTER INDUSTRIES, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO SET ASIDE AND VACATE ENTRY OF DEFAULT

COMES NOW Defendant Chelsea Industries, Inc., improperly named as Webster Industries, Inc., (hereinafter referred to as "Defendant") pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, and moves this Honorable Court to set aside the entry of default entered in the above styled cause of action on August 17, 2006. In support thereof, the Defendant offers a Memorandum of Law in Support of Motion to Set Aside and Vacate Entry of Default filed separately. As set forth therein, the Defendant has shown good cause for their failure to timely answer the Complaint. The Defendant has shown failure of the Plaintiff to serve the Defendant with a copy of the Motion for Default Judgment. The Defendant has shown a meritorious defense to all allegations of the Complaint. The Defendant has established that the Plaintiff will not be prejudiced by removal of the entry of default. Lastly, the Defendant has shown that it took prompt action to set aside the default.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the Defendant respectfully moves this Honorable Court to set aside its entry of default.

Respectfully submitted,

/s/ Thomas T. Gallion, III

Thomas T. Gallion, III
Jamie A. Johnston
Attorneys for the Defendant

OF COUNSEL:

Haskell Slaughter Young & Gallion, L.L.C.
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573    Telephone
(334) 264-7945    Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing upon the following by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid, this the 24th of August 2006:

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

/s/ Thomas T. Gallion, III

OF COUNSEL

#21836
83562-023