IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL HINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv971-ID |
| | ) | |
| WEBSTER INDUSTRIES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon CONSIDERATION of Defendant's motion to set aside and vacate entry of default, filed August 24, 2006 (Doc. No. 20), it is ORDERED that Plaintiff show cause, if any there be, on or before September 11, 2006, why said motion should not be granted.[1]

It further is CONSIDERED and ORDERED that the evidentiary hearing on the issue of damages presently set on August 29, 2006, be and the same is hereby CONTINUED until further order of the court.

DONE this 28th day of August, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

_____

[1] Although the motion was filed a mere five days prior to the scheduled default judgment evidentiary hearing on the issue of damages, the court has reviewed Defendant's motion and finds that the motion is not frivolous.  It also does not appear that the motion was filed for purposes of delay.