IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DARRELL HINSON,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05-cv-971-ID-CSC |
| | ) | |
| **WEBSTER INDUSTRIES,** | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

COMES NOW Plaintiff Darrell Hinson against the above-captioned defendant and would show unto the Court as follows:

The defendant herein asserts in its answer that the defendant is wrongly denominated and that this action should properly be against an entity it calls "Chelsea Industries, Inc." Plaintiff agrees that the defendant has a right to be sued under its rightful name. Plaintiff therefore moves to amend his complaint by substituting therefor the attached First Amended Complaint, representing to the Court that other than correctly denominating the defendant, there is no substantive alteration in the facts alleged or in the causes of action asserted.

WHEREFORE, the premises considered, Plaintiff prays that the Court will grant Plaintiff leave to amend his complaint by the substitution of the First Amended Complaint, attached hereto.

RESPECTFULLY SUBMITTED on this the 3rd day of March, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059

        Montgomery, AL 36103
        (334) 263-7733 (Voice)
        (334) 832-4390 (Fax)
        J-Lewis@JayLewisLaw.com
        ASB-2014-E66J

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served the foregoing document on the following counsel or parties, by CM/ECF, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the 3rd day of March, 2007.

Hon. Thomas T. Gallion, III
Hon. Jamie A. Johnston

        /s/JAY LEWIS
        Jay Lewis
        LAW OFFICES OF JAY LEWIS, LLC.
        P.O. Box 5059
        Montgomery, AL 36103
        Phone: (334) 263-7733
        Fax: (334) 832-4390
        J-lewis@jaylewislaw.com
        ASB-2014-E66J
        Counsel for Plaintiff