**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                              TELEPHONE (334) 954-3600

March 5, 2007

# NOTICE OF CORRECTION

**From:**                Clerk's Office

**Case Style:**          Darrell Hinson v. Webster Industries

**Case Number:**         #2:05-cv-00971-ID

**Referenced Document:** Document #30
                        Attachment to Motion to Amend/Correct Complaint

**This notice has been docketed to enter the corrected attachment to the referenced document into the record. The original attachment did not contain the title, "First Amended Complaint."**

**The pdf of the corrected attachment is attached to this notice.**