IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv971-ID |
| | ) |
| CHELSEA INDUSTRIES, INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion to amend complaint, filed March 3, 2007 (Doc. No. 30), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 5th day of March, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE