IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05cv971-ID |
| | ) |
| CHELSEA INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR SUMMARY JUDGMENT BY CHELSEA INDUSTRIES, INC.
AND WEBSTER INDUSTRIES, INC.**

COME NOW DEFENDANTS CHELSEA INDUSTRIES, INC. and WEBSTER INDUSTRIES, INC. and move the Court, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, to enter summary judgment in their favor and to make same final, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, on the grounds that there is no genuine issue as to any material fact and these Defendants are entitled to judgment as a matter of law.

This motion is based on the pleadings in this case; and the following exhibits attached hereto:

- Affidavit of William Barton, Fleet Manager of Webster Industries, attached hereto as **Exhibit A**;

- Darrell Hinson Driver's Application, attached hereto as **Exhibit B**;

- April 14, 2004 Personnel Documentation for Employee Progressive Disciplinary Action, attached hereto as **Exhibit C**;

- Complaint, attached hereto as **Exhibit D**;

- April 20, 2004 Personnel Documentation for Employee Progressive Disciplinary Action, attached hereto as **Exhibit E**;

- Darrell Hinson's Responses to Interrogatories and Request for Production of Documents, attached hereto as **Exhibit F**; and

- Memorandum of Law in Support of Motion for Summary Judgment, attached hereto as **Exhibit G**, and filed separately with this Court.

Defendants Chelsea Industries, Inc. and Webster Industries, Inc. respectfully submit that based on the foregoing and the Separate Statement of Undisputed Facts and Memorandum of Law filed herewith, there is no genuine issue of material fact and they are entitled to a final judgment in their favor as a matter of law.

WHEREFORE, Defendants Chelsea Industries, Inc. and Webster Industries, Inc. respectfully request this Court enter a final judgment in their favor pursuant to Rules 54 and 56, Federal Rules of Civil Procedure.

        Respectfully submitted,

        s/ Thomas T. Gallion, III

        Thomas T. Gallion, III
        Jamie A. Johnston
        Attorneys for the Defendants
        Chelsea Industries, Inc. and
        Webster Industries, Inc.

OF COUNSEL:

Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573    Telephone
(334) 264-7945    Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same via CM/ECF and in the United States Mail, sufficient first class postage prepaid, on this the 20th day of November 2007, addressed as follows:

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL  36103

                                                    s/ Thomas T. Gallion, III
                                                   _____
                                                   OF COUNSEL

#29309
83562-023