# DRIVER'S APPLICATION FOR EMPLOYMENT

web

Company __Webster Industries__
Address __5402 Lamco St__
City __Montgomery__ State __AL__ Zip __36117__

(answer all questions - please print)

In compliance with Federal and State equal employment opportunity laws, qualified applicants are considered for all positions without regard to race, color, religion, sex, national origin, age, marital status, or non-job related disability.

Date of application __11-28-1__

Position(s) Applied for __Driver (local)__
Name __Hinson__ / __Darrell__ / __Dewayne__  Social Security No. __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__
         Last              First          Middle

List your addresses of residency for the past 3 years.
Current Address __P.O. Box 9951__  __Montgomery__
                  Street                City
__AL__  __36108__  Phone __201-4718__  How Long? __1 Year__
State   Zip Code

Previous Addresses __3220 Margarette Ann Dr__ __Montgomery__ __AL 36108__ How Long? __4 Years__
                     Street                    City            State & Zip Code

_____ _____ _____ How Long? _____
Street           City             State & Zip Code

_____ _____ _____ How Long? _____
Street           City             State & Zip Code

Do you have the legal right to work in the United States? __Yes__
Date of Birth __10__ / __25__ / __72__   Can you provide proof of age? __Yes__
(Required for Truck Drivers)
Have you worked for this company before? __No__  Where? _____
Dates: From _____ To _____ Rate of Pay _____ Position _____
Reason for leaving _____
Are you now employed? __Yes__  If not, how long since leaving last employment? _____
Who referred you? __Walk-In__  Rate of pay expected __$10.00 hr__

Is there any reason you might be unable to perform the functions of the job for which you have applied [as described in the attached job description]? __No__

If yes, explain if you wish. _____

EXHIBIT B

© Copyright 1995 J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800) 327-6(  15F (Rev. 10/95)

ACCIDENT RECORD FOR PAST 3 YEARS OR MORE (ATTACH SHEET IF MORE SPACE IS NEEDED) IF NONE, WRITE NONE

| DATES | NATURE OF ACCIDENT (HEAD-ON, REAR-END, UPSET, ETC.) | FATALITIES | INJURIES |
|---|---|---|---|
| LAST ACCIDENT | | | |
| NEXT PREVIOUS | | | |
| NEXT PREVIOUS | | | |

TRAFFIC CONVICTIONS AND FORFEITURES FOR THE PAST 3 YEARS (OTHER THAN PARKING VIOLATIONS) IF NONE, WRITE NONE

| LOCATION | DATE | CHARGE | PENALTY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(ATTACH SHEET IF MORE SPACE IS NEEDED)

## EDUCATION

CIRCLE HIGHEST GRADE COMPLETED: 1 2 3 4 5 6 7 8 / HIGH SCHOOL: 1 2 3 (4) / COLLEGE: 1 2 3 4
LAST SCHOOL ATTENDED _Calhoun High School_ (NAME) _Loxahatchee_ (CITY)

## EXPERIENCE AND QUALIFICATIONS – DRIVER

| | STATE | LICENSE NO. | TYPE | EXPIRATION DATE |
|---|---|---|---|---|
| DRIVER LICENSES | Al | 5721461 | Commercial | 2-18-2 |
| | | | | |
| | | | | |

A. Have you ever been denied a license, permit or privilege to operate a motor vehicle?   YES ____ NO ✓
B. Has any license, permit or privilege ever been suspended or revoked?   YES ____ NO ✓

IF THE ANSWER TO EITHER A OR B IS YES, ATTACH STATEMENT GIVING DETAILS

**DRIVING EXPERIENCE** IF NONE, WRITE NONE

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT (VAN, TANK, FLAT, ETC.) | DATES FROM | DATES TO | APPROX. NO. OF MILES (TOTAL) |
|---|---|---|---|---|
| STRAIGHT TRUCK | | | | |
| TRACTOR AND SEMI-TRAILER | Van | 1993 | Present | 500000 |
| TRACTOR - TWO TRAILERS | | | | |
| OTHER | | | | |

LIST STATES OPERATED IN FOR LAST FIVE YEARS _Approx 25_

SHOW SPECIAL COURSES OR TRAINING THAT WILL HELP YOU AS A DRIVER: _None_
WHICH SAFE DRIVING AWARDS DO YOU HOLD AND FROM WHOM? _None_

PAGE 3  15F (Rev. 10/95)

## EXPERIENCE AND QUALIFICATIONS — OTHER

SHOW ANY TRUCKING, TRANSPORTATION OR OTHER EXPERIENCE THAT MAY HELP IN YOUR WORK FOR THIS COMPANY

_None_

LIST COURSES AND TRAINING OTHER THAN SHOWN ELSEWHERE IN THIS APPLICATION

_None_

LIST SPECIAL EQUIPMENT OR TECHNICAL MATERIALS YOU CAN WORK WITH (OTHER THAN THOSE ALREADY SHOWN)

_None_

### TO BE READ AND SIGNED BY APPLICANT

This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

I authorize you to make such investigations and inquiries of my personal, employment, financial or medical history and other related matters as may be necessary in arriving at an employment decision. (Generally, inquiries regarding medical history will be made only if and after a conditional offer of employment has been extended.) I hereby release employers, schools, health care providers and other persons from all liability in responding to inquiries and releasing information in connection with my application.

In the event of employment, I understand that false or misleading information given in my application or interview(s) may result in discharge. I understand, also, that I am required to abide by all rules and regulations of the Company.

_11-28-1_    _[signature]_

Date                                       Applicant's Signature

### PROCESS RECORD

APPLICANT HIRED _____    REJECTED _____

DATE EMPLOYED _____    POINT EMPLOYED _____

DEPARTMENT _____    CLASSIFICATION _____
(IF REJECTED, SUMMARY REPORT OF REASONS SHOULD BE PLACED IN FILE)

THIS SECTION TO BE FILLED IN BY RESPONSIBLE OFFICER OR COMPANY REPRESENTATIVE

|  | SUPERIOR | GOOD | FAIR | BELOW AVERAGE | POOR | WRITTEN RECORD ON FILE |
|---|---|---|---|---|---|---|
| 1. APPLICATION |  |  |  |  |  |  |
| 2. INTERVIEW |  |  |  |  |  |  |
| 3. PAST EMPLOYMENT |  |  |  |  |  |  |
| 4. WRITTEN EXAM |  |  |  |  |  |  |
| 5. ROAD TEST |  |  |  |  |  |  |
| 6. CRIMINAL AND TRAFFIC CONVICTIONS |  |  |  |  |  |  |

SIGNATURE OF INTERVIEWING OFFICER _____

### TRANSFERS

FROM: _____ TO: _____    FROM: _____ TO: _____
DATE: _____                        DATE: _____
REASON FOR TRANSFER _____          REASON FOR TRANSFER _____

FROM: _____ TO: _____    FROM: _____ TO: _____
DATE: _____                        DATE: _____
REASON FOR TRANSFER _____          REASON FOR TRANSFER _____

### TERMINATION OF EMPLOYMENT

DATE TERMINATED _____    DEPARTMENT RELEASED FROM _____

DISMISSED _____    VOLUNTARILY QUIT _____    OTHER _____

TERMINATION REPORT PLACED IN FILE _____    SUPERVISOR _____

PAGE 4 15F (Rev. 10/95)

# EMPLOYMENT HISTORY

All driver applicants to drive in interstate commerce must provide the following information on all employers during the preceding 3 years. List complete mailing address, street number, city, state and zip code.

Applicants to drive a commercial motor vehicle* in intrastate or interstate commerce shall also provide an additional 7 years' information on those employers for whom the applicant operated such vehicle.
(NOTE: List employers in reverse order starting with the most recent. Add another sheet as necessary.)

| EMPLOYER | DATE |
|---|---|
| NAME: AMX | FROM MO. 8 YR. 0 / TO MO. 11 YR. 1 |
| ADDRESS: 1350 Emory Folmar Blvd. | POSITION HELD: Driver |
| CITY: Montgomery  STATE: AL  ZIP: 36110 | SALARY/WAGE: $9.50 hr |
| CONTACT PERSON:   PHONE NUMBER: | REASON FOR LEAVING: Lay-off |

| EMPLOYER | DATE |
|---|---|
| NAME: | FROM MO. YR. / TO MO. YR. |
| ADDRESS: | POSITION HELD: |
| CITY:  STATE:  ZIP: | SALARY/WAGE: |
| CONTACT PERSON:   PHONE NUMBER: | REASON FOR LEAVING: |

| EMPLOYER | DATE |
|---|---|
| NAME: | FROM MO. YR. / TO MO. YR. |
| ADDRESS: | POSITION HELD: |
| CITY:  STATE:  ZIP: | SALARY/WAGE: |
| CONTACT PERSON:   PHONE NUMBER: | REASON FOR LEAVING: |

| EMPLOYER | DATE |
|---|---|
| NAME: | FROM MO. YR. / TO MO. YR. |
| ADDRESS: | POSITION HELD: |
| CITY:  STATE:  ZIP: | SALARY/WAGE: |
| CONTACT PERSON:   PHONE NUMBER: | REASON FOR LEAVING: |

| EMPLOYER | DATE |
|---|---|
| NAME: | FROM MO. YR. / TO MO. YR. |
| ADDRESS: | POSITION HELD: |
| CITY:  STATE:  ZIP: | SALARY/WAGE: |
| CONTACT PERSON:   PHONE NUMBER: | REASON FOR LEAVING: |

| EMPLOYER | DATE |
|---|---|
| NAME: | FROM MO. YR. / TO MO. YR. |
| ADDRESS: | POSITION HELD: |
| CITY:  STATE:  ZIP: | SALARY/WAGE: |
| CONTACT PERSON:   PHONE NUMBER: | REASON FOR LEAVING: |

| EMPLOYER | DATE |
|---|---|
| NAME: | FROM MO. YR. / TO MO. YR. |
| ADDRESS: | POSITION HELD: |
| CITY:  STATE:  ZIP: | SALARY/WAGE: |
| CONTACT PERSON:   PHONE NUMBER: | REASON FOR LEAVING: |

*Includes vehicles having a GVWR of 26,001 lbs. or more, vehicles designed to transport 15 or more passengers, or any size vehicle used to transport hazardous materials in a quantity requiring placarding.

PAGE 2  15F (Rev. 10/95)

# EMPLOYMENT RECORD FOR PAST 10

Begin with your present or most recent job and work backward in order, listing your employers for all employment. All time must be accounted for, including military service, self-employment, and periods of unemployment. Use separate sheet if necessary.

*Hinson 8 pages 11/27/01  334-281-6462*

## CURRENT EMPLOYER

- From: 10/18/99 To: 7/31/00
- Phone Number: (334) 262-1021
- Type of Equipment Driven: Tractor Trailer – Van
- Company Name: MCC
- Address: P.O. Box 4306, Montgomery, AL 36101
- Position Held: Driver
- Salary: 23%
- Reason For Leaving: too little work
- Areas in which you drove: approx 15 states

## SECOND LAST EMPLOYER

- From: 3/3/99 To: 8/20/99
- Phone Number: (334) 265-4807
- Type of Equipment Driven: Tractor Trailer – Van – Flat Bed
- Company Name: Southern Pallet
- Address: 4596 Washington Ferry Rd, Montgomery, AL 36108
- Position Held: Driver
- Salary: $8.00 hr
- Reason For Leaving: accused of running light and ect
- Areas in which you drove: Alabama

## THIRD LAST EMPLOYER

- From: 8/25/99 To: 10/22/99
- Phone Number: 334-228-3171
- Type of Equipment Driven: Tractor Trailer – Dump
- Company Name: Santez Sand + Gravel
- Address: 220 Hwy 80 West, Lowndesboro, AL 36752
- Position Held: Driver
- Salary: $9.00 hr
- Reason For Leaving: Rain – No Work
- Areas in which you drove: Alabama

## FOURTH LAST EMPLOYER

- From: 10/26/98 To: 2/2/99
- Phone Number: (334) 271-0430
- Type of Equipment Driven: None
- Company Name: Multi Staffing
- Address: 111 Market Place, Montgomery, AL 36117
- Position Held: Temp
- Salary: $7–8.00 hr
- Reason For Leaving: Temp Work
- Areas in which you drove: None

## FIFTH LAST EMPLOYER

- From: 10/15/95 To: 1/14/97
- Phone Number: (334) 265-1567
- Type of Equipment Driven: Tractor Trailer – Van
- Company Name: Piknik Products
- Address: 3806 Day St, Montgomery, AL 36108
- Position Held: Driver
- Salary: $7.75
- Reason For Leaving: Had to do 82 mp. for State – assault
- Areas in which you drove: Alabama

## SIXTH LAST EMPLOYER

- From: 1/16/95 To: 10/10/95
- Phone Number: (None) No longer in business
- Type of Equipment Driven: Tractor Trailer – Van
- Company Name: Builders Transport
- Address: 2029 W. DeKalb St., Camden, SC 29020
- Position Held: Driver
- Salary: 21¢ mile
- Reason For Leaving: Need to be home at time
- Areas in which you drove: approx 30 states

## SEVENTH LAST EMPLOYER

- From: 7/5/94 To: 1/12/95
- Phone Number: (334) 284-8486
- Type of Equipment Driven: Tractor Trailer – Van, Forklift
- Company Name: American Freightways
- Address: Hwy 331 South, Montgomery, AL 36105
- Position Held: Spotter
- Salary: $9.45 hr
- Reason For Leaving: laid off
- Areas in which you drove: only spotted

*Use separate sheet for additional employment history, if necessary.*

2

Rev. 02/2000

J.P. Teck (Driving School)
3920 Troy Hwy
Montgomery AL. 36116
(334) 288-1080
From: 11-93 To: 1-94

Unemployed
From: 5-15-93 To: 10-28-93

Winn Dixie
1550 Jackson Ferry Rd.
Montgomery AL. 36104 (334) 265-5240
From: 6-3-92 To: 5-15-93
Job: Select food products and operate forklift
Reason Left: company would not train me to drive truck as their rep: R. Knight promised me.

Calhoun High School
8213 Co. Rd. 33
Letohatchee AL. 36047
(334) 227-4515
Finished School: May 29, 1992

# Medical Examination Report
## FOR COMMERCIAL DRIVER FITNESS DETERMINATION

### 1. DRIVER'S INFORMATION
*Driver completes this section.*

Driver's Name (Last, First, Middle): Hasan, Darrell Dewayne
Social Security No.: 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
Birthdate: 10-23-73 M/D/Y
Age: 29
Sex: M
Address: P.O. Box 9351
City, State, Zip Code: Montgomery, Al 36108
Work Tel: ( )
Home Tel: 334 201-4918

☐ New Certification
☐ Recertification
☐ Follow Up

Driver License No.: 522146I

License Class: ☒ A  ☐ B  ☐ C  ☐ D  ☐ Other
Date of Exam: 3-18-2
State of Issue: Al

### 2. HEALTH HISTORY
*Driver completes this section, but medical examiner is encouraged to discuss with driver.*

| Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|
| ☐ | ☒ | Any illness or injury in last 5 years? | ☐ | ☒ | Lung disease, emphysema, asthma, chronic bronchitis |
| ☐ | ☒ | Head/Brain injuries, disorders or illnesses | ☐ | ☒ | Kidney disease, dialysis |
| ☐ | ☒ | Seizures, epilepsy | ☐ | ☒ | Liver disease |
| | | medication ___ | ☐ | ☒ | Digestive problems |
| ☐ | ☒ | Eye disorders or impaired vision (except corrective lenses) | ☐ | ☒ | Diabetes or elevated blood sugar controlled by: |
| ☐ | ☒ | Ear disorders, loss of hearing or balance | | | ☐ diet  ☐ pills  ☐ insulin |
| ☐ | ☒ | Heart disease or heart attack; other cardiovascular condition | ☐ | ☒ | Nervous or psychiatric disorders, e.g., severe depression |
| | | medication ___ | | | medication ___ |
| ☐ | ☒ | Heart surgery (valve replacement/bypass, angioplasty, pacemaker) | ☐ | ☒ | Loss of, or altered consciousness |
| ☐ | ☒ | High blood pressure  ☐ medication | ☐ | ☒ | Fainting, dizziness |
| ☐ | ☒ | Muscular disease | ☐ | ☒ | Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring |
| ☐ | ☒ | Shortness of breath | ☐ | ☒ | Stroke or paralysis |
| | | | ☐ | ☒ | Missing or impaired hand, arm, foot, leg, finger, toe |
| | | | ☐ | ☒ | Spinal injury or disease |
| | | | ☐ | ☒ | Chronic low back pain |
| | | | ☐ | ☒ | Regular, frequent alcohol use |
| | | | ☐ | ☒ | Narcotic or habit forming drug use |

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation. List all medications (including over-the-counter medications) used regularly or recently.

I certify that the above information is complete and true. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate.

Driver's Signature: _David D. Dewayne Hasan_   Date: 3-18-2

**Medical Examiner's Comments on Health History** (The medical examiner must review and discuss with the driver any "yes" answers and potential hazards of medications, including over-the-counter medications, while driving.)

# TESTING (Medical Examiner completes Section 3 through 7)

## 3. VISION

**Standard:** At least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° peripheral in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.

**INSTRUCTIONS:** When other than the Snellen chart is used, give test results in Snellen-comparable values. In recording distance vision, use 20 feet as normal. Report visual acuity as a ratio with 20 as numerator and the smallest type read at 20 feet as denominator. If the applicant wears corrective lenses, these should be worn while visual acuity is being tested. If the driver habitually wears contact lenses, or intends to do so while driving, sufficient evidence of good tolerance and adaptation to their use must be obvious. Monocular drivers are not qualified. Numerical readings must be provided.

| ACUITY | UNCORRECTED | CORRECTED | HORIZONTAL FIELD OF VISION | |
|---|---|---|---|---|
| Right Eye | 20/ | 20/ 20 | Right Eye | 90° |
| Left Eye | 20/ | 20/ 30 | Left Eye | 90° |
| Both Eyes | 20/ | 20/ 15 | | 180° |

Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green and amber colors? ☒ Yes ☐ No

Applicant meets visual acuity requirement only when wearing:
☒ Corrective Lenses

Monocular Vision: ☐ Yes ☒ No

Complete next line only if vision testing is done by an ophthalmologist or optometrist.

Date of Examination _____ Name of Ophthalmologist or Optometrist (print) _____ Tel. No. _____ License No./State of Issue _____ Signature _____ N/A

## 4. HEARING

**Standard:** a) Must first perceive forced whispered voice ≥ 5 ft, with or without hearing aid, or b) average hearing loss in better ear ≤ 40 dB
☐ Check if hearing aid used for tests. ☐ Check if hearing aid required to meet standard.

**INSTRUCTIONS:** To convert audiometric test results from ISO to ANSI, -14 dB from ISO for 500 Hz, -10 dB for 1,000 Hz, -8.5 dB for 2,000 Hz. To average, add the readings for 3 frequencies tested and divide by 3.

Numerical readings must be recorded.

a) Record distance from individual at which forced whispered voice can first be heard.

| | Right Ear | Left Ear |
|---|---|---|
| | 20 Feet | 20 Feet |

b) If audiometer is used, record hearing loss in decibels. (acc. to ANSI Z24.5-1951)

| Right Ear | | | Left Ear | | |
|---|---|---|---|---|---|
| 500 Hz | 1000 Hz | 2000 Hz | 500 Hz | 1000 Hz | 2000 Hz |
| | | | | | |
| Average: | | | Average: | | |

## 5. BLOOD PRESSURE / PULSE RATE

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| | 110 | X |

Driver qualified if ≤ 160/90 on initial exam.

Pulse Rate: ☒ Regular ☐ Irregular

### GUIDELINES FOR BLOOD PRESSURE EVALUATION

**Within 3 months**
If ≤ 160 and/or 90, qualify for 1 yr. Document Rx & control the 3rd month. — 1

If ≤ 160 and/or 90, qualify for 6 mos. Document Rx & control the 3rd month. — 2

**On initial exam**
If 161-180 and/or 91-104, qualify 3 mos. only.

If > 180 and/or 104, not qualified until reduced to < 181/105. Then qualify for 3 mos. only.

**Certify**
Annually if acceptable BP is maintained — 1

Biannually — 2

*Medical examiner should take at least 2 readings to confirm blood pressure. Numerical readings must be recorded.*

## 6. LABORATORY AND OTHER TEST FINDINGS

Urinalysis is required. Protein, blood or sugar in the urine may be an indication for further testing to rule out any underlying medical problem. Other Testing (Describe and record)

| URINE SPECIMEN | SP. GR. | PROTEIN | BLOOD | SUGAR |
|---|---|---|---|---|
| | 1.030 | trace | No | No |

## 7. PHYSICAL EXAMINATION   Height: 5' 11" (in.)   Weight: 254 (lbs.)

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen or is readily amenable to treatment. Even if a condition does not disqualify a driver, the medical examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible particularly if the condition, if neglected, could result in more serious illness that might affect driving.

Check YES if there are any abnormalities. Check NO if the body system is normal. Discuss any YES answers in detail in the space below, and indicate whether it would affect the driver's ability to operate a commercial motor vehicle safely. Enter applicable item number before each comment. If organic disease is present, note that it has been compensated for.
See *Instructions to the Medical Examiner for guidance.*

| BODY SYSTEM | CHECK FOR: | YES* | NO | BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|---|---|---|---|
| 1. General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse. | | | 7. Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness. | | |
| 2. Eyes | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos, strabismus uncorrected by corrective lenses, retinopathy, cataracts, aphakia, glaucoma, macular degeneration. | | | 8. Vascular System | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins. | | |
| 3. Ears | Middle ear disease, occlusion of external canal, perforated eardrums. | | | 9. Genito-urinary System | Hernias. | | |
| 4. Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing. | | | 10. Extremities - Limb impaired. Driver may be subject to SPE certificate if otherwise qualified. | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy, weakness, paralysis, clubbing, edema, hypotonia. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. | | |
| 5. Heart | Murmurs, extra sounds, enlarged heart, pacemaker. | | | 11. Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness. | | |
| 6. Lungs and chest, not including breast examination. | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sounds including wheezes or alveolar rales, impaired respiratory function, dyspnea, cyanosis. Abnormal findings on physical exam may require further testing such as pulmonary tests and/or xray of chest. | | | 12. Neurological | Impaired equilibrium, coordination or speech pattern; paresthesia, asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia. | | |

*COMMENTS:

Note certification status here. See *Instructions to the Medical Examiner* for guidance.

☒ Meets standards in 49 CFR 391.41; qualifies for 2 year certificate
☐ Does not meet standards
☐ Meets standards, but periodic evaluation required
Due to _____ driver qualified only for:
  ☐ 3 months   ☐ 1 year
  ☐ 6 months   ☐ Other
☐ Temporarily disqualified due to (condition or medication): _____
Return to medical examiner's office for follow up on _____

☒ Wearing corrective lenses
☐ Wearing hearing aid
☐ Accompanied by a _____ waiver/exemption
☐ Skill Performance Evaluation (SPE) Certificate
☐ Driving within an exempt intracity zone
☐ Qualified by operation of 49 CFR 391.64

Medical Examiner's Signature _Dock_

Medical Examiner's Name (print) Dr. J Scholw MD
Address 601 N.E. Blvd. Mtg, AL 36117
Telephone Number 314-277-6331 (Driver must carry certificate when operating a commercial vehicle.)

If meets standards, complete a Medical Examiner's Certificate according to 49 CFR 391.43(h).

BUREAU OF MOTOR CARRIER SAFETY

# WRITTEN EXAMINATION FOR DRIVERS

Applicant __Darnell Hinson__                    Date __3-11-0__

Examiner _____

1. 390.32  A motor carrier who is also a driver (owner-operator):
   1. ( ) is not covered by the safety regulations.
   2. ( ) must obey only those parts of the regulations which cover drivers.
   3. ( ) must obey only those parts of the regulations which cover motor carriers.
   4. (✓) must obey both the parts covering drivers and the parts covering motor carriers.

2. 391.11(b)(1)  With only a few exceptions, the Federal Motor Carrier Safety Regulations say a driver must be:
   1. ( ) at least 18 years old.
   2. ( ) at least 19 years old.
   3. ( ) at least 20 years old.
   4. (✓) at least 21 years old.

3. 391.15(c)(2)(3)  A driver cannot drive a motor vehicle:
   1. ( ) For one year after a first offense conviction for a felony involving a commercial motor vehicle he was driving.
   2. ( ) For one year after a first offense conviction for driving a commercial vehicle under the influence of alcohol or narcotics.
   3. ( ) For one year after a first offense conviction for leaving the scene of an accident which resulted in personal injury or death.
   4. (✓) For one year after a first offense conviction for any of the above.

4. 391.21(b)(7)(8)(10)  Every driver applicant must fill out an application form giving:
   1. ( ) a list of all vehicle accidents he was in during the previous 3 years.
   2. ( ) a list of all of his motor vehicle violation convictions and bond forfeits (except for parking) during the previous 3 years.
   3. ( ) a list of names and addresses of all of his employers during the previous 3 years.
   4. (✓) all of the above.

5. 391.27(a)(b)  At least once a year, a driver must fill out a form listing all motor vehicle violations (except parking) which he had during the previous 12 months. He must fill out the form:
   1. (✓) even if he had no violations.
   2. ( ) only if he was convicted.
   3. ( ) only if he was convicted or forfeited bond or collateral.
   4. ( ) only if the carrier requires it.

6. 391.33(a)(2)  If a driver applicant has a valid certificate showing he passed a driver's road test:
   1. ( ) the carrier must accept it.
   2. (✓) the carrier may still require the applicant to take a road test.
   3. ( ) the carrier cannot accept it.
   4. ( ) the carrier may request a road test waiver from the Bureau of Motor Carrier Safety.

7. 391.41(b)(5)  Persons with breathing problems which may affect safe driving:
   1. (✓) cannot drive.
   2. ( ) cannot drive unless the vehicle has an emergency oxygen supply.
   3. ( ) cannot drive unless another driver is along.
   4. ( ) cannot drive except on short runs.

8. 391.41(b)(7)  Persons with arthritis, rheumatism, or any such condition which may affect safe driving:
   1. ( ) cannot drive unless they are checked by a doctor before each trip.
   2. (✓) cannot drive.
   3. ( ) cannot drive except when they are free of pain.
   4. ( ) cannot drive unless another driver is along.

9. 391.41(b)(8)  Persons who have ever had epilepsy:
   1. ( ) cannot drive unless another driver is along.
   2. (✓) cannot drive.
   3. ( ) cannot drive on long runs.
   4. ( ) cannot drive without monthly medical examinations.

10. 391.41(b)(9)(12)(13)  In order to be able to drive, a person:
    1. ( ) must not have any mental, nervous or physical problem likely to affect safe driving.
    2. ( ) must not use an amphetamine, narcotic or any habit-forming drug.
    3. ( ) must not have a current alcoholism problem.
    4. (✓) must not have or use any of the above.

11. 391.45(c)  Any driver who gets an injury or illness serious enough to affect his ability to perform his duties:
    1. ( ) must report it at his next scheduled physical.
    2. ( ) cannot drive again.
    3. (✓) must take another physical and be recertified before driving again.
    4. ( ) must wait at least 1 month after recovery before driving again.

12. 392.2  A driver may not drive faster than posted speed limits:
    1. ( ) unless he is sick and must complete his run quickly.
    2. (✓) at any time.
    3. ( ) unless he is passing another vehicle.
    4. ( ) unless he is late and must make a scheduled arrival.

13. 392.3  When a driver's physical condition while on a trip requires that he stop driving, but stopping would not be safe, the driver:
    1. ( ) must stop anyway.
    2. ( ) may try to complete his trip, but as quickly as possible.
    3. ( ) may continue to drive to his home terminal.
    4. (✓) may continue to drive, but must stop at the nearest safe place.

14. 392.5(a)(1)  A driver may not drink or be under the influence of any alcoholic beverage (regardless of alcoholic content):
    1. (✓) within 4 hours before going on duty or driving.
    2. ( ) within 6 hours before going on duty or driving.
    3. ( ) within 8 hours before going on duty or driving.
    4. ( ) within 12 hours before going on duty or driving.

15. 392.7  A driver must satisfy himself that service and parking brakes, tires, lights and reflectors, mirrors, coupling and other devices are in good working order:
    1. ( ) at the end of each trip.
    2. (✓) before the vehicle may be driven.
    3. ( ) only when he considers it necessary.
    4. ( ) according to schedules set by the carrier.

© Copyright 1978 & Published By:
J. J. KELLER & ASSOCIATES, INC.
145 W. Wisconsin Ave. - Neenah, Wisconsin 54956
(414) 722-2848
"International Technical Publishers"

FORM NO. 14F

16. 392.8  Which of the following must be in place and ready for use before a vehicle can be driven?
1. (✓) at least one spare fuse or other overload protector of each type used on the vehicle.
2. ( ) a tool kit containing a specified list of hand tools.
3. ( ) at least one spare tire for every four wheels.
4. ( ) a set of spark plugs.

17. 392.9(a)(3)  If any part of the cargo or anything else blocks a driver's front or side views, his arm or leg movements, or his access to emergency equipment, the driver:
1. ( ) can drive the vehicle, but must report the problems at the end of the trip.
2. (✓) cannot drive the vehicle.
3. ( ) can drive the vehicle, but only at speeds under 40 miles per hour.
4. ( ) can drive the vehicle, but only on secondary roads.

18. 392.9(a)  Any driver who needs glasses to meet the minimum visual requirements:
1. ( ) must drive only during daylight hours.
2. (✓) must always wear his glasses when driving.
3. ( ) must always carry a spare pair of glasses.
4. ( ) must not drive a motor vehicle.

19. 392.9(b)  A driver may drive with a hearing aid:
1. ( ) if he always has it turned on while he is driving.
2. ( ) if he always carries a spare power source for it.
3. ( ) if he can meet the hearing requirements when he has it turned on.
4. (✓) if all of the above requirements are met.

20. 392.10(a)  A driver required to stop at a railroad crossing should bring his vehicle to a stop no closer to the tracks than:
1. ( ) 5 feet.
2. ( ) 10 feet.
3. (✓) 15 feet.
4. ( ) 20 feet.

21. 392.10(a)  Shifting gears is not permitted:
1. ( ) when traveling faster than 35 miles per hour.
2. ( ) when moving across any bridge.
3. (✓) when crossing railroad tracks.
4. ( ) when traveling down a hill steeper than 10 degrees.

22. 392.13  Drivers of motor vehicles not required to stop at drawbridges without signals:
1. (✓) must drive at a rate of speed which will permit a stop before reaching the lip of the draw.
2. ( ) must sound their horn before crossing.
3. ( ) can proceed across without reducing speed.
4. ( ) must slow down only if directed to by an attendant.

23. 392.15(a)  A driver turning his vehicle should begin flashing his turn signal:
1. ( ) at least 50 feet before turning.
2. ( ) at least 60 feet before turning.
3. ( ) at least 75 feet before turning.
4. (✓) at least 100 feet before turning.

24. 392.16  Which of the following is true?
1. (✓) If a seat belt is installed in the vehicle, a driver must have it fastened before beginning to drive.
2. ( ) a driver may or may not use the seat belt, depending on his judgment.
3. ( ) seat belts are not necessary on heavier vehicles.
4. ( ) a driver must use his seat belt only if required to by the carrier.

25. 392.21  When a motor vehicle cannot be stopped off the traveled part of the highway, the driver:
1. ( ) must keep driving.
2. ( ) may stop, but shall get as far off the traveled part of the highway as possible.
3. ( ) may stop, but shall make sure that the vehicle can be seen as far as possible to its front and rear.
4. (✓) may stop if he has to, but should do both 2 and 3 above.

26. 392.22(b)(1)  If a vehicle has a breakdown the driver must place one emergency signal:
1. ( ) 100 feet in front of the vehicle in the center of the lane it occupies.
2. ( ) 100 feet in back of the vehicle in the center of the lane it occupies.
3. ( ) 10 feet in front or back of the traffic side.
4. (✓) at all of the above locations.

27. 392.22(b)(1)(i)  If a vehicle has a breakdown on a poorly-lit street or highway, the driver shall place on the traffic side:
1. ( ) a reflective triangle.
2. ( ) a lighted red electric lantern.
3. ( ) a red reflector.
4. (✓) any one of the above.

28. 392.22(b)(2)(iii)  No emergency signals are required for a vehicle with a breakdown if the street or highway lighting is bright enough so it can be seen at a distance of:
1. ( ) 100 feet.
2. ( ) 200 feet.
3. (✓) 500 feet.
4. ( ) 750 feet.

29. 392.22(b)(2)(v)  If a vehicle has a breakdown and stops on a poorly-lit *divided or one way* highway, the driver must place one emergency signal:
1. ( ) 200 feet in back of the vehicle in the center of the lane it occupies.
2. ( ) 100 feet in back of the vehicle on the traffic side of the vehicle.
3. ( ) 10 feet in back of the vehicle on the traffic side of the vehicle.
4. (✓) at all of the above locations.

30. 392.25  Lighted flame-producing emergency signals, including fusees:
1. ( ) may not be used with vehicles carrying Class A or B explosives
2. ( ) may not be used with tank vehicles, loaded or empty, which are used to carry flammable liquids or gas.
3. ( ) may not be used with any vehicle using compressed gas as a fuel.
4. (✓) may not be used with any of the above.

31. 392.30(a)  A driver is required to have his lights on:
1. ( ) from one-half hour *before* sunset to one-half hour *before* sunrise.
2. ( ) from one-half hour before sunset to sunrise.
3. ( ) from one-half hour *after* sunset to one-half hour *before* sunrise.
4. ( ) from sunset to one-half hour before sunrise.

32. 392.32(a)(b)  When lights are required on the open highway, a driver shall use the high beam:
1. ( ) except when within 500 feet of an on-coming vehicle or a vehicle he is following.
2. ( ) except when within 400 feet of an on-coming vehicle or a vehicle he is following.
3. (✓) except when within 200 feet of an on-coming vehicle or a vehicle he is following.
4. ( ) except when within 100 feet of an on-coming vehicle or a vehicle he is following.

33. 392.32(a) When lights are required, drivers may use lower beam lights:
1. ( ) when fog, dust or other such conditions exist.
2. ( ) when approaching tunnels or bridges.
3. ( ) when driving on one way highways.
4. ( ) when within 1,000 feet of business areas or where people live.

34. 392.40 Every driver involved in an accident must follow the Safety Regulation procedures whenever an injury or death is involved or if:
1. ( ) the accident is caused by the driver and property damage of over $250.00 results.
2. ( ) property damage of over $250.00 results, no matter who is at fault.
3. ( ) property damage of over $100.00 results.
4. ( ) property damage of any kind results.

35. 392.41 If a driver strikes a parked vehicle, he should *first*:
1. ( ) stop and call the local police.
2. ( ) stop and call his carrier.
3. ( ) stop and try to find the driver or owner of the parked vehicle.
4. ( ) stop and estimate the damage.

36. 392.42 When a driver receives notice that his operator's license or permit has been revoked, suspended, or withdrawn, he must:
1. ( ) notify his carrier within 72 hours.
2. ( ) notify his carrier within one week.
3. ( ) notify his carrier before the end of the next business day.
4. ( ) take no action since his carrier will also get a notice.

37. 392.61 Except in emergencies, no driver shall allow his vehicle to be driven by any other person:
1. ( ) except those he knows can drive it.
2. ( ) except on roads with little or no traffic.
3. ( ) except those allowed by the carrier to do it.
4. ( ) unless he goes along with the person driving.

38. 392.64 A person may ride inside a vehicle's closed body or trailer:
1. ( ) only on short runs.
2. ( ) only if there is an easy way to get out from the inside.
3. ( ) only if the inside of the body or trailer is lighted.
4. ( ) only if there is no cargo in it.

39. 392.66 If carbon-monoxide is inside a vehicle or if a mechanical problem may produce a carbon-monoxide danger, the vehicle:
1. ( ) may be sent out and driven so long as the windows are left open.
2. ( ) may not be sent out or driven.
3. ( ) may be sent out and driven only if the carrier decides the vehicle has to be used.
4. ( ) may be sent out and driven on short runs.

40. 392.68 No motor vehicle shall be operated out of gear:
1. ( ) except when fuel must be saved.
2. ( ) except on hills which are less than 20 degrees.
3. ( ) except when it is necessary for stopping or shifting gears.
4. ( ) except when the vehicle's speed is under 25 miles per hour.

41. 393.1(a) Under the Federal Motor Carrier Safety Regulations, no vehicle may be driven:
1. ( ) until a list of all missing or defective equipment has been prepared and given to the carrier.
2. ( ) until all equipment has been inspected and replacements for defective parts have been ordered.
3. ( ) unless all missing equipment is to be replaced no later than the end of the vehicle's next run.
4. ( ) until it meets all of the equipment requirements of the Regulations.

42. 393 various Minimum requirements for lighting, reflecting and electrical equipment and devices on buses and trucks:
1. ( ) are set by the vehicle makers.
2. ( ) are set by the National Safety Council.
3. ( ) are specified in the Safety Regulations.
4. ( ) are set by the trucking associations.

43. 393.18(a)(b) Every motor vehicle which has a load sticking out over its sides must be specifically marked with flags and lamps. Additional flags and lamps must be added if the load or tailgate sticks out beyond the rear of the vehicle by more than:
1. ( ) 2 feet.
2. ( ) 4 feet.
3. ( ) 6 feet.
4. ( ) 8 feet.

44. 393.41(a) Every vehicle shall have a parking brake system which will hold it, no matter what its load:
1. ( ) on any grade on which it is operated which is free from ice and snow.
2. ( ) on all grades under 15 degrees which are free from ice and snow.
3. ( ) on all grades under 20 degrees which are free from ice and snow.
4. ( ) on all grades under 25 degrees which are free from ice and snow.

45. 393.77(b)(6) A portable heater may not be used in any vehicle cab:
1. ( ) unless it is secured.
2. ( ) unless it is of the electric filament type.
3. ( ) at any time.
4. ( ) without approval from the carrier.

46. 395.3(a) Drivers are not generally allowed to drive for more than:
1. ( ) 6 hours following 8 straight hours off duty.
2. ( ) 8 hours following 8 straight hours off duty.
3. ( ) 10 hours following 8 straight hours off duty.
4. ( ) 12 hours following 8 straight hours off duty.

47. 395.3(a) Most drivers of large vehicles are *not* allowed to drive:
1. ( ) after they have been *on duty* for 16 hours.
2. ( ) after they have been *on duty* for 15 hours.
3. ( ) after they have been *on duty* for 14 hours.
4. ( ) after they have been *on duty* for 12 hours.

48. 395.3(b) Generally, a driver may not be "on duty":
1. ( ) for more than 40 hours in any 7 straight days.
2. ( ) for more than 50 hours in any 7 straight days.
3. ( ) for more than 60 hours in any 7 straight days.
4. ( ) for more than 70 hours in any 7 straight days.

49. 395.7 When a driver is riding in a vehicle, but is not driving and has no other responsibility, such time shall be counted as:
1. ( ) on-duty time.
2. ( ) on-duty time unless he is allowed 8 straight hours off duty when he gets to the destination.
3. ( ) on-duty time unless he is allowed 6 straight hours off duty when he gets to the destination.
4. ( ) on-duty time unless he is allowed 4 straight hours off duty when he gets to the destination.

50. 395.8(b) Every driver must prepare an original and one copy of a daily log which he must keep current by updating it:
1. ( ) every time he changes a duty status.
2. ( ) every 24 hours.
3. ( ) every 8 hours.
4. ( ) at the end of each trip.

51. 395.8(c) Except for the name and main address of the carrier, all entries in a log:
1. ( ) must be printed in ink or typed.
2. ( ) must be made by the carrier dispatcher.
3. ( ) must be made in front of a witness.
4. ( ) must be written in the driver's own handwriting.

52. 395.8(1)(p)(q)  Which of the following is *not* to be in a driver's log?
1. ( ) Time spent in a sleeper berth.
2. ( ) Total hours in each duty status.
3. ( ) The name of the carrier or carriers.
4. (✓) The name and make of his vehicle.

53. 395.11  If an emergency delays a run which could normally have been completed within hours of service limits, the driver:
1. ( ) must still stop driving when the hours of service limit is reached.
2. ( ) may drive for 1 extra hour.
3. ( ) may drive for 2 extra hours.
4. (✓) may finish his run without being in violation.

54. 395.13  Any driver declared "Out of Service":
1. ( ) must take a road test before driving again.
2. ( ) must wait 72 hours before driving again.
3. ( ) must appeal to the Director of the Bureau of Motor Carrier Safety to drive again.
4. (✓) can drive again only after hours of service requirement are met.

55. 396.4  If a vehicle on a trip is in a condition likely to cause an accident or breakdown:
1. ( ) the driver should report it at the end of his run so repairs can be made.
2. ( ) the driver should drive at lower speeds for the rest of the run.
3. (✓) the driver should stop immediately unless going on to the nearest repair shop is safer than stopping.
4. ( ) the driver should change his route so as to get away from heavily traveled roads.

56. 396.5(c)  If authorized Federal inspectors find a vehicle which is likely to cause an accident or breakdown:
1. ( ) it will be reported to the carrier for repair as soon as the vehicle is not scheduled.
2. ( ) it will be reported to the carrier for repair at the end of the trip.
3. (✓) it will be marked with an "Out of Service Vehicle" sticker and not driven until repairs are made.
4. ( ) the driver will be held responsible and declared "Out of Service."

57. 396.5(c)(4)  If the driver makes his own repairs on an "Out of Service" vehicle:
1. ( ) his work must be approved by a mechanic.
2. (✓) he must complete and sign a "Certification of Repairman" form himself.
3. ( ) his work must be approved by his supervisor.
4. ( ) his work must be approved by a Federal inspector.

**The following questions must be answered by Drivers involved in the transportation of Hazardous Materials.**

58. 397.3  Department of Transportation Regulations covering the driving and parking of vehicles containing hazardous materials:
1. ( ) replace State and local laws.
2. ( ) prevent States and cities from having their own laws.
3. (✓) must be obeyed even if State or local laws are less strict or disagree.
4. ( ) should not be obeyed if State or local laws disagree.

59. 397.5(c)  A vehicle which contains hazardous materials *other than* Class A or B explosives must be attended at all times:
1. ( ) by the driver.
2. (✓) by the driver except when he is involved in something else necessary to his duties as a driver.
3. ( ) by the driver or a person chosen by the driver.
4. ( ) by the driver or a police officer.

60. 397.5(d)(1)  A vehicle containing Class A or B explosives or other hazardous materials on a trip is "attended":
1. ( ) when the person in charge is anywhere within 100 feet of it.
2. ( ) as long as the driver can see it from 200 feet away.
3. (✓) when the person in charge is within 100 feet and has a clear view of it.
4. ( ) when the person in charge is resting in the berth.

61. 397.7(a)(3)  Except for short periods when operations make it necessary, trucks carrying Class A or B explosives cannot be parked any closer to bridges, tunnels, building or crowds of people than:
1. ( ) 50 feet.
2. ( ) 100 feet.
3. (✓) 200 feet.
4. ( ) 300 feet.

62. 397.13(a)  Smoking or carrying a lighted cigarette, cigar or pipe near a vehicle which contains explosives, oxidizing or flammable materials is not allowed:
1. ( ) except in the closed cab of the vehicle.
2. ( ) except when the vehicle is moving.
3. (✓) except at a distance of 25 feet or more from the vehicle.
4. ( ) except when approved by the carrier.

63. 397.15(a)(b)  When a vehicle containing hazardous materials is being fueled:
1. ( ) no person may remain in the cab.
2. (✓) a person must be in control of the fueling process at the point where the fuel tank is filled.
3. ( ) the area within 50 feet of the vehicle must be cleared.
4. ( ) the person who controls the fueling process must wear special clothes.

64. 397.17(a)  If a vehicle carrying hazardous materials is equipped with dual tires on any axle, the driver must examine the tires:
1. ( ) at all fueling stops only.
2. ( ) only at the end of each day or tour of duty.
3. (✓) at the beginning of each trip and each time the vehicle is parked.
4. ( ) at the beginning of each trip only.

65. 397.17(c)  If a driver of a vehicle carrying hazardous materials finds a tire which is overheated, he must:
1. ( ) wait for the overheated tire to cool before going on.
2. ( ) remove and replace the overheated tire, store it on the vehicle and drive on.
3. (✓) remove the tire, place it a safe distance from the vehicle and not drive the vehicle until the cause of the overheating is fixed.
4. ( ) drive slowly to the nearest repair shop and have the cause of the overheating fixed.

66. 177.823(a)(3)  When required, specified hazardous materials markings or signs must be placed:
1. ( ) wherever they can be seen clearly.
2. (✓) on the sides and rear of the vehicle.
3. ( ) on the front, rear and sides of the vehicle.
4. ( ) on the front and rear bumpers of the vehicle.

REQUEST FOR INFORMATION FROM PREVIOUS EMPLOYER

COMPANY: Alabama Food Service
ADDRESS: 401 Paul Rd
CITY & STATE: Montgomery, AL   ZIP: 36101

YOU ARE HEARBY AUTHORIZED TO GIVE:
WEBSTER INDUSTRIES
5402 LAMCO STREET
MONTGOMERY, AL. 36117

All information regarding my services, character and conduct while in your employment. You are released from any liability which may result from furnishing such information to the named company.

DATE: 4-11-03   EMPLOYEE'S SIGNATURE: _____

WORK HABITS: DATES OF EMPLOYMENT from: 12-6-01 to: 3-15-02

1. Did the applicant drive a motor vehicle for you? Yes
2. Tractor-semi trailer? X   other? ___
3. Was the applicant a safe and efficient driver? Yes
4. Was the driver involved in any accidents? No
5. Where they chargeable ___
6. Reason for leaving your employment? discharged ___ layoff ___ resigned ___ other: Another Job — Went to Webster 3-15-02
7. Are you willing to rehire the applicant? yes / no

SUBSTANCE ABUSE INVESTIGATIVE REPORT:

1. Did the driver have any alcohol test with results of 0.04 alcohol concentration or greater? yes ___ no ✓
2. Did driver have any verified positive controlled substance test results (check one) Yes ___ no ✓
3. Did driver ever refused to be tested: yes ___ no ✓

Signature of the person completing this form: _____   date: 5-1-03

FMSCR 391.23 required an investigation into the driver's past employment record. This investigation must be completed within 30 days of employment, and may be by personal interviews, telephone interviews, letters or any other method that the carrier deems appropriate. A written record must include the past employer's name, address and the date of contact and comments made as to the driver's past record. The written record shall be retained in the driver's qualification file.

Please furnish this information as soon as possible according to FMSCR 382.413 which is required. Please see this regulation for futher information if needed.

REQUEST FOR INFORMATION FROM PREVIOUS EMPLOYER

COMPANY: *ALABAMA Food Service*

ADDRESS: ----------------------------------------

CITY&STATE: *Montgomery, AL*   ZIP----------------

YOU ARE HEARBY AUTHORIZED TO GIVE:
WEBSTER INDUSTRIES
5402 LAMCO STREET
MONTGOMERY, AL. 36117

All information regarding my services, character and conduct while in your enployment. You are released from any libility which may result from furnishing such information to the named company.

DATE: *4-11-03*   EMPLOYEE'S SIGNATURE: *[signature]*

WORK HABITS: DATES OF EMPLOYMENT  from-------------- to:----------------------

1. Did the applicant drive a motor vehicle for you ?----------
2. Tractor-semi trailer?-----------other?------
3. Was the applicant a safe and efficient driver ?------
4. Was the driver involved in any accidents ?-----
5. Where they chargeable---------------
6. Reason for leaving your employment ?discharged---- layoff----- resigned----- other--------
7. Are you willing to rehire the applicant ? yes---no---

SUBSTANCE ABUSE INVESTIGATIVE REPORT:

1. Did the driver have any alcohol test with results of 0.04 alcohol concentration or greater ? yes--- no----
2. did driver have any verified positive controlled substance test results (check one) Yes----no----
3. Did driver ever refused to be tested :yes---no----

Signature of the person completing this form :
------------------------------------------------ date------------------------

FMSCR391-23 required an investigation into the driver's past employment record. This investigation must be completed withen 30 days of employment, and may be by personal interviews , telephone interviews , letters or any other method that the carrier deems appropriate. A written record must include the past employer's name ,address and the date of contact and comments made as to the driver's past record. The written record shall be retained in the driver's qualification file.

Please furnish this information as soon as possible according to FMSCR 382.413 which is required. Please see this regulation for futher information if needed.

*5-1-03 Spoke to Nancy faxed copy to her boss Joe McGuire at 9:35 Am*