5 mailed 4/26/04 JH

## Personnel Documentation
## For
## Employee Progressive Disciplinary Action

Today's Date 4/14/2004    Employee Name Darrell Hinson
Employee Clock # 6314
Employee Assigned Shift Local Driver
Employee Assigned Department 85
Employee's Supervisor Bill Barton

Disciplinary Action being taken: Suspension

Describe Reason for Discipline:
On 4/11/2004, You drove your truck and pulled a trailer away from a loading dock while a forklift driver was in side your trailer. You violated several safety procedures that required you to check your trailer before driving away from the loading dock. This is a serious safety violation that could have severely injured the forklift driver and/or destroyed a Webster forklift. Therefore, you are being suspended while this incident is under investigation.

Previous Discipline Given:
Verbal - Date_____    1st Written - Date_____
Suspension – Date
Suspension # Days_____ to be taken on the following day(s)_____
Termination - Date
Supervisor's Signature_____  Employee's Signature _Refused to sign_
(check if employee refused to sign)
HR Representative Signature _Janie C. Jone_ 4/14/04
Shop Steward Signature _Charles Janson_
Copies: Employee, Employee's Supervisor, Operations Manager, HR Representative, HR Manager, Shop Steward, Union Business Representative, Employee File


EXHIBIT C