## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

DARRELL HINSON,                     )
      Plaintiff,                  )
                            )
        v.                         )      Civil Action No. 2:05-cv-971-ID-CSC
                            )
WEBSTER INDUSTRIES,                 )
      Defendant.                  )

## PLAINTIFF'S ANSWERS TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION

COMES NOW Plaintiff Darrell Hinson in the above styled cause pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and in answer to Defendant's Interrogatories and Request for Production states as follows:

1.      Identify by providing the names and addresses of all persons known to you or your agents with knowledge or information regarding any of the claims and allegations alleged by you in the Complaint with respect to Defendant Chelsea Industries, Inc. and/or Webster Industries and its representatives. This request includes, but is not limited to, all persons known to you or your agents who were witnesses to any of the events or claims forming the basis of your Complaint in this case that have been asserted against Chelsea Industries, Inc.

**RESPONSE: All addresses and phone numbers are known to the defendant:**

**Jimmy Jackson; Michael Price; Paul Walsdon; Bill Barton; Larry Hooks; Anthony Taylor; Joe Scruggs; Barney Strech; Alvin Pugh; Bruce Linson; Caroline Simmons; Tina Murry; Courty Exford; Mickey Hays; Veronica Thorn; George Anderson; Clevette Ellis.**



Dr. Tucker Mattox, P.O.Box 250450, Montgomery, Alabama 36125-0450

2.    If you have ever been arrested or convicted or a crime other than a traffic violation,

identify the crime, date of arrest or conviction, the court hearing the case, and case

number of the case.

**RESPONSE:  Montgomery County Circuit Court, Case No.96-1777, assault 1; Montgomery**

**Municipal Court, Case No. 2006cra004858A, Assault 3rd; Montgomery**

**County Circuit Court, Case No. 05-790, Assault 2nd.**

3.    Identify each person whom you expect to call as an expert witness at trial, state the

subject matter on which the expert is expected to testify, and state the substance of the

facts and opinions to which the expert is expected to testify and a summary of the

grounds for each opinion.

**RESPONSE:  Will be provided in accordance with the Federal Rules of Civil Procedure.**

4.    List the name and address of each individual or representative of Chelsea Industries, Inc.

and/or Webster Industries with whom you have communicated regarding the events

alleged in the Complaint, and list the substance of each such communication, and the date

on which such communication took place.

**RESPONSE:  I talked to Bill Barton but do not remember the date nor do I know his**

**address.  I asked him why Paul was not written up for pulling the trailer off the dock at the**

**plant.  Bill said that he did not know about the incident and it was not for me to tell.**

5.    List all schools, colleges, universities, vocational schools and other educational institutes

which you have attended above and including the high school level, and provide the dates

of attendance and degrees or certificates received.

RESPONSE: Calhoun High School, 8213 Co. Rd 33, Letohatchee, Alabama, 36047; 334-227-4515, graduated 1992, diploma;

J.P. Tech, 3920 Troy Highway, Montgomery, Alabama 36116; 334-288-1080, attended November 1993 through January 1994; received certificate.

6.    Name each person, firm or corporation for whom you have worked from 1985 to the present, stating the kind of work you did for each such employer, the date on which you began working for each such employer, the amount of compensation you received from each such employer for your services, on what date you stopped working for each such employer, the reason you stopped working for each such employer, and your immediate supervisor at each such place of employment.

RESPONSE: Asphalt Contractors Inc.; driver; $11.00 hourly; current; not applicable.

Callen Enterprises Inc.; driver;$9.00 hourly; December 2006; received another opportunity.

Alabama Food Service; driver; $8.50 hourly; July 2006; terminated due to disagreement.

Penberton Truck Lines; driver; $.30 per mile; September 2006; received another opportunity.

Waste Recycling; driver; $50.00 per load; June 2004; received another opportunity.

Towns Transportation; driver; $.30 per mile; April 2004; received another opportunity.

Webster Industries; driver; $11.97; April 2004; refer to suit.

AMX; driver; $9.50; November 2001; lay-off.

MCC; driver; 23% of load total; July 2000; not enough work.

Southern Pallet; driver; $8.00 hourly; August 1999; accused of traffic violation.

Santez Sand & Gravel; driver; $9.00 hourly; October 1999; rain-no work.

Multi Staffing; temporary work; $7.00-$8.00 hourly; February 1999; temporary conditions.

Piknik Products; driver; $7.75; January 1997; incarcerated.

Builders Transport; driver; $.21 per mile; October 1995; travel expenses too expensive.

American Freightways; spotter; $9.45; January 1995; laid off.

7.    Identify each and every lawsuit in which you have been involved or are currently

involved, either as a Plaintiff, Defendant, or witness by identifying the court, case

number, and nature of the case.

**RESPONSE: Federal Court:**

Hinson versus American Freightways; Case Number 96-1154; Discrimination.

Hinson versus Lucas; Case Number 79-1758; Violation of Constitutional Rights.

Hinson versus Webster; Case Number 05-971; Discrimination.

**Small Claims Court**

Hinson versus Donald Mount; Case Number Unknown; Debt Owed.

Hinson versus Bobby Rogers; Case Number Unknown; Breach of Contract.

8.    Identify each and every charge of discrimination that you have filed with the Equal

Employment Opportunity Commission ("EEOC") by identifying the charge number and

the outcome of the investigation by the EEOC.

**RESPONSE: None.**

9.    Identify by name, address, and telephone number any person from whom you and anyone

acting on your behalf have obtained a written, recorded or oral statement concerning or

relating to the events alleged in the Plaintiff's Complaint, and state the date on which

such statement was obtained and who has possession of each such statement.

**RESPONSE: None.**

10.    List the name and address of each person with whom you have communicated regarding

any of the allegations contained in Plaintiff's Complaint.

**RESPONSE:  All addresses and phone numbers are known to the defendant:**

**Jimmy Jackson; Michael Price; Paul Walsdon; Bill Barton; Larry Hooks; Anthony Taylor;**

**Joe Scruggs; Barney Strech; Alvin Pugh; Caroline Simmons; Tina Murry; Courty Exford;**

**Mickey Hays; Veronica Thorn; George Anderson;Dr. Tucker Mattox, P.O.Box 250450,**

**Montgomery, Alabama 36125-0450**

11.    Provide the name and address of each person you expect to call as a witness at trial, and

state briefly the substance of her/her {sic} knowledge relating to the allegations contained

in Plaintiff's Complaint.

**RESPONSE:  Will provide in accordance with the Federal Rules of Civil Procedure.**

12.    Describe all information known by any of the following persons with regard to Plaintiff's

employment with Webster Industries, the allegations in the Complaint, and any

conversation(s) they have had with you concerning your termination by Webster

Industries and this lawsuit:

(A)    Jimmy Jackson;

(B)    Michael Price;

(C)    Paul LNU;

(D)    Bill Barton;

(E)    Bill Snow.

RESPONSE: A.     Has knowledge of policies and procedures, accident history, knows other employees were threatened and/or discriminated; Paul's (LNU) attitude towards other blacks; knows safety equipment not working properly; knows of other employees being terminated due to disabilities; knows false testimony was given about Alvin Pugh taking my position after termination; knows company did not follow it's own policies; Paul's (LNU) comments about not being able to pass drug testing;

B.     Has knowledge of policies and procedures, accident history, knows other employees were threatened and/or discriminated; Paul's (LNU) attitude towards other blacks; knows safety equipment not working properly; knows of other employees being termination due to disabilities; knows false testimony was given about Alvin Pugh taking my position after termination; knows company did not follow their own policies;

C.     Has knowledge of policies and procedures, accident history, knows other employees were threatened and/or discriminated against Paul's (LNU) attitude towards other blacks; knows safety equipment not working properly; knows of other employees being terminated due to disabilities; knows false testimony was given about Alvin Pugh taking my position after termination; knows company did not follow it's own policies; Paul's (LNU) comments about not being able to pass drug

-6-

testing;

D.    Has knowledge of policies and procedures, accident history, knows

other employees were threatened and/or discriminated against Paul's

(LNU) attitude towards other blacks; knows safety equipment not

working properly; knows of other employees being terminated due to

disabilities; knows false testimony was given about Alvin Pugh taking

my position after termination; knows company did not follow it's own

policies; Paul's (LNU) comments about not being able to pass drug

testing;

E.    Violations committed by other drivers.

Remainder of this page intentionally left blank.

DATED this the 30th day of April, 2007.

_____
DARRELL HINSON

SWORN TO AND SUBSCRIBED before me on this the 30th day of April, 2007.

_____
NOTARY PUBLIC

(SEAL)

My Commission Expires: 9/19/07

Respectfully submitted this the 30 day of April, 2007.

_____
JAY LEWIS (LEW031)

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)

## Request for Production

1.    All documents, including notes and correspondence, evidencing, referring or relating to any communication between Plaintiff or anyone purporting to act on his behalf, and the Defendant Chelsea Industries, or any representative of Webster Industries.

**RESPONSE: See attached various grievance and personnel documentation.**

2.    All documents evidencing, referring or relating to any communications between Defendant Chelsea Industries, Inc or any representative of Webster Industries, and any other person with respect to or relating to the allegations or damages alleged in Plaintiff's Complaint.

**RESPONSE: See attached Baptist Medical Center medical records.**

3.    All documents evidencing, referring or relating to any communication among or between the Defendant, or person purporting to act on its behalf, with respect to Plaintiff or Plaintiff's claims asserted in the Complaint.

**RESPONSE: Safety Regulations and Agreement between Webster and Retail Wholesale and Department Store Union AFL-CIO available for copying and/or inspection upon request at the Law Offices of Jay Lewis.**

4.    All statements, affidavits, notes or other documents as defined above containing, concerning or relating to any statements from any proposed witnesses in this matter, or from any individual who purports to have nay knowledge

**RESPONSE: None.**

5.    All documents that evidence communications of Plaintiff or his representatives with any

-9-

other person who is not a party to this case relating to any of the claims made the subject

of the Complaint, or the damages alleged in the Complaint.

**RESPONSE: None.**

6.    All documents Plaintiff or his representatives received from Defendant Chelsea

Industries, Inc., any representative of Webster Industries, or any other person purporting

to act on their behalf.

**RESPONSE: None.**

7.    All documents evidencing or relating to any charges filed by Plaintiff with the EEOC at

any time.

**RESPONSE: See attached various EEOC documents.**

8.    Copies of any and all documents Plaintiff or his representatives supplied to the Defendant

and/or Webster Industries.

**RESPONSE: None.**

9.    Copies of any and all documents Plaintiff or his representatives received from the EEOC,

Defendant and/or Webster Industries.

**RESPONSE: See attached various EEOC documents.**

10.    Copies of any and all documents Plaintiff provided to Defendant Chelsea Industries, Inc.,

any representative or Webster Industries, or any other person purporting to act on their

behalf.

**RESPONSE: None.**

11.    All documents provided by Plaintiff or anyone on Plaintiff's behalf to any expert witness,

or any other party or individual, regarding any of the allegations, matters or items set

/or any representative of Webster Industries.

**RESPONSE: None.**

20.     All documents supporting or relating to Plaintiff's contention that he has pursued and

exhausted his administrative remedies with the EEOC.

**RESPONSE: See attached various EEOC documents.**

21.     All documents supporting or relating to any wrongdoing allegedly committed by Chelsea

Industries, inc., or any representative of Webster Industries against Plaintiff.

**RESPONSE: None.**

22.     All documents evidencing how Plaintiff has been damaged by any of the actions of

Chelsea Industries, inc., or any  representative of Webster Industries.

**RESPONSE: See attached Baptist Medical Center medical records.**

23.     All documents evidencing any income or compensation of Plaintiff from 2002 to the

present.

**RESPONSE: See attached tax returns for 2001 through 2004 and 2006.**

24.     Copies of resumes of any expert witnesses Plaintiff intends to call at trial.

**RESPONSE: None.**

25.     All documents evidencing, referring or relating to any arrests or convictions of crime of

the Plaintiff.

**RESPONSE: None.**

26.     All documents evidencing, referring or relating to any reprimand or other disciplinary

action taken against Plaintiff by any employer of Plaintiff.

**RESPONSE: None.**

27.    A copy of any document Plaintiff supplied to or received from the EEOC.

**RESPONSE: See attached various EEOC documents.**

28.    A copy of all documents relating to Plaintiff's wages or compensation from employment

from 2002 to the present.

**RESPONSE: See attached tax returns for 2001 through 2004 and 2006.**

Respectfully submitted this the _30_ day of April, 2007.

JAY LEWIS (LEW031)

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)

## Certificate of Service

I hereby certify that the foregoing has been served on counsel listed below by placing same in the United States mail postage prepaid and properly addressed on this the ____ day of April, 2007.

Thomas T. Gallion
Jamie A. Johnson
P.O. Box 4660
Montgomery, AL 36103-4660

OF COUNSEL

-13-



**U.S. Equal Employment Opportunity Commission**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, South
Birmingham, AL 35205
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105
1-800-669-4000

Respondent: WEBSTER INDUSTRIES
EEOC Charge No.: 130-2005-00189
FEPA Charge No.:

Jan 06, 2005

Darren Hinson
P.O. Box 9951
Montgomery, AL 36108

Dear Mr. Hinson:

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

    [X]    Title VII of the Civil Rights Act of 1964 (Title VII)

    [ ]    The Age Discrimination in Employment Act (ADEA)

    [X]    The Americans with Disabilities Act (ADA)

    [ ]    The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided. To enable proper handling of this action by the Commission you should:

    (1)    Review the enclosed charge form and make corrections.

    (2)    Sign and date the charge in the bottom left hand block where I have made an "X". The date of signature on the charge will not affect the jurisdiction date established in any original written complaint previously given to EEOC.

    (3)    Return the signed charge to this office within 10 days.

Since charges should be processed within the time limits imposed by law, <u>please complete these steps as soon as possible</u>. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

[ ]    Please be aware that the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the

agency's final finding.  To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case.  Otherwise, we will generally adopt the agency's finding as EEOC's.


Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge.  Please notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

Aaron N. Hallaway
Investigator
(205) 212-2123

Office Hours: Monday - Friday, 8:00 a.m. - 4:30 p.m.
TDD:  1-800-669-6820
www.eeoc.gov

Enclosure(s)
        Copy of EEOC Form 5, Charge of Discrimination

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Darrell Hinson**<br>**P. O. Box 9951**<br>**Montgomery, AL 36108** | From: | **Birmingham District Office**<br>**Ridge Park Place, Suite 2000**<br>**1130 - 22nd Street, South**<br>**Birmingham, AL 335205** |

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130 2005 0 0189 | **Jean McGinnis-Barrera, Investigator** | **(205) 212-2056** |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐  While reasonable efforts were made to locate you, we were not able to do so.

☐  You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

Samuel H Hall _____     8/4/05
Bernice Williams-Kimbrough, District Director          *(Date Mailed)*

Enclosure(s)

cc:   **Jamie A. Johnston**
**Haskell, Slaughter, Young & Gallion, LLC**
**P. O. Box 4660**
**Montgomery, AL 3103-4660**

Enclosure with EEOC
Form 161 (3/98)

─────────── INFORMATION RELATED TO FILING SUIT ───────────
─────────── UNDER THE LAWS ENFORCED BY THE EEOC

─────────── *(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS --  **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within**
**90 days** of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day
period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an
attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the
date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent
that your suit be filed **within 90 days of the date this Notice was** *mailed* to you (as indicated where the Notice is
signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after
talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement
of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the
charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.
Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be
brought where relevant employment records are kept, where the employment would have been, or where the
respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk
of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy
decisions for you.

PRIVATE SUIT RIGHTS -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than** 2 years (3 years) **before you file suit** may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before
7/1/02 – *not* 12/1/02 – in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is
separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also
plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90
days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request** within 6 months **of this Notice.** (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

INFORMATION FOR PERSONS WITH AGE DISCRIMINATION CLAIMS AGAINST STATE
EMPLOYERS: HOW KIMEL V. FLORIDA BOARD OF REGENTS AFFECTS YOUR RIGHTS

The Supreme Court has recently held in *Kimel v. Florida Board of Regents*[1] that the Federal Age Discrimination in Employment Act (ADEA) does not override a State's constitutional immunity from suits by private persons for monetary relief. Therefore, you may not bring an age discrimination suit seeking monetary relief against a State employer in either Federal or State court, unless the State has given its consent. We know of no State that consents to Federal ADEA suits. However, the *Kimel* Court noted that persons may recover money damages from their State employers under State age discrimination laws in 44 States.[2]

The age discrimination provisions of the ADEA <u>still apply</u> to State employers. In spite of *Kimel*, ADEA charges may still be filed with the EEOC and EEOC retains its full authority to seek relief from ADEA violations and to otherwise enforce the Act, including suing States in Federal or State court.

THE ADDITIONAL INFORMATION BELOW <u>MAY</u> OR <u>MAY NOT</u> APPLY TO YOUR CASE. *(Your attorney, EEOC, or a State or local Fair Employment Practices agency that enforces an age discrimination law can explain or discuss these matters with you.)*

- States may permit suits by private persons[3] but can define how they may be sued, such as procedures, who can sue, and in what courts.[4] In this regard, as noted above, many States allow private age discrimination suits in *State* court under *State* law. *(Thus, your discrimination charge, or other factors, may entitle you to sue or otherwise seek relief under State law.)*

- *Kimel* does not apply to most local units of government – counties, cities, school boards, special taxing districts, etc. – one factor being whether any damages awarded will come from the State's treasury.[5] And *Kimel* does not apply to interstate compact agencies that are not structured to qualify for immunity.[6]

- While *Kimel* bars private age discrimination suits for monetary relief under Federal law, employees <u>may</u> be permitted to sue State officials, in their official capacity, for purely injunctive relief under the ADEA. This theory will have to be tested in the courts by private litigants.

- Your ADEA charge may also claim discrimination based on disability or a Title VII basis (race, color, religion, sex, national origin). *Kimel* does <u>not</u> bar private Title VII or Americans with Disabilities Act (ADA) suits against State employers (though some Federal circuits have barred private ADA suits against State employers, applying reasoning similar to that in *Kimel*).

- Where *Kimel* applies, State law age discrimination suits may <u>not</u> be appended to a Title VII or ADA suit in Federal court.[7] But Title VII and ADA suits may also be filed <u>in State court</u>[8] along with a suit under State law that includes State law age discrimination claims.

If you have any questions on your rights under the EEOC statutes, or if you wish to be referred to a private attorney who may consider handling your case, please call the EEOC office where you filed your charge. You may find additional information on the EEOC Internet Web site at www.eeoc.gov.

---

1. 120 S.Ct. 631 (2000)

2. *Kimel*, 120 S.Ct. at 650 (footnote).

3. *Clark v. Barnard*, 108 U.S. 436, 447 (1883); *Gunter v. Atlantic Coast Line*, 200 U.S. 273 (1906); *Missouri v. Fiske*, 290 U.S. 18, 24 (1933), cited in *Ford Motor Co. v. Dept of Treasury*, 323 U.S. 459, 465 (1945)

4. *Great Northern Life Ins. Co. v. Read*, 322 U.S. 47, 54 (1944)

5. *Mt. Healthy Bd. of Ed. v. Doyle*, 429 U.S. 274, 280 (1977); *Moor v. County of Alameda*, 411 U.S. 693, 717-721 (1973); *Lincoln County v. Luning*, 133 U.S. 529, 530 (1890)

6. *Lake Country Estates, Inc. v. Tahoe Regional Planning Agency*, 440 U.S. 391, 401 (1979)

7. *Pennhurst State School & Hosp. v. Halderman*, 465 U.S. 89, 117-21 (1984)

8. *Yellow Freight Systems Inc. v. Donnelly*, 493 U.S.953 (1990)

(NOTICE TO BE PROVIDED TO CPs WITH NEW OR PENDING
CHARGES AND TO BE ATTACHED TO ADEA NRTSs)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 130-2005-00189 |

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Darren Hinson | | |

Street Address — City, State and ZIP Code

P.O. Box 9951 Montgomery, AL 36108

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WEBSTER INDUSTRIES | 15 - 100 | (334) 277-9360 |

Street Address — City, State and ZIP Code

2705 Gunter Industrial Pk Dr W, Montgomery, AL 36109

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2003    Latest: 04/20/2004

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment on March 18, 2002. During my employment, I have heard of employees making racial comments. During February of 2004 I sustained an injury away from the job that resulted in my having to take a medical leave for about a month and a half. I returned to duty without restrictions. On April 14, 2004, I was suspended pending investigation of a safety violation. On April 20, 2004, at the conclusion of the investigation, I was discharged for pulling a trailer off of the door that was being loaded. Similarly situated White employees have committed the same violation and they were not discharged.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because the employer perceived me as being disabled due to my previous injury. I believe this to be in violation of the Americans with Disabilities Act.

Amended charge - original charge filed October 13, 2004

RECEIVED
JAN 18 2005

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 1-15-05    Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

*Webster*

## DRIVER QUALIFICATIONS

1. Be at least 25 years. of age.

2. Have at least two (2) years of over the road driving experience which can be verified by a reliable truck line.

3. No more than two (1) traffic violations in the past twelve (12) months.

4. Must not have had license revoked for excessive traffic violations in the past two (3) years.

5. Must not have been convicted of **DUI** in any type of vehicle.

6. Must meet the **D.O.T.** physical qualification requirements.

7. Must not have a history of Workman's Compensation claims for extended periods of lost time claims.

8. Must not have more than one (1) poor past employment reference for the past three (3) years.

9. Must not have had a major chargeable accident involving a death in the past three (3) years.

10. Must not have had more than one (1) major chargeable accident in the past year.

11. Must not have had more than two (2) chargeable accidents in the past two (2) years.

12. Must not have been involved in any accident found to be intentional.

13. Must not have been convicted for the use of narcotics.

14. Must not have a record of alcoholism.

15. Must not have been terminated from last employer as a driver for poor safety record.

## INVESTIGATION

A thorough investigation into the background of each applicant will be accomplished prior to employment. As a minimum, the applicant's previous employment record, accident record, motor vehicle record, and character and work habits will always be investigated.

# Personnel Documentation
## For
## Employee Progressive Disciplinary Action

**Today's Date 4/14/2004**     **Employee Name Darrell Hinson**
**Employee Clock # 6314**
**Employee Assigned Shift Local Driver**
**Employee Assigned Department 85**
**Employee's Supervisor Bill Barton**

**Disciplinary Action being taken: Suspension**

**Describe Reason for Discipline:**
On 4/11/2004, You drove your truck and pulled a trailer away from a loading dock while a forklift driver was in side your trailer. You violated several safety procedures that required you to check your trailer before driving away from the loading dock. This is a serious safety violation that could have severely injured the forklift driver and/or destroyed a Webster forklift. Therefore, you are being suspended while this incident is under investigation.

**Previous Discipline Given:**
**Verbal - Date_____     1st Written - Date_____**
**Suspension – Date**
**Suspension # Days_____ to be taken on the following day(s)_____**
**Termination - Date** *Barney Stewart*
**Supervisor's Signature_____     Employee's Signature** *Refused to sign*
                                        (check if employee refused to sign)
**HR Representative Signature** *James C. Cone* 4/14/04
**Shop Steward Signature** *Charles Sanson*

Copies: Employee, Employee's Supervisor, Operations Manager, HR Representative, HR Manager, Shop Steward, Union Business Representative, Employee File

## Personnel Documentation
## For
## Employee Progressive Disciplinary Action

**Today's Date 4/20/2004    Employee Name Darrell Hinson**

**Employee Clock # 6314**

**Employee Assigned Shift Local Driver**

**Employee Assigned Department 85**

**Employee's Supervisor Bill Barton**

**Disciplinary Action being taken: Termination**

**Describe Reason for Discipline:**

On 4/11/2004, You pulled a trailer away from the loading dock without following the prescribed safety procedures. This action was compounded by the fact that a Webster employee in the process of loading the trailer was actually inside the trailer when you pulled it away. Further, when you discovered that an employee was inside the trailer, you returned it to the loading dock with the forklift driver still inside. The fact that it was not the trailer you were supposed to pull away in the first place just adds to the problem. You have committed several serious safety violations the result of which could have been serious injury or death, not to mention a destroyed forklift. Therefore, you were suspended while this incident was under investigation.

After completing our investigation, we have concluded that based on the serious of these safety violations, your employment with Webster Industries has been terminated.

**Previous Discipline Given:**

Verbal - Date_____    1st Written - Date_____

Suspension – Date

Suspension # Days_____ to be taken on the following

day(s)_____

Termination - Date

Supervisor's Signature _Bill Barton_    Employee's Signature _Darrell Hinson_

(check if employee refused to sign)

HR Representative Signature _Jaime C. Ayne 4/20/04_

Shop Steward Signature _Mary Ackerman_

Copies: Employee, Employee's Supervisor, Operations Manager, HR Representative, HR Manager, Shop Steward, Union Business Representative, Employee File

# RETAIL, WHOLESALE & DEPARTMENT STORE UNION
## AFL-CIO
## GRIEVANCE REPORT

LOCAL 932   COMPANY Webster Ind.   ADDRESS Montgomery, Al

DATE 4/31/04   DEPARTMENT Transportation   CLASSIFICATION Local Truck Driver

EMPLOYEE INITIATING GRIEVANCE Darrell Hinson - P.O. Box 9751 - Mont. Al. 36108
334-201-4718
SHOP STEWARD PROCESSING GRIEVANCE by Claude F. Morgan
Dawn Hinson

**STATEMENT OF GRIEVANCE**

I was terminated but did not receive benefits that was already earned but not paid. I had already earned my Personal Day Holiday and one (1) week vacation however I have not received this pay.

**ARTICLES & SECTIONS OF CONTRACT ALLEGED VIOLATED**

Article V, and VI, and any other article are section that may apply including Federal Law.

**SETTLEMENT DESIRED** Be paid for my Personal Day and my Vacation day.

**DISPOSITION OF GRIEVANCE**

Signed_____   Signed_____

Date _____   Date _____

(If additional space is needed, please use reverse side).

02/25/84 12:28:32    BMC Medical Records→    3342846889    Page 001

**BAPTIST MEDICAL CENTER**
**2105 East South Boulevard**
**Montgomery, Alabama 36111**
**Telephone 334/288-2100**

*78101*

| | |
|---|---|
| PATIENT: HINSON, DARRELL D | ROOM #: 410 |
| MR #: 000554655 | PATIENT #: 0405003042 |
| SURGERY DATE: 02/19/2004 | ADM DT #: 02/19/2004 |
| SURGEON: TUCKER MATTOX, M.D.~ | |
| ATTENDING PHYSICIAN: TUCKER "" MATTOX, MD | |

PREOPERATIVE DIAGNOSIS:    LACERATION OF LEFT FOREARM WITH OBVIOUS EXTENSOR TENDON LACERATIONS.

POSTOPERATIVE DIAGNOSIS:   LACERATION OF LEFT FOREARM WITH OBVIOUS EXTENSOR TENDON LACERATIONS.

OPERATION:                 EXPLORATION OF TWO DORSAL LACERATIONS WITH REPAIR, BRACHIAL RADIALIS, EXTENSOR DIGITORUM SUPERFICIALIS, LONG, RING, AND SMALL FINGERS AND REPAIR OF SUPERFICIAL RADIAL NERVES.

ANESTHESIA:                GENERAL.

ASSISTANT:                 MOUNT.

INDICATIONS:        The patient is a 31 year old who was involved in an altercation, injuring his left forearm. He has obvious injuries to the dorsum of his forearm with extensor tendon lacerations. No evidence of any volar injury. Planned exploration, repair of indicated structures. He understands that significant loss of motion, strength, and may be perhaps permanent loss of function of his left arm and hand. He understands and agrees to proceed.

PROCEDURE: The patient was taken to the operating room and was found to have two approximately 4 to 5 cm lacerations, one on the dorsal radial portion and one on the dorsal ulnar side paralleling each other. After the arm was prepped with Betadine scrub and paint and draped into a sterile field, the tourniquet was inflated to 250 mm/Hg. Then the two lacerations were connected and extended to allow for visualization. The more radial side was explored. Brachial radialis was lacerated. Superficial radial nerve was lacerated. There were some deeper muscular structures that were divided longitudinally.. This was copiously irrigated. No evidence of foreign body. Superficial radial nerve was repaired using interrupted 7-0 nylon sutures and epineural sutures. The brachial radialis was then repaired using 4-0 PDS suture. Attention was turned to the more ulnar side laceration where he had completely lacerated the extensor tendons to small, ring, and long fingers. The index appeared intact. Laceration went deep through the interosseous membrane to the lower side on exploration. With digital palpation, there was no palpable evidence of any injury to the volar side. This side was not explored and will require separate incision of the volar side but an interosseous membrane was lacerated but not repaired. Extensor tendons were individually located and repaired end-to-end using 4-0 PDS suture. Muscle bellies were also approximated. It was necessary to keep the wrist in extension. The extensor carpi ulnaris appeared intact. After repair of all these structures, the wound was copiously irrigated and wounds closed with interrupted 4-0 nylon suture. Sterile dressing was applied and placed in splint with wrist and fingers in extension. The tourniquet was deflated. Total tourniquet time an hour and ten minutes. He was awakened from anesthesia. Counts were correct   Taken to the recovery room in satisfactory condition.

_____        TUCKER MATTOX, M.D.~        _____

TM//dm
D: 02/19/2004
T: 02/25/2004

not
in
Comp

### BAPTIST MEDICAL CENTER
### 2105 East South Boulevard
### Montgomery, Alabama 36111
### Telephone 334/288-2100

| | |
|---|---|
| PATIENT: HINSON, DARRELL D | ROOM #: |
| MR #: O00554655 | PATIENT #: 0405000042 |
| PHYSICIAN: TUCKER MATTOX, M.D.~ | ADM. DATE: 2/19/04 |

HISTORY OF PRESENT ILLNESS: The patient is a 31 year old male apparently involved in an altercation, injuring his left forearm where he has 2 lacerations. He also has a laceration on the upper arm that is superficial. He is admitted for exploration and repair of extensor tendons in his forearm.

PAST MEDICAL HISTORY: Denies any chronic medical problems, denies any previous significant surgical history. He denies any current use of any medications, denies any drug allergies.

PHYSICAL EXAMINATION: Black male, awake, alert, cooperative.

HEENT: Normocephalic, atraumatic.

NECK: Supple.

CHEST: Clear to auscultation.

HEART: Regular rate and rhythm.

ABDOMEN: Soft.

EXTREMITIES: He has approximately 4 cm laceration of the upper arm that is now repaired with staples as per the Emergency Room doctor. He has 2 longitudinal parallel lacerations to the left forearm, approximately 5 cm each, with obvious extensor tendon injury. Denies any numbness, tingling on the volar side of his fingertips.

X-RAYS: Negative.

ASSESSMENT AND PLAN: MULTIPLE STAB WOUNDS. They will require exploration and repair.


TUCKER MATTOX, M.D.~

TM/ / kb
D: 02/19/2004
T: 02/19/2004

### HISTORY AND PHYSICAL

04/26/2007 15:08 FAX  334 272 0218    SOUTHERN ORTHO SURG EAST → NORM FRONT    ☒001/004

078101    HINSON, DARRELL

2/27/04 - DR. MATTOX

DARRELL HINSON IS HERE TODAY. HE'S A 31 YEAR OLD GENTLEMAN
WHO WAS STABBED THREE TIMES IN THE LEFT ARM. HE HAD UPPER
ARM LACERATIONS THAT THE ER DOCTOR TOOK CARE OF. HE HAD TWO
LACERATIONS DOWN ON HIS FOREARM THAT I HAD TO CONNECT TO
REPAIR. HE HAD REPAIR OF THE BRACHIORADIALIS, FLEXOR
DIGITORUM SUPERFICIALIS TO THE LONG, RING AND SMALL
FINGERS, ALSO REPAIR OF SUPERFICIAL CUTANEOUS NERVE. TODAY
HIS WOUND LOOKS FINE. HIS FINGERS HAVE NO EVIDENCE OF
NUMBNESS ON THE VOLAR SIDE OR ON THE DORSUM. OVERALL, EXAM
LOOKS OKAY TODAY. WE'LL TAKE HIS SUTURES OUT AND PUT HIM IN
A SPLINT TO KEEP HIS WRIST BACK. I'LL CHECK HIM BACK HERE
IN ANOTHER 2 WEEKS.
T 3/1/04 BG

3/12/04 - DR. MATTOX

DARRELL HINSON IS HERE TODAY. HIS HAND LOOKS FINE. WE'LL
PUT HIM IN A REMOVABLE SPLINT, LET HIM WORK ON SOME RANGE
OF MOTION WITH THERAPY, AND CHECK HIM BACK HERE IN ANOTHER
COUPLE OF WEEKS.
T 3/15/04 BG

3/19/04 - DR. MATTOX

MR. HINSON IS BACK. HIS ARM LOOKS FINE. AT THIS POINT, WE
NEED TO CHANGE HIS THERAPY SOMEWHAT AND CONTINUE OUR NORMAL
POSTOPERATIVE TREATMENT FOR HIM. I'LL CHECK HIM BACK HERE
IN ANOTHER 2 WEEKS. HE CAN BE LIGHT DUTY AT WORK IF THAT'S
AVAILABLE.
D/T 3/24/04 BG

4-5-04-DARRELL HINSON IS IN TODAY.  HIS ARM OVERALL LOOKS
OK EXCEPT FOR THE FACT THAT HE IS STILL NOT ABLE TO EXTEND
HIS FINGERS. IT REALLY LOOKS ALMOST LIKE A NERVE PROBLEM.
HE HAS GOT OVERALL APPEARANCE OF THE SWELLING LOOKS BETTER.
HIS WRIST EXTENSION LOOKS OK.  HIS DISTAL FINGER EXTENSION
WHICH IS HARD TO FULLY COMPREHEND BECAUSE OF THE NATURE OF
HIS LACERATION. HE DID HAVE A LACERATION MORE PROXIMAL OVER
THE POSTERIOR ASPECT OF HIS UPPER ARM WHICH WAS REPAIRED BY
THE E.R. PHYSICIANS.  IT IS POSSIBLE HE COULD HAVE GOTTEN A
PARTIAL INJURY TO THE RADIAL NERVE AT THAT LEVEL.
SENSATION IN HIS HAND IS FINE.  THE SENSATION OF THE RADIAL
NERVE AND HAND MEDIAN ULNAR NERVES ALL WERE CHECKED CLOSELY
AND THEY ARE OK.  HE DOES HAVE WRIST FLEXION EXTENSION SO I
AM HOPEFUL DISCONTINUING HIS SPLINT TODAY AND DOING
STRENGTHENING EXERCISES FOR HIS FINGERS AND THUMBS WILL
IMPROVE MATTERS.  I WILL CHECK HIM BACK HERE IN ANOTHER FEW
WEEKS.  I WILL GET HIM CHECKED BY A NEUROLOGIST TO EVALUATE
THAT RADIAL NERVE IN THE HAND TO SEE WHAT WE ARE DEALING
WITH THERE.    TM/AG

4-19-04-DARRELL HINSON IS BACK IN TODAY.  HE IS STILL NOT
GETTING BACK HIS RADIAL NERVE FUNCTION IN HIS HAND.  I AM
CONCERNED ABOUT GETTING HIS NERVE TEST EVALUATED AT THIS
POINT. I AM CONCERNED HE COULD HAVE A TWO LEVEL INJURY.
ACCORDING TO DR. BRYAN'S ASSESSMENT HE HAS GOT ON NERVE
STIMULATION STUDIES NO REAL SENSORY NERVE RESPONSE FROM THE
RADIAL NERVE TESTING ON DENERVATION BUT SOME REINERVATION
OF THE RADIAL NERVE AND IS GREATER DISTAL RATHER THAN
PROXIMAL WHICH INDICATES MAYBE HE HAD A TWO LEVEL INJURY
BOTH UPPER EXTREMITY, LACERATION LOWER EXTREMITY LACERATION
AS WELL.  THE QUESTION IS EXACTLY WHAT TO DO, WHETHER WE
NEED TO DO REEXPLORATION OF THE UPPER ARM OR LOWER ARM, OR
TRANSFERS. I WOULD LIKE TO GET DR. PALMER'S ASSISTANCE IN
THIS SITUATION. I WILL SET HIM UP TO SEE DR. PALMER. I WILL
SEE HIM BACK AFTER HE IS EVALUATED. TM/AG

LETTER DOCTOR PALMER

DEAR DR. PALMER;
I AM SENDING YOU A PATIENT OF MINE, DARRELL HINSON. HE IS A

04/26/2007  1 8:09  FAX   334 272 0218   SOUTHERN ORTHO SURG EAST → NORM FRONT   ☒ 003/004
02/25/04  12:28:32   BMC Medical Records→   3342846889   Page 001

**BAPTIST MEDICAL CENTER**
**2105 East South Boulevard**
**Montgomery, Alabama 36111**
**Telephone 334/288-2100**

*7810 1*

| | |
|---|---|
| **PATIENT:** HINSON, DARRELL D | **ROOM #:** 410 |
| **MR #:** 000554655 | **PATIENT #:** 0405000042 |
| **SURGERY DATE:** 02/19/2004 | **ADM DT #:** 02/19/2004 |
| **SURGEON:** TUCKER MATTOX, M.D.~ | |
| **ATTENDING PHYSICIAN:** TUCKER "" MATTOX, MD | |

**PREOPERATIVE DIAGNOSIS:**  LACERATION OF LEFT FOREARM WITH OBVIOUS EXTENSOR TENDON LACERATIONS.

**POSTOPERATIVE DIAGNOSIS:**  LACERATION OF LEFT FOREARM WITH OBVIOUS EXTENSOR TENDON LACERATIONS.

**OPERATION:**  EXPLORATION OF TWO DORSAL LACERATIONS WITH REPAIR, BRACHIAL RADIALIS, EXTENSOR DIGITORUM SUPERFICIALIS, LONG, RING, AND SMALL FINGERS AND REPAIR OF SUPERFICIAL RADIAL NERVES.

**ANESTHESIA:**  GENERAL.

**ASSISTANT:**  MOUNT.

**INDICATIONS:**  The patient is a 31 year old who was involved in an altercation, injuring his left forearm. He has obvious injuries to the dorsum of his forearm with extensor tendon lacerations. No evidence of any volar injury. Planned exploration, repair of indicated structures. He understands that significant loss of motion, strength, and may be perhaps permanent loss of function of his left arm and hand. He understands and agrees to proceed.

**PROCEDURE:** The patient was taken to the operating room and was found to have two approximately 4 to 5 cm lacerations, one on the dorsal radial portion and one on the dorsal ulnar side paralleling each other. After the arm was prepped with Betadine scrub and paint and draped into a sterile field, the tourniquet was inflated to 250 mm/Hg. Then the two lacerations were connected and extended to allow for visualization. The more radial side was explored. Brachial radialis was lacerated. Superficial radial nerve was lacerated. There were some deeper muscular structures that were divided longitudinally. This was copiously irrigated. No evidence of foreign body. Superficial radial nerve was repaired using interrupted 7-0 nylon sutures and epineural sutures. The brachial radialis was then repaired using 4-0 PDS suture. Attention was turned to the more ulnar side laceration where he had completely lacerated the extensor tendons to small, ring, and long fingers. The index appeared intact. Laceration went deep through the interosseous membrane to the lower side on exploration. With digital palpation, there was no palpable evidence of any injury to the volar side. This side was not explored and will require separate incision of the volar side but an interosseous membrane was lacerated but not repaired. Extensor tendons were individually located and repaired end-to-end using 4-0 PDS suture. Muscle bellies were also approximated. It was necessary to keep the wrist in extension. The extensor carpi ulnaris appeared intact. After repair of all these structures, the wound was copiously irrigated and wounds closed with interrupted 4-0 nylon suture. Sterile dressing was applied and placed in splint with wrist and fingers in extension. The tourniquet was deflated. Total tourniquet time an hour and ten minutes. He was awakened from anesthesia. Counts were correct. Taken to the recovery room in satisfactory condition.

_____

TUCKER MATTOX, M.D.~

TM / / dm
D: 02/19/2004
T: 02/25/2004

*not in comp*

## BAPTIST MEDICAL CENTER
### 2105 East South Boulevard
### Montgomery, Alabama 36111
### Telephone 334/288-2100

**PATIENT: HINSON, DARRELL D**
**MR #: O00554655**
**PHYSICIAN: TUCKER MATTOX, M.D.~**

**ROOM #:**
**PATIENT #: 0406000042**
**ADM. DATE: 2/19/04**

HISTORY OF PRESENT ILLNESS: The patient is a 31 year old male apparently involved in an altercation, injuring his left forearm where he has 2 lacerations. He also has a laceration on the upper arm that is superficial. He is admitted for exploration and repair of extensor tendons in his forearm.

PAST MEDICAL HISTORY: Denies any chronic medical problems, denies any previous significant surgical history. He denies any current use of any medications, denies any drug allergies.

PHYSICAL EXAMINATION: Black male, awake, alert, cooperative.

HEENT: Normocephalic, atraumatic.

NECK: Supple.

CHEST: Clear to auscultation.

HEART: Regular rate and rhythm.

ABDOMEN: Soft.

EXTREMITIES: He has approximately 4 cm laceration of the upper arm that is now repaired with staples as per the Emergency Room doctor. He has 2 longitudinal parallel lacerations to the left forearm, approximately 5 cm each, with obvious extensor tendon injury. Denies any numbness, tingling on the volar side of his fingertips.

X-RAYS: Negative.

ASSESSMENT AND PLAN: **MULTIPLE STAB WOUNDS.** They will require exploration and repair.

TUCKER MATTOX, M.D.~

TM//kb
D: 02/19/2004
T: 02/19/2004

## HISTORY AND PHYSICAL

078101   HINSON, DARRELL

2/27/04 - DR. MATTOX

DARRELL HINSON IS HERE TODAY. HE'S A 31 YEAR OLD GENTLEMAN
WHO WAS STABBED THREE TIMES IN THE LEFT ARM. HE HAD UPPER
ARM LACERATIONS THAT THE ER DOCTOR TOOK CARE OF. HE HAD TWO
LACERATIONS DOWN ON HIS FOREARM THAT I HAD TO CONNECT TO
REPAIR. HE HAD REPAIR OF THE BRACHIORADIALIS, FLEXOR
DIGITORUM SUPERFICIALIS TO THE LONG, RING AND SMALL
FINGERS, ALSO REPAIR OF SUPERFICIAL CUTANEOUS NERVE. TODAY
HIS WOUND LOOKS FINE. HIS FINGERS HAVE NO EVIDENCE OF
NUMBNESS ON THE VOLAR SIDE OR ON THE DORSUM. OVERALL, EXAM
LOOKS OKAY TODAY. WE'LL TAKE HIS SUTURES OUT AND PUT HIM IN
A SPLINT TO KEEP HIS WRIST BACK. I'LL CHECK HIM BACK HERE
IN ANOTHER 2 WEEKS.
T 3/1/04 BG

3/12/04 - DR. MATTOX

DARRELL HINSON IS HERE TODAY. HIS HAND LOOKS FINE. WE'LL
PUT HIM IN A REMOVABLE SPLINT, LET HIM WORK ON SOME RANGE
OF MOTION WITH THERAPY, AND CHECK HIM BACK HERE IN ANOTHER
COUPLE OF WEEKS.
T 3/15/04 BG

3/19/04 - DR. MATTOX

MR. HINSON IS BACK. HIS ARM LOOKS FINE. AT THIS POINT, WE
NEED TO CHANGE HIS THERAPY SOMEWHAT AND CONTINUE OUR NORMAL
POSTOPERATIVE TREATMENT FOR HIM. I'LL CHECK HIM BACK HERE
IN ANOTHER 2 WEEKS. HE CAN BE LIGHT DUTY AT WORK IF THAT'S
AVAILABLE.
D/T 3/24/04 BG

4-5-04-DARRELL HINSON IS IN TODAY. HIS ARM OVERALL LOOKS
OK EXCEPT FOR THE FACT THAT HE IS STILL NOT ABLE TO EXTEND
HIS FINGERS. IT REALLY LOOKS ALMOST LIKE A NERVE PROBLEM.
HE HAS GOT OVERALL APPEARANCE OF THE SWELLING LOOKS BETTER.
HIS WRIST EXTENSION LOOKS OK. HIS DISTAL FINGER EXTENSION
WHICH IS HARD TO FULLY COMPREHEND BECAUSE OF THE NATURE OF
HIS LACERATION. HE DID HAVE A LACERATION MORE PROXIMAL OVER
THE POSTERIOR ASPECT OF HIS UPPER ARM WHICH WAS REPAIRED BY
THE E.R. PHYSICIANS. IT IS POSSIBLE HE COULD HAVE GOTTEN A
PARTIAL INJURY TO THE RADIAL NERVE AT THAT LEVEL.
SENSATION IN HIS HAND IS FINE. THE SENSATION OF THE RADIAL
NERVE AND HAND MEDIAN ULNAR NERVES ALL WERE CHECKED CLOSELY
AND THEY ARE OK. HE DOES HAVE WRIST FLEXION EXTENSION SO I
AM HOPEFUL DISCONTINUING HIS SPLINT TODAY AND DOING
STRENGTHENING EXERCISES FOR HIS FINGERS AND THUMBS WILL
IMPROVE MATTERS. I WILL CHECK HIM BACK HERE IN ANOTHER FEW
WEEKS. I WILL GET HIM CHECKED BY A NEUROLOGIST TO EVALUATE
THAT RADIAL NERVE IN THE HAND TO SEE WHAT WE ARE DEALING
WITH THERE.   TM/AG

4-19-04-DARRELL HINSON IS BACK IN TODAY. HE IS STILL NOT
GETTING BACK HIS RADIAL NERVE FUNCTION IN HIS HAND. I AM
CONCERNED ABOUT GETTING HIS NERVE TEST EVALUATED AT THIS
POINT. I AM CONCERNED HE COULD HAVE A TWO LEVEL INJURY.
ACCORDING TO DR. BRYAN'S ASSESSMENT HE HAS GOT ON NERVE
STIMULATION STUDIES NO REAL SENSORY NERVE RESPONSE FROM THE
RADIAL NERVE TESTING ON DENERVATION BUT SOME REINERVATION
OF THE RADIAL NERVE AND IS GREATER DISTAL RATHER THAN
PROXIMAL WHICH INDICATES MAYBE HE HAD A TWO LEVEL INJURY
BOTH UPPER EXTREMITY, LACERATION LOWER EXTREMITY LACERATION
AS WELL. THE QUESTION IS EXACTLY WHAT TO DO, WHETHER WE
NEED TO DO REEXPLORATION OF THE UPPER ARM OR LOWER ARM, OR
TRANSFERS. I WOULD LIKE TO GET DR. PALMER'S ASSISTANCE IN
THIS SITUATION. I WILL SET HIM UP TO SEE DR. PALMER. I WILL
SEE HIM BACK AFTER HE IS EVALUATED. TM/AG
LETTER DOCTOR PALMER
DEAR DR. PALMER;
I AM SENDING YOU A PATIENT OF MINE, DARRELL HINSON. HE IS A

BEING INVOLVED IN AN ALTERATION WHERE HE HAD SIGNIFICANT LACERATIONS OF HIS LEFT FOREARM ABOUT MID LOWER ARM LEVEL. AT THAT TIME HE HAD A LACERATION OF HIS LEFT UPPER ARM WHICH WAS REPAIRED BY THE E.R. DOCTOR. IT WAS TOLD TO BE JUST A SUPERFICIAL LACERATION. I REPAIRED HIS STRUCTURES IN THE FOREARM AND PROCEEDED WITH NORMAL THERAPY AFTERWARDS. DURING HIS POSTOP PERIOD HE HAS NOT REGAINED FULL MOTION. AFTER SOME REEVALUATION, I AM CONCERNED PERHAPS HE HAD A RADIAL NERVE INJURY AT THE UPPER ARM LACERATION SITE. I SENT HIM FOR NERVE CONDUCTION VELOCITIES WHICH SHOWED PARTIAL DEINNERVATION PROXIMALLY AND SOME SIGNIFICANT DEINNERVATION DISTALLY. I WOULD LIKE TO GET YOUR OPINION ON WHETHER THE EXAM IS CONSISTENT WITH MORE OF A PROXIMAL OR DISTAL INJURY. IF SO, THE EXACT APPROACH FROM HERE. I APPRECIATE YOUR ASSISTANCE IN THIS MATTER.
SINCERELY,
N TUCKER MATTOX, M.D.
ADDENDUM; MR. HINSON FELT LIKE THE APPOINTMENT I GAVE HIM WITH DR. PALMER WAS TOO FAR OFF FROM NOW THOUGH IT WAS ONLY A WEEK AND HALF. I OFFERED TO SEND HIM TO BIRMINGHAM BUT HE REFUSED THAT AS WELL. AFTER LENGTHY DISCUSSION I TOLD HIM WE NEEDED TO GET ANOTHER OPINION ON THAT. I STRONGLY ENCOURAGED HIM TO DO ONE OR THE OTHER. THE GIRLS WOULD BE HAPPY TO SCHEDULE WHICHEVER HE WANTS. I WILL SEE HIM BACK AS NEEDED IF HE WISHES ANOTHER OPINION. TM/AG
4/26/04 - DR. MATTOX
I TALKED TO MR. HINSON ON THE PHONE TODAY. HE DID NOT GO SEE DR. DAVIS IN BIRMINGHAM AS SCHEDULED BECAUSE MR. HINSON REPORTS TO ME HIS INSURANCE HAS BEEN CANCELLED, AND I TOLD HIM THAT WE NEED TO GET HIM EVALUATED, REGARDLESS OF WHETHER OR NOT HE HAS ANY INSURANCE, AND I STILL WANT TO FOLLOW HIM CLOSELY. HE INDICATED HE MIGHT NOT BE COMING TO SEE ME FOR A WHILE UNTIL HE GETS INSURANCE, IS WORKING. HE WAS ALSO ASKING IF A DELAY IN TREATMENT ON THIS MIGHT ALTER THINGS. I TOLD HIM I CAN'T SAY THAT IT WOULD OR IT WOULDN'T, AND I CAN'T SAY THAT ANY FURTHER SURGERY AT THIS POINT WOULD NECESSARILY HELP HIM FOR SURE OR NOT AND THAT'S WHY I WANTED HIM TO BE SEEN IN BIRMINGHAM TO MAKE THAT ASSESSMENT. BUT HE'S MADE THE DECISION THAT HE IS NOT GOING TO SEE THE DOCTOR IN BIRMINGHAM OR ANOTHER DOCTOR HERE LOCALLY, AND I'VE ENCOURAGED HIM TO CONTINUE FOLLOWING WITH ME IN THE OFFICE.
T 4/26/04 BG

Form **8879**

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization

OMB No. 1545-1758

**2001**

Declaration Control Number (DCN) ▶ 00-632191- -2

| Taxpayer's name | Social security number |
|---|---|
| DARRELL D. HINSON | 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 |
| Spouse's name | Spouse's social security number |

### Part I    Tax Return Information - Tax Year Ending December 31, 2001 (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 33; 1040A, line 19; 1040EZ, line 4) . . . . . . . . . . | 1 | 6,382 |
| 2 | Total tax (Form 1040, line 58; 1040A, line 36; 1040EZ, line 11) . . . . . . . . . . . . | 2 | 0 |
| 3 | Federal income tax withheld (Form 1040, line 59; 1040A, line 37; 1040EZ, line 8) . . . . . . | 3 | 479 |
| 4 | Refund (Form 1040, line 68a; 1040A, line 43a; 1040EZ, line 12a) . . . . . . . . . . | 4 | 1,423 |
| 5 | Amount you owe (Form 1040, line 70; 1040A, line 45; 1040EZ, line 13) . . . . . . . . | 5 | |

### Part II    Declaration and Signature Authorization of Taxpayer

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2001, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I acknowledge that I have read the Consent to Disclosure and, if applicable, Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return and I agree to the provisions contained therein. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize    HR Block    to enter my PIN    41963    as my signature
   on my tax year 2001 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2001 electronically filed income tax return.

Your signature ▶ *Darrell D Hinson*    Date ▶ 01/19/2002

**Spouse's PIN: check one box only**

[ ] I authorize    to enter my PIN    as my signature
   on my tax year 2001 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2001 electronically filed income tax return.

Your signature ▶    Date ▶

## Practitioner PIN Program Participants Only - continue below

### Part III    Certification and Authentication - Practitioner PIN Program Participants

**ERO's EFIN/ PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    63219100005

As a participant in the Practitioner PIN Program, I certify that the above numeric entry is my PIN, which is my signature on the tax year 2001 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am participating in the Practitioner PIN Program in accordance with the requirements established for this program.

ERO's signature ▶ *Tom Mitchell*    Date ▶ 01/19/2002

**ERO Must Retain This Document - See Instructions**
**Do Not Submit This Document To the IRS Unless Requested To Do So**
**See Privacy Act and Paperwork Reduction Act Notice**

KBA   For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.    Form **8879** (2001)

Copy B To Be Filed With Employee's FEDERAL Tax Return
This information is being furnished to the Internal Revenue Service.

| a Control number | 294 | | OMB No. 1545-0008 |
|---|---|---|---|

FAST! Use e~file

| b Employer identification number 630963126 | 1 Wages, tips, other compensation 25988.24 | 2 Federal income tax withheld 304.47 |
|---|---|---|
| c Employer's name, address, and ZIP code ALABAMA MOTOR EXPRESS, INC. PO BOX 8573 DOTHAN    AL 36304 | 3 Social security wages 28065.08 | 4 Social security tax withheld 1618.03 |
| | 5 Medicare wages and tips 28065.08 | 6 Medicare tax withheld 377.94 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code DARRELL    HINSON PO BOX 5851 | 11 Nonqualified plans | 12a See instructions for box 12 D    96.04 |
| | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 239116 | 25988.24 | 975.97 | | | |

Form **W-2** Wage and Tax Statement    2001

Department of the Treasury—Internal Revenue Service

| a Control number | | | | |
|---|---|---|---|---|
| 20205 3HP | | OMB No. 1545-0008 | Safe, accurate, FAST! Use [IRS e-file] | Visit the IRS Web Site at www.irs.gov. |

| b Employer identification number | | |
|---|---|---|
| 63 0250041 | 1 Wages, tips, other compensation 1728.00 | 2 Federal income tax withheld 174.99 |

| c Employer's name, address, and ZIP code | | |
|---|---|---|
| GEORGIA FOOD SERVICE, LLC. 601 PAUL ROAD P. O. BOX 9997 MONTGOMERY      AL  36108-9997 | 3 Social security wages 1728.00 | 4 Social security tax withheld 107.15 |
| | 5 Medicare wages and tips 1728.00 | 6 Medicare tax withheld 25.05 |
| | 7 Social security tips .00 | 8 Allocated tips .00 |

| d Employee's social security number | | |
|---|---|---|
| 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 | 9 Advance EIC payment .00 | 10 Dependent care benefits .00 |

| e Employee's name, address, and ZIP code | | |
|---|---|---|
| DARRELL D        HINSON | 11 Nonqualified plans .00 | 12a See instructions for box 12 |
| P. O. BOX 9951 MONTGOMERY  AL  36108 | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 1490SI | 1728.00 | 63.55 | | | |

Form **W-2** Wage and Tax Statement     2001     Department of the Treasury—Internal Revenue Service

Copy B To Be Filed with Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

Form **8879**

### IRS e-file Signature Authorization

Department of the Treasury
Internal Revenue Service

▶ Do not send to the IRS. Keep for your records.
▶ See Instructions.

OMB No. 1545-1758

**2002**

Declaration Control Number (DCN) ▶ 00-632191-    -3

Taxpayer's name

DARRELL D. HINSON

Spouse's name

Social security number

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

Spouse's social security number

**Part I    Tax Return Information - Tax Year Ending December 31, 2002 (Whole Dollars Only)**

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 35; Form 1040A, line 21; Form 1040EZ, line 4) | 1 | 34,441 |
| 2 | Total tax (Form 1040, line 61; Form 1040A, line 38; Form 1040EZ, line 10) | 2 | 2,729 |
| 3 | Federal income tax withheld (Form 1040, line 62; Form 1040A, line 39; Form 1040EZ, line 7) | 3 | 4,696 |
| 4 | Refund (Form 1040, line 71a; Form 1040A, line 45a; Form 1040EZ, line 11a) | 4 | 1,967 |
| 5 | Amount you owe (Form 1040, line 73; Form 1040A, line 47; Form 1040EZ, line 12) | 5 | |

**Part II    Declaration and Signature Authorization of Taxpayer**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2002, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I acknowledge that I have read the Consent to Disclosure and, if applicable, Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return and I agree to the provisions contained therein. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

Taxpayer's PIN: check one box only

[X] I authorize     HR Block     to enter my PIN     41963     as my signature
                    ERO firm name                      do not enter all zeros
on my tax year 2002 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2002 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN Program. The ERO must complete Part III below.

Your signature ▶ *[signature]*                    Date ▶ 02/01/2003

Spouse's PIN: check one box only

[ ] I authorize _____     to enter my PIN _____     as my signature
                 ERO firm name                       do not enter all zeros
on my tax year 2002 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2002 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN Program. The ERO must complete Part III below.

Your signature ▶ _____                    Date ▶ _____

### Practitioner PIN Method Returns Only - continue below

**Part III    Certification and Authentication - Practitioner PIN Method**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.     63219100005
                                                                                              do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the tax year 2002 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN Program.

ERO's signature ▶ *[signature]*                    Date ▶ 02/01/2003

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form To the IRS Unless Requested To Do So

KBA   For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.                    Form 8879 (2002)

Form 8879 (2002)              FD8879-1V 1.0
Form Software Copyright 1996 - 2003 H&R Block Tax Services, Inc.

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 35095.71 | 4050.89 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 35095.71 | 2175.93 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 35095.71 | 508.89 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 006314 CYU | 852809 | A | 353 |

c Employer's name, address, and ZIP code

BES PAK & COMPANY INC
PO BOX 210339
MONTGOMERY AL 36121

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 63-0462045 | 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 |

| 7 Social security tips | 8 Allocated tips |
|---|---|

| 9 Advanced EIC payment | 10 Dependent care benefits |
|---|---|

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | 12b |
| | 12c |
| 14 Other | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| | X |

e/f Employee's name, address and ZIP code

DARRELL DEWAYNE HINSON
P.O. BOX 9951
MONTGOMERY AL 36108

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| AL 004154 | 35095.71 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 1442.74 | |

| 19 Local income tax | 20 Locality name |
|---|---|

Federal Filing Copy

W-2 Wage and Tax
Statement
2002

Copy B to be filed with employee's Federal income tax return.

| a Control number | | | |
|---|---|---|---|
| 25028 QHE | | | |

OMB No. 1545-0008

Safe, accurate, FAST! Use — e~file — Visit the IRS Web Site at www.irs.gov.

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 63-0758041 | 6531.25 | 645.24 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| ALABAMA FOOD SERVICE, INC. | 6531.25 | 404.95 |
| 301 PAUL ROAD | 5 Medicare wages and tips | 6 Medicare tax withheld |
| P. O. BOX 4997 | 6531.25 | 94.70 |
| MONTGOMERY        AL  36103-4997 | 7 Social security tips | 8 Allocated tips |
| | .00 | .00 |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | .00 | .00 |

| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| DARRELL D        HINSON | .00 | |
| | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| P. O. BOX 3251 | | |
| MONTGOMERY   AL  36108 | 14 Other | 12c |
| | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 1429036 | 6531.25 | 256.70 | | | |

Form **W-2** **Wage and Tax Statement**

**2002**

(Rev. February 2002)

Department of the Treasury—Internal Revenue Service

Copy B To Be Filed with Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

Form **8879**

# IRS e- file Signature Authorization

► Do not send to the IRS. Keep this form for your records.
► See Instructions.

OMB No. 1545- 1756

**2003**

Department of the Treasury
Internal Revenue Service

Declaration Control Number (DCN) ► 00 - 632191 - ~4

| Taxpayer's name | Social security number |
|---|---|
| DARRELL D. HINSON | 420 - 94 - 1963 |
| Spouse's name | Spouse's social security number |

## Part I  Tax Return Information - Tax Year Ending December 31, 2003 (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 35; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 43,618 |
| 2 | Total tax (Form 1040, line 60; Form 1040A, line 38; Form 1040EZ, line 10) | 2 | 3,079 |
| 3 | Federal income tax withheld (Form 1040, line 61; Form 1040A, line 39; Form 1040EZ, line 7) | 3 | 5,773 |
| 4 | Refund (Form 1040, line 70a; Form 1040A, line 45a; Form 1040EZ, line 11a) | 4 | 2,694 |
| 5 | Amount you owe (Form 1040, line 72; Form 1040A, line 47; Form 1040EZ, line 12) | 5 | |

## Part II  Taxpayer Declaration and Signature Authorization  (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2003, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I acknowledge that I have read the Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return and I agree to the provisions contained therein. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

Taxpayer's PIN: check one box only

[X] I authorize  HR Block _____  to enter my PIN  41963  as my signature
                            ERO firm name                                           do not enter all zeros
on my tax year 2003 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2003 electronically filed income tax return. Check this box only if you are entering your own PIN
and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ► *Darrell D. Hinson*            Date ►  01/28/2004

Spouse's PIN: check one box only

[ ] I authorize _____  to enter my PIN  as my signature
                        ERO firm name                                       do not enter all zeros
on my tax year 2003 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2003 electronically filed income tax return. Check this box only if you are entering your own PIN
and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ► _____            Date ►

### Practitioner PIN Method Returns Only - continue below

## Part III  Certification and Authentication - Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six- digit EFIN followed by your five- digit self- selected PIN.  63219128805
                                                                                                              do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the tax year 2003 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized e- file Providers.

ERO's signature ► *Tom McRae*            Date ►  01/28/2004

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form To the IRS Unless Requested To Do So

KBA  For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.            Form 8879 (2003)

8879 (2003)            FD8879- 1V1.0

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 46804.55 | 5772.07 |
| 3 Social security wages | 4 Social security tax withheld |
| 46804.55 | 2901.88 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 46804.55 | 678.67 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 0063314.46/CYU | 852309| | A | 355 |

**c** Employer's name, address, and ZIP code

BES·PAK & COMPANY INC
PO BOX 210339
MONTGOMERY AL 36121

| d Employer's SSA number |
|---|
| 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 |

| 8 Allocated tips |
|---|
| |

| 10 Dependent care benefits |
|---|
| |

| b Employer's FED ID number | 12a See instructions for box 12 |
|---|---|
| 63-0462045 | |

| 7 Social security tips | 12b |
|---|---|
| | |

| 9 Advance EIC payment | 12c |
|---|---|
| | |

| 11 Nonqualified plans | 12d |
|---|---|
| | |

| 14. Other | 13 Stat emp. Ret. plan 3rd party sick pay |
|---|---|
| | X |

**ef** Employee's name, address and ZIP code

DARRELL DEWAYNE HINSON
P.O. BOX 9951
MONTGOMERY AL 36108

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AL | 0004154 | 46804.55 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 1911.77 | |

| 19 Local income tax | 20 Locality name |
|---|---|
| | |

**W-2** Wage and Tax Statement **2003**

Federal Filing Copy
Copy B to be filed with employee's Federal income tax return.

Form **8879**

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization

▶ Do not send to the IRS. Keep this form for your records.
▶ See Instructions.

OMB No. 1545-1758

**2004**

Declaration Control Number (DCN) ▶ 00-632191-    -5

| Taxpayer's name | Social security number |
|---|---|
| DARRELL D HINSON | 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 |
| Spouse's name | Spouse's social security number |

**Part I    Tax Return Information - Tax Year Ending December 31, 2004 (Whole Dollars Only)**

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 37; Form 1040A, line 22; Form 1040EZ, line 4) . . . . . . . . . | 1 | 13,254 |
| 2 | Total tax (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 10) . . . . . . . . . . . | 2 | 533 |
| 3 | Federal income tax withheld (Form 1040, line 63; Form 1040A, line 39; Form 1040EZ, line 7) . . . . | 3 | 1,693 |
| 4 | Refund (Form 1040, line 72a; Form 1040A, line 45a; Form 1040EZ, line 11a) . . . . . . . | 4 | 1,160 |
| 5 | Amount you owe (Form 1040, line 74; Form 1040A, line 47; Form 1040EZ, line 12) . . . . . | 5 | |

**Part II    Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2004, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I acknowledge that I have read the Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return and I agree to the provisions contained therein. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

Taxpayer's PIN: check one box only

[X] I authorize **HR BLOCK** to enter my PIN | 41963 | as my signature
ERO firm name        do not enter all zeros
on my tax year 2004 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2004 electronically filed income tax return. Check this box **only** if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ *[signature]*    Date ▶ 02/12/2005

Spouse's PIN: check one box only

[ ] I authorize _____ to enter my PIN | | as my signature
ERO firm name        do not enter all zeros
on my tax year 2004 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2004 electronically filed income tax return. Check this box **only** if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____    Date ▶ _____

### Practitioner PIN Method Returns Only - continue below

**Part III    Certification and Authentication - Practitioner PIN Method Only**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit PIN. | 63219128801 |
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the tax year 2004 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized e-file Providers.

ERO's signature ▶ *[signature]*    Date ▶ 02/12/2005

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form To The IRS Unless Requested To Do So

KBA  For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.        Form **8879** (2004)

8879 (2004)        FD8879-1V 1.0
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

| a Control number | | Copy B—To Be Filed With Employee's FEDERAL Tax Return. OMB No. 1545-0008 | | |
|---|---|---|---|---|

| b Employer identification number 63-1188910 | | 1 Wages, tips, other compensation 281.25 | 2 Federal income tax withheld |
|---|---|---|---|

| c Employer's name, address, and ZIP code CALLEN ENTERPRISES INC. P. O. BOX 39 LOWNDESBORO, AL 36752 | 3 Social security wages 281.25 | 4 Social security tax withheld 17.44 |
|---|---|---|

5 Medicare wages and tips 281.25 — 6 Medicare tax withheld 4.08

7 Social security tips — 8 Allocated tips

d. Employee's social security number 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 — 9 Advance EIC payment — 10 Dependent care benefits

e Employee's name, address, and ZIP code
DARRELL D          HINSON
P. O. BOX 9951
MONTGOMERY, AL 36108

11 Nonqualified plans — 12a See instructions for box 12

13 Statutory employee  Retirement plan  Third-party sick pay — 12b

14 Other — 12c

12d

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 0029121109 | 281.25 | 9.93 | | | |

Form **W-2** Wage and Tax Statement

2004

39-1908647  Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

BW2EEB      NTF 2561048*

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 11649.09 | 1277.94 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 11649.09 | 722.24 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 11649.09 | 168.91 |

| a Control Number 006314 46/CYU 852809 | Dept. Corp. | Employer use only | 345 |
|---|---|---|---|

c Employer's name, address, and ZIP code

BES PAK & COMPANY, INC
P.O. BOX 210339
MONTGOMERY AL 36121

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 63-0462045 | 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 |

| 7 Social security tips | 8 Allocated tips |
|---|---|

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|

| 11 Nonqualified plans | 12a |
|---|---|

| 14 Other | 12b |
|---|---|
| | 12c |
| | 12d |

13 Stat employee plan 3rd party sick pay   X

e/f Employee's name, address, and ZIP code

DARRELL DEWAYNE HINSON
P.O. BOX 9951
MONTGOMERY, AL 36108

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| AL 004154 | 11649.09 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 414.89 | |

| 19 Local income tax | 20 Locality name |
|---|---|

W-2 Wage and Tax Statement 2004

AL State Reference Copy

Copies available at www.employersstatetaxforms.com

| Copy B To Be Filed with Employee's FEDERAL Tax Return. | | 2004 OMB No. 1545-0008 | | Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return. | | 2004 OMB No. 1545-0008 |
|---|---|---|---|---|---|---|
| a Control number 315 | 1 Wages, tips, other comp. 960.24 | 2 Federal income tax withheld 54.88 | | a Control number 315 | 1 Wages, tips, other comp. 960.24 | 2 Federal income tax withheld 54.88 |
| | 3 Social security wages 960.24 | 4 Social security tax withheld 59.53 | | | 3 Social security wages 960.24 | 4 Social security tax withheld 59.53 |
| b Employer ID number 63-0798133 | 5 Medicare wages and tips 960.24 | 6 Medicare tax withheld 13.92 | | b Employer ID number 63-0798133 | 5 Medicare wages and tips 960.24 | 6 Medicare tax withheld 13.92 |
| c Employer's name, address, and ZIP code TOWNS TRANSPORTATION, INC. P.O. BOX 889 JASPER, AL 35502 | | | | c Employer's name, address, and ZIP code TOWNS TRANSPORTATION, INC. P.O. BOX 889 JASPER, AL 35502 | | |
| d Employee's social security number 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 | | | | d Employee's social security number 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 | | |
| e Employee's name, address, and ZIP code DARRELL D HINSON P.O. BOX 9951 MONTGOMERY, AL 36108 | | | | e Employee's name, address, and ZIP code DARRELL D HINSON P.O. BOX 9951 MONTGOMERY, AL 36108 | | |
| FDWA0110L 04/30/04 | | | | FDWA0110L 04/30/04 | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | | 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 | | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee Retirement Plan Third-party sick pay | 14 Other | 12b Code 12c Code 12d Code | | 13 Statutory employee Retirement Plan Third-party sick pay | 14 Other | 12b Code 12c Code 12d Code |
| AL 165950 | 960.24 | 27.00 | | AL 165950 | 960.24 | 27.00 |
| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | | 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement
This information is being furnished to the Internal Revenue Service.      Dept. of the Treasury - IRS

Form W-2 Wage and Tax Statement      Dept. of the Treasury - IRS

# ARBITRATION IF A DISPUTE ARISES BETWEEN YOU AND H&R BLOCK

If a dispute arises between you and H&R Block, the dispute shall be settled through binding arbitration unless you opt-out of this arbitration provision using the process explained in bold type below. This alternative to traditional lawsuits does not necessarily require you to hire an attorney, and may cost you only $5 to have your dispute with H&R Block decided by a third party. This third party, known as the Arbitrator, is empowered to settle the matter with the same set of remedies available in court including compensatory, statutory, and punitive damages, injunctive and other equitable relief, and attorneys' fees and costs. However, arbitration requires you waive your rights to sue H&R Block in court before a judge and jury, and to waive any right to participate in any "class action" lawsuit against H&R Block regarding any issue that could otherwise be settled by arbitration. As used in this arbitration provision, "H&R Block" shall also include the officers, directors, agents and employees of the respective H&R Block companies referenced under "Professional Tax or Other Services."

**Right to Opt-Out of This Arbitration Provision.** H&R Block does not require you to accept arbitration even though you must sign this Client Service Agreement to receive service from us today. You may opt-out (reject) arbitration within the first 30 days after you sign this Agreement by visiting our website at www.hrblock.com/goto/optout, by calling 866-714-5502 or by sending a signed letter to H&R Block Compliance Department, One H&R Block Way, Kansas City, MO 64105. The letter you send us should include your printed name, Social Security number of yourself and joint filer if any, the most recent date you were served by H&R Block, and the words "Reject Arbitration." Your electronic, telephoned or written opt-out letter will override your signature below regarding arbitration but no other provision of this document.

**How Arbitration Works.** If you have a complaint against H&R Block that you have been unable to solve by bringing it to the attention of the office that served you, you may contact either the American Arbitration Association (AAA) at 335 Madison Avenue, Floor 10, New York, NY 10017 or the National Arbitration Forum (NAF) at P.O. Box 50191, Minneapolis, MN 55405. Whichever organization you choose will appoint a neutral practicing attorney with more than ten years of tax law experience to hear your side and H&R Block's side of the issue, and make a decision that is binding on both you and H&R Block. The American Arbitration Association's rules of arbitration are available by mail from AAA or on the Internet at www.adr.org. The National Arbitration Forum's rules are available by mail from NAF or on the Internet at www.arbforum.com.

**Arbitration Costs.** You will be asked to pay a $5 fee, and H&R Block will pay all other filing, administrative, hearing and miscellaneous arbitration expenses up to $1,500. H&R Block may consider paying arbitration costs that exceed $1,500 but only if you win the arbitration.

**Other Arbitration Terms & Information.** Your arbitration will take place in the federal judicial district where you live. The Arbitrator's award will be final and not subject to appeal except as permitted by the Federal Arbitration Act. Except as required by law, neither you nor H&R Block nor the Arbitrator may disclose the existence, content or results of your arbitration without prior written consent from the other two parties.

**Note:** This arbitration provision will not apply to any claims relating to the Peace of Mind Extended Service Plan, the subject matter of which is currently being asserted in any certified class action lawsuit pending against H&R Block as of August 29, 2006.

**My/our signature(s) below confirms that I/we understand and voluntarily agree to the terms of the Arbitration Provision described above, as well as all other terms, conditions and disclosures presented in this Client Service Agreement.**

_____        _____
**Client Signature**                            **Tax Professional, for H&R Block**

_____        _____
**Date**                                              **Date**

**If married and spouse is present, spouse must also sign:**

_____        _____
**Client Signature**                            **Date**

CSA 106442 08/06



**H&R BLOCK®**

# Política de Privacidad

La protección de tu privacidad es fundamental para nuestra actividad en H&R Block. Cumplimos con todos los reglamentos aplicables con respecto a la privacidad y nos esforzamos por dirigir nuestra empresa en una forma que justifique tu elección de los productos y servicios de H&R Block. Te estamos proporcionando esta política de privacidad de conformidad con la ley. Esta política de privacidad explica los tipos de información que podemos solicitarte y te informa cómo podemos usar o divulgar dicha información.

## Quién está cubierto por esta política

Esta declaración se aplica a la información que recopilamos cuando brindamos productos y servicios financieros a los clientes actuales y antiguos de esta oficina de H&R Block, una franquicia de propiedad individual. Nuestro franquiciador opera en virtud de una política de privacidad similar pero separada, porque es una entidad legal independiente y puede tener diferentes prácticas o procesos. Todas las oficinas de H&R Block (ya sea que se trate de franquicias de propiedad individual o una compañía controlada a través de H&R Block, Services, Inc.) deben cumplir con las leyes y los reglamentos aplicables con respecto a la privacidad y seguridad.

## La información que recopilamos

Podemos recopilar información para poder preparar tu declaración de impuestos. Esta información, denominada "información de la declaración de impuestos" en esta política, incluye, por ejemplo, tu nombre, dirección y ciertos datos adicionales como tu número de seguro social, datos de deducciones e ingresos y otro tipo de información referente a ti y a tus dependientes, que necesitamos para preparar tu declaración de impuestos.

Podemos recopilar información adicional relacionada con otras transacciones, distintas de la preparación de la declaración de impuestos, que realices o que tengas la intención de efectuar con nosotros, con nuestras filiales (incluido, según corresponda, nuestro franquiciador) o con otras personas. Esta información puede incluir, por ejemplo, tu nombre, dirección y cierta "información personal no pública", como los números de las cuentas de cheques, de débito y de crédito, historial de pagos y saldos, ingresos, activos y número del seguro social. En esta política, "Información de la declaración de impuestos" e "información personal no pública" pueden ser denominadas, en conjunto, "información personal".

Podemos recopilar información personal sobre ti a través del Servicio de Impuestos Internos (Internal Revenue Service, IRS), nuestro franquiciador y terceros no afiliados, tales como agencias de información de crédito, en relación con las transacciones que realices o que tengas la intención de efectuar con nosotros, nuestras filiales, nuestro franquiciador o terceros no afiliados (p. ej., la información personal referente a tu declaración de impuestos, al reembolso de impuestos, a los préstamos de reembolso anticipado o a otros préstamos).

Nosotros, nuestras filiales, nuestro franquiciador o terceros no afiliados con quienes tenemos relaciones comerciales podemos recopilar información sobre ti cuando averigües acerca de los servicios o nos solicites información, cuando presentes formularios de rebajas o cuando participes en concursos patrocinados por nosotros o por nuestro franquiciador. Esta información puede incluir, por ejemplo, tu nombre, número de teléfono, dirección postal y dirección de correo electrónico.

## Cómo podemos divulgar tu información

La información que hagamos de tu información personal se rige por una o más de las siguientes reglamentaciones: la Sección 7216 del Código de Impuestos Internos (Internal Revenue Code); la Ley Gramm Leach Bliley de 1999; otras leyes y las políticas de H&R Block. Podemos divulgar cualquiera de las categorías de información personal que recopilamos (según lo descrito con anterioridad), sujeto a los términos de esta política de privacidad.

La Sección 7216 del Código de Impuestos Internos nos exige que obtengamos tu consentimiento antes de que divulguemos tu información de tu declaración de impuestos a las filiales o a terceros no afiliados, excepto al Servicio de Impuestos Internos (Internal Revenue Service, IRS) y a los funcionarios encargados de ejecutar las leyes, al igual que para determinados fines legales. Cuando este consentimiento sea necesario, no divulgaremos la información de tu declaración de impuestos sin él.

Es posible que la información que sea idéntica a la contenida en tu declaración de impuestos, tales como tu nombre y dirección, no esté sujeta a la Sección 7216, en caso de que también recopilemos esta información para fines distintos de los de la preparación de tu declaración de impuestos. En estas situaciones, podemos divulgar esa información según se describe en esta política y según lo exija o lo permita la ley (aunque no se cumpla con lo dispuesto en la Sección 7216).

No compartimos tu información personal no pública con terceros no afiliados con fines comerciales, salvo según lo permite la Ley Gramm Leach Bliley o cualquier otra ley aplicable, ni vendemos o alquilamos tu información personal a distribuidores directos de terceros.

Podemos divulgar tu información personal de la forma indicada a continuación, cuando hayas dado tu consentimiento de conformidad con la Sección 7216 o de otra forma permitida por las leyes aplicables:

Si brindaste tu consentimiento en virtud de la Sección 7216, podemos divulgar la información de tu declaración de impuestos a nuestro franquiciador y a sus filiales que estén relacionadas con servicios bancarios, inversiones, tarjetas de crédito o préstamos al consumidor, seguros u otras actividades de servicios financieros, a fin de brindarte acceso a mejores servicios y oportunidades a productos que consideremos que pueden ser de tu interés.

Podemos divulgar tu información personal a los proveedores de servicios que cumplan funciones comerciales en nuestro nombre. Los servicios que dichas organizaciones pueden realizar en nuestro nombre pueden incluir, por ejemplo, impresión de cheques, análisis y procesamiento de datos, supervisión de concursos y producción de correo directo o correos electrónicos. Exigimos que todos los proveedores de servicios celebren contratos por escrito que especifiquen el uso apropiado de tu información personal, les exijan que protejan tu información personal y les prohíban usarla sin autorización o con fines ilícitos.

Podemos divulgar tu información personal a las instituciones financieras con las cuales tengamos acuerdos de comercialización conjunta. Exigimos que todos los distribuidores conjuntos celebren contratos por escrito con nosotros, que especifiquen el uso apropiado de tu información personal, les exijan que protejan tus datos y les prohíban usar tu información personal sin autorización o con fines ilícitos. Si una ley estatal (u otra ley) nos exige que se proporcionemos el derecho de no participación ("opt out") antes de cualquier divulgación de tu información personal para la comercialización conjunta, no divulgaremos tu información personal para esos fines sin darte la oportunidad de ejercer el mencionado derecho o sin obtener tu consentimiento.

Podemos divulgar tu información personal a las filiales, a nuestro franquiciador, o a terceros no afiliados para otros fines permitidos o exigidos por ley. Dichos fines pueden incluir, por ejemplo, el procesamiento o la prestación de un servicio que solicites, o la venta o transferencia de nuestra empresa o activos.

Si eliges recibir un préstamo de reembolso anticipado, otros productos de préstamos o una línea de crédito renovable para pagar tu responsabilidad de impuestos, o si eliges pagar tus comisiones por la preparación de impuestos o por la presentación electrónica con tu reembolso de impuestos, te entregaremos un acuerdo y solicitud de préstamo y/o un acuerdo de procesamiento del reembolso. Al aceptar estos acuerdos y firmar el formulario de consentimiento que se te entregan, autorizas a H&R Block a divulgar tu información personal al banco prestamista. Debes revisar estos acuerdos y las políticas de privacidad del banco prestamista para entender cómo el banco puede usar y divulgar tu información personal.

Podemos divulgar tu información personal a las filiales o a terceros no afiliados (incluidas entidades gubernamentales) cuando tengamos el conocimiento de buena fe de que la ley exige tal divulgación. Esto puede ocurrir en relación con una orden judicial, proceso legal u otro procedimiento judicial, administrativo o de investigación, en virtud de los cuales nos soliciten información personal.

## Cómo protegemos tu información

H&R Block mantiene políticas y procedimientos que nos exigen restringir el acceso a tu información personal en muchas formas. Estos incluyen programas y especificaciones para la seguridad física y la retención y eliminación de los registros; medidas de seguridad en la comunicación y las computadoras, que se reflejan en el diseño del sistema, protección por contraseña y prácticas del manejo de datos; al igual que otras medidas que restringen el acceso a los datos que poseemos en forma física y electrónica.

## Cómo puedes controlar el uso de tu información

Podemos usar tu información personal que proporciones (sujeto a tu consentimiento, cuando sea requerido) para comunicarnos contigo con respecto a los productos y servicios que se encuentran disponibles a través de H&R Block o terceros no afiliados. En caso de que en cualquier momento desees limitar las ofertas o promociones que recibas de nuestra parte, puedes llamar al 877-722-5458. Realizaremos los esfuerzos razonables para cumplir con tu solicitud, aunque es posible que para nosotros aún sea necesario enviarte información periódicamente sobre las transacciones o cuentas que tengas con nosotros, nuestro franquiciador o nuestras filiales.

# Taxable Recovery of Previous Deduction

Name(s) DARRELL D. HINSON                                    SSN 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

1. State/local income tax deduction recovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **.. 1. _____ 379

2. Other Schedule A deduction recovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2. _____

3. Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3. _____ 379

4. Total itemized deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4. _____ 8,157

5. Standard deduction for filing status plus age and blindness . . . . . . . . . . . . . . . . . . . . . . 5. _____ 7,300

6. Line 4 minus line 5, not less than -0-. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6. _____ 857

7. Smaller of line 3 or line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7. _____ 379

8. Taxable income plus any NOL carryover. May be less than -0-. . . . . . . . . . . . . . . . . . . . . . . 8. _____ 15,789

9. Line 10, Form 1040 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9. _____ 379

10. Line 21, Form 1040 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10. _____



** Limited to income tax deducted minus general sales tax allowable.

## A few things to remember when you Send- a- Friend our way:

1. The maximum amount of friends that you can refer is 5 (five).

2. You must pay for your tax preparation to receive the Send- a- Friend reward.

3. Your friend must pay for their tax preparation in order to receive the Send- a- Friend reward.

4. Your friend must be a new client to H&R Block (a new client is a person who did not use a H&R Block office to prepare their prior year return).

5. Form cannot be redeemed within 2 hours of the referring party.

 H&R BLOCK

## Send a friend to H&R Block. We'll thank you both with cash!

### $10 for you. $10 to your friend!*

1. Give this form to a friend and have them complete the information below.
2. We'll send you a check for up to 5 new clients you refer.*

To make an appointment call the office below. For other H&R Block locations call 1-800-HRBLOCK.

| Last Name | First | MI |
|---|---|---|
| Address | | |
| City | State | Zip Code |

*Valid only for new clients who purchase tax prep for a federal return from a participating U.S. H&R Block office between 1/1/07 and 6/1/07. A new client is a person who did not use a H&R Block office to prepare their prior year return. Referral certificate must be presented prior to completion of initial tax prep interview. Amended returns are ineligible. Limit of five referrals per referring party and one referral per paid federal return. Cannot be redeemed by a referred client who completes tax prep with in two hours of the referring party. H&R Block associates are not eligible. May not be combined with any other discount, gift or referral offer. Allow approximately 6 weeks for check delivery. Call 1-877-600-5432 for referral status.

$$10 to:

LORI MILTON
104 CHURCH ST
GREENVILLE AL 36037
(334) 382-8670

DARRELL D HINSON
P O BOX 9951
MONTGOMER, AL 36108
(334) 294-5389

 H&R BLOCK    For office use: 14014372258235    Client ID

Thanks for choosing H&R Block and referring your friends.

---

## Send a friend to H&R Block. We'll thank you both with cash!

### $10 for you. $10 to your friend!*

1. Give this form to a friend and have them complete the information below.
2. We'll send you a check for up to 5 new clients you refer.*

To make an appointment call the office below. For other H&R Block locations call 1-800-HRBLOCK.

| Last Name | First | MI |
|---|---|---|
| Address | | |
| City | State | Zip Code |

*Valid only for new clients who purchase tax prep for a federal return from a participating U.S. H&R Block office between 1/1/07 and 6/1/07. A new client is a person who did not use a H&R Block office to prepare their prior year return. Referral certificate must be presented prior to completion of initial tax prep interview. Amended returns are ineligible. Limit of five referrals per referring party and one referral per paid federal return. Cannot be redeemed by a referred client who completes tax prep with in two hours of the referring party. H&R Block associates are not eligible. May not be combined with any other discount, gift or referral offer. Allow approximately 6 weeks for check delivery. Call 1-877-600-5432 for referral status.

$$10 to:

LORI MILTON
104 CHURCH ST
GREENVILLE AL 36037
(334) 382-8670

DARRELL D HINSON
P O BOX 9951
MONTGOMER, AL 36108
(334) 294-5389

 H&R BLOCK    For office use: 14014372258235    Client ID

Thanks for choosing H&R Block and referring your friends.

---

## Send a friend to H&R Block. We'll thank you both with cash!

### $10 for you. $10 to your friend!*

1. Give this form to a friend and have them complete the information below.
2. We'll send you a check for up to 5 clients you refer.*

To make an appointment call the office below. For other H&R Block locations call 1-800-HRBLOCK.

| Last Name | First | MI |
|---|---|---|
| Address | | |
| City | State | Zip Code |

*Valid only for new clients who purchase tax prep for a federal return from a participating U.S. H&R Block office between 1/1/07 and 6/1/07. A new client is a person who did not use a H&R Block office to prepare their prior year return. Referral certificate must be presented prior to completion of initial tax prep interview. Amended returns are ineligible. Limit of five referrals per referring party and one referral per paid federal return. Cannot be redeemed by a referred client who completes tax prep in two hours of the referring party. H&R Block associates are not eligible. May not be combined with any other discount, gift or referral offer. Allow approximately 6 weeks for check delivery. Call 1-877-600-5432 for referral status.

$$10 to:

LORI MILTON
104 CHURCH ST
GREENVILLE AL 36037
(334) 382-8670

DARRELL D HINSON
P O BOX 9951
MONTGOMER, AL 36108
(334) 294-5389

 H&R BLOCK    For office use: 14014372258235    Client ID

Thanks for choosing H&R Block and referring your friends.

---

## Send a friend to H&R Block. We'll thank you both with cash!

### $10 for you. $10 to your friend!*

1. Give this form to a friend and have them complete the information below.
2. We'll send you a check for up to 5 clients you refer.*

To make an appointment call the office below. For other H&R Block locations call 1-800-HRBLOCK.

| Last Name | First | MI |
|---|---|---|
| Address | | |
| City | State | Zip Code |

*Valid only for new clients who purchase tax prep for a federal return from a participating U.S. H&R Block office between 1/1/07 and 6/1/07. A new client is a person who did not use a H&R Block office to prepare their prior year return. Referral certificate must be presented prior to completion of initial tax prep interview. Amended returns are ineligible. Limit of five referrals per referring party and one referral per paid federal return. Cannot be redeemed by a referred client who completes tax prep within two hours of the referring party. H&R Block associates are not eligible. May not be combined with any other discount, gift or referral offer. Allow approximately 6 weeks for check delivery. Call 1-877-600-5432 for referral status.

$$10 to:

LORI MILTON
104 CHURCH ST
GREENVILLE AL 36037
(334) 382-8670

DARRELL D HINSON
P O BOX 9951
MONTGOMER, AL 36108
(334) 294-5389

 H&R BLOCK    For office use: 14014372258235    Client ID

Thanks for choosing H&R Block and referring your friends.

---

## Send a friend to H&R Block. We'll thank you both with cash!

### $10 for you. $10 to your friend!*

1. Give this form to a friend and have them complete the information below.
2. We'll send you a check for up to 5 clients you refer.*

To make an appointment call the office below. For other H&R Block locations call 1-800-HRBLOCK.

| Last Name | First | MI |
|---|---|---|
| Address | | |
| City | State | Zip Code |

*Valid only for new clients who purchase tax prep for a federal return from a participating U.S. H&R Block office between 1/1/07 and 6/1/07. A new client is a person who did not use a H&R Block office to prepare their prior year return. Referral certificate must be presented prior to completion of initial tax prep interview. Amended returns are ineligible. Limit of five referrals per referring party and one referral per paid federal return. Cannot be redeemed by a referred client who completes tax prep within two hours of the referring party. H&R Block associates are not eligible. May not be combined with any other discount, gift or referral offer. Allow approximately 6 weeks for check delivery. Call 1-877-600-5432 for referral status.

$$10 to:

LORI MILTON
104 CHURCH ST
GREENVILLE AL 36037
(334) 382-8670

DARRELL D HINSON
P O BOX 9951
MONTGOMER, AL 36108
(334) 294-5389

H&R BLOCK    For office use: 14014372258235    Client ID

Thanks for choosing H&R Block and referring your friends.



# H&R Block
# ADVANTAGE®
## Opportunities and Advice



- **Plan to keep more of your refund next year:**
  A Refund Anticipation Loan (RAL) is fast and easy but it's also expensive because the lending bank charges for this service. And even if you deposit a RAL check at your own bank, you may have to wait a few days for funds to be available due to your bank's policies. Next year, why not file your return electronically and choose IRS direct deposit instead of a RAL? That way, you will avoid RAL fees and get the full amount of your refund deposited into your bank account in approximately 8-15 days. The payoff: More of your refund stays in your own pocket.

- **Getting the boss to pay your expenses:**
  Talk to your employer to get reimbursed for those job-related expenses you told us about. After all, they're for the employer's benefit - and you both get better tax treatment. Your employer can typically deduct more of the expense than you can. As an employee, you can only deduct expenses that exceed 2% of your adjusted gross income. Work on getting reimbursed - that way, you get 100% of the money back with no tax consequences.

- **Get your fair share!**
  The government uses tax dollars to fund programs that can assist you with free or discounted foods, prescription drugs, job placement, housing, health care and more. Ask your tax professional for a brochure about these programs. Or visit www.govbenefits.gov on the Internet to determine your eligibility for many of the programs. If you're age 55 or over, you may also find helpful information at www.benefitscheckup.org.

- **Need help finding child care?**
  The Child Care Aware program helps families locate quality child care and other resources. To find out more, call 1-800-424-2246, or visit www.childcareaware.org.

- **Build savings a little at a time:**
  You don't need to build a big nest egg all at once. Most banks and financial institutions offer automatic savings programs, and many employers offer automatic payroll deductions to fund a savings account. Such programs are an easy way to get started because they let you automatically save as little as $25 a month.

- **The Roth IRA - Save smart for retirement and education:**
  When you save in a Roth IRA (Individual Retirement Account), you can use some of your funds to help out with pre-retirement needs, such as education expenses for you or your child. After your account has been open five years, you can withdraw earnings penalty-free to pay for qualified education expenses. (Your regular income tax rate applies to the earnings you withdraw if you are not yet age 59 1/2.)

Affiliated Business Disclosure: H&R Block Services, Inc. and its tax preparation subsidiaries (collectively, "Block") may refer certain information about you to H&R Block Mortgage Corporation and/or Option One Mortgage Corporation. H&R Block Mortgage and Option One are indirect wholly owned subsidiaries of H&R Block, Inc. Because of this relationship, this referral may provide Block a financial or other benefit. You are NOT required to obtain a mortgage loan from H&R Block Mortgage and/or Option One. OTHER LENDERS ARE AVAILABLE. YOU SHOULD SHOP FOR THE BEST PRICES, SERVICES AND INTEREST RATES. If you obtain a loan from H&R Block Mortgage and/or Option One, you will be charged interest and fees in accordance with the mortgage loan documents and, depending on your qualification and market conditions, you will be charged between 0% to 6% of the loan amount for discount points, $250 to $595 for processing fees and $225 to $750 for loan administration fees. Not all programs are available in all areas. Program restrictions apply. H&R Block Mortgage Corporation is licensed or exempt from licensing to conduct business in all states. H&R Block Mortgage Corporation Underwriting Guidelines apply. Loans not made on properties in New Mexico and West Virginia. ©Copyright 2006. All rights reserved. Information accurate as of: 09/12/2006.

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block, Inc., offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Banking services offered through H&R Block Bank, a Federal Savings Bank, Member FDIC. Tax services offered through subsidiaries of H&R Block Services, Inc. Mortgage services offered through H&R Block Mortgage Corporation. H&R Block, Inc., H&R Block Services, Inc., H&R Block Bank and H&R Block Mortgage Corporation are not registered broker-dealers.





## 2006 Tax Return Summary

## Federal Year over Year Comparison

| INCOME | Year 2006 | Year 2005 | Change($) |
|---|---|---|---|
| Wages, salaries, tips | $26,100 | $29,146 | ($3,046) |
| State/local tax refunds | $379 | $0 | $379 |
| Farm income(loss) | ($1,468) | $1,292 | ($2,760) |
| Total income | $25,011 | $30,438 | ($5,427) |

| ADJUSTMENTS | | | |
|---|---|---|---|
| Self-employed tax deduction | $0 | $92 | ($92) |
| Total adjustments | $0 | $92 | ($92) |

| ADJUSTED GROSS INCOME | | | |
|---|---|---|---|
| Total income less total adjustments | $25,011 | $30,346 | ($5,335) |

| TAXABLE INCOME | | | |
|---|---|---|---|
| Standard deductions | $7,550 | $7,300 | $250 |
| Exemptions | $6,600 | $6,400 | $200 |
| Taxable income | $10,861 | $15,789 | ($4,928) |

| TAX COMPUTATION | | | |
|---|---|---|---|
| Income tax | $1,094 | $1,844 | ($750) |
| Tax before credits | $1,094 | $1,844 | ($750) |

| CREDITS | | | |
|---|---|---|---|
| Child tax credit | $1,000 | $1,000 | $0 |
| Total credits | $1,000 | $1,000 | $0 |
| Tax after credits | $94 | $844 | ($750) |

| OTHER TAXES | | | |
|---|---|---|---|
| Self-employment tax | $0 | $183 | ($183) |
| Total tax | $94 | $1,027 | ($933) |

| PAYMENTS | | | |
|---|---|---|---|
| Federal withholding | $1,802 | $3,783 | ($1,981) |
| Earned income credit | $1,115 | $113 | $1,002 |
| Total payments | $2,957 | $3,896 | ($939) |

| REFUND | | | |
|---|---|---|---|
| Overpayment | $2,863 | $2,869 | ($6) |
| Refund due | $2,863 | $2,869 | ($6) |

| OTHER COMPUTATIONS | | | |
|---|---|---|---|
| Alternative minimum taxable income | $24,632 | $27,472 | ($2,840) |
| Total tax preferences and adjustments | ($379) | $5,283 | ($5,662) |
| Marginal tax bracket | 15% | 15% | |
| Filing status | Head of Household | Head of Household | |

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block, Inc., offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Banking services offered through H&R Block Bank, a Federal Savings Bank, Member FDIC. Tax services offered through subsidiaries of H&R Block Services, Inc. Mortgage services offered through H&R Block Mortgage Corporation. H&R Block, Inc., H&R Block Services, Inc., H&R Block Bank and H&R Block Mortgage Corporation are not registered broker-dealers.

# H&R Block
# ADVANTAGE®

 **H&R BLOCK**

## Today's Services

**Tax Preparation**
* Total Tax Preparation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $156.00

**H&R Block Service Fees**
* Total H&R Block Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **$156.00**

**Bank Fees**
* Finance Charge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $50.70
* Additional RAL Finance Charge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $38.63
* Refund Account Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $29.95
* Total Bank Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **$119.28**

**Total Fees Owed** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **$275.28**

**Net Amount**
* Check 1 (Estimated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $908.35
* Check 2 (Estimated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $1,679.37

## Additional Notes:

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block, Inc., offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually- registered investment advisor and broker- dealer and a member of NYSE/SIPC. Banking services offered through H&R Block Bank, a Federal Savings Bank, Member FDIC. Tax services offered through subsidiaries of H&R Block Services, Inc. Mortgage services offered through H&R Block Mortgage Corporation. H&R Block, Inc., H&R Block Services, Inc., H&R Block Bank and H&R Block Mortgage Corporation are not registered broker- dealers.

Client Sum (2006)                FDBASUM-2V 1.0
Form Software Copyright 1996 - 2007 H&R Block Tax Services, Inc.

# H&R Block ADVANTAGE®



Your Personal Action Plan

## Saver's Credit: Earn a Tax Break Just for Saving

When you claim the Saver's Credit, it's like getting free money from Uncle Sam! Congress recently made the Saver's Credit a permanent tax credit so that qualifying taxpayers who save can continue to earn this dollar-for-dollar matching credit each year. It's worth up to half of the amount you place in savings, or a maximum of $1,000 per taxpayer.[1] The steps below can help you choose the right savings plan and take advantage of the Saver's Credit on your next tax return.

### Step 1 — Identify Your Savings Goals

Some retirement savings plans allow you to withdraw money early without penalty for certain goals like purchasing a home or funding education. To get motivated to save, list the mid-term and long-term goals you want to accomplish.

Examples of Mid-Term Goals - 1) Purchase my own home.   2) Pay for my child's education.

My Mid-Term Goals: _____

_____

Examples of Long-Term Goals - 1) Retire by age 62.   2) Live comfortably in retirement.

My Long-Term Goals: _____

_____

### Step 2 — Find Out the Amount of Your Saver's Credit

Depending on your filing status and modified adjusted gross income (AGI), your credit could be worth 10, 20 or 50% of your savings contribution.[2] In general, the lower your income, the higher your credit rate, as shown in the table below:

| Filing Status | Modified AGI | Saver's Credit Amount (Maximum credit = $1,000 per taxpayer) |
|---|---|---|
| Married Filing Jointly: | $0 - $31,000 | 50% of savings |
| | $31,001 - $34,000 | 20% of savings |
| | $34,001 - $52,000 | 10% of savings |
| | Over $52,000 | Credit not available |
| Head of Household: | $0 - $23,250 | 50% of savings |
| | $23,251 - $25,500 | 20% of savings |
| | $25,501 - $39,000 | 10% of savings |
| | Over $39,000 | Credit not available |
| All Other Filers: | $0 - $15,500 | 50% of savings |
| | $15,501 - $17,000 | 20% of savings |
| | $17,001 - $26,000 | 10% of savings |
| | Over $26,000 | Credit not available |

1.  The credit applies to qualified retirement savings plans only. Your credit may be less than $1,000. The Saver's Credit is nonrefundable and cannot reduce your taxes below $0.

2.  Your tax professional can tell you how much of your income qualifies as "modified AGI."

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block, Inc., offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Banking services offered through H&R Block Bank, a Federal Savings Bank, Member FDIC. Tax services offered through subsidiaries of H&R Block Services, Inc. Mortgage services offered through H&R Block Mortgage Corporation. H&R Block, Inc., H&R Block Services, Inc., H&R Block Bank and H&R Block Mortgage Corporation are not registered broker-dealers.

# H&R Block ADVANTAGE®



Your Personal Action Plan

## Step 3  Choose a Savings Plan

Your tax professional can help you decide which type of plan is right for you.

Consider these tips:

- If you're eligible for a retirement savings plan through your employer, like a 401(k), or you become eligible in the future, be sure to sign up. You can make tax-deductible contributions and claim the Saver's Credit if you qualify.

- If you don't have an employer plan, or you'd like to supplement your plan with additional savings, consider opening a traditional IRA (Individual Retirement Account) or a Roth IRA. Contributions to these plans may also allow you to claim the Saver's Credit.

The table below compares features of a traditional IRA and a Roth IRA:

| Traditional IRA | Roth IRA |
|---|---|
| • Used primarily to save for retirement, also to save for college or a new home. | • Used primarily to save for retirement, also to save for college or a new home. |
| • Contributions are often tax deductible. Can reduce your taxes or increase your refund each year. | • Contributions are not tax deductible. |
| • Penalties apply for early withdrawals (except qualified expenses such as a first home purchase). | • Make tax-free withdrawals of the amount you have contributed, at any time, for any reason. |
| • Must stop contributions and begin taking withdrawals at age 70 1/2 . | • No maximum age for contributing (certain income limits apply). No minimum age at which you must take withdrawals. |
| • Qualified withdrawals are taxable. You benefit by deferring taxes on earnings until retirement (when you'll likely be in a lower tax bracket). | • Qualified withdrawals of contributions AND earnings are tax-free after five years if you are at least age 59 1/2, or certain other exceptions apply. |

## Step 4  Contribute Savings - Plan Now for Next Year

Consider using part of your tax refund to start saving for your goals. Contributing savings this year can set you up to claim the Saver's Credit next tax season. Plus, the sooner you start, the longer your savings will have to grow.

- Ask about the H&R Block Easy IRA. If you are interested in opening a traditional or a Roth IRA, your tax professional can tell you how to open an IRA using all or part of your tax refund. Or for more information, call 1-800-HRBLOCK and select "H&R Block Easy Products."

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block, Inc., offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Banking services offered through H&R Block Bank, a Federal Savings Bank, Member FDIC. Tax services offered through subsidiaries of H&R Block Services, Inc. Mortgage services offered through H&R Block Mortgage Corporation. H&R Block, Inc., H&R Block Services, Inc., H&R Block Bank and H&R Block Mortgage Corporation are not registered broker-dealers.

Form **8879**

Department of the Treasury
Internal Revenue Service

# IRS e-file Signature Authorization

▶ Do not send to the IRS. This is not a tax return.
▶ Keep this form for your records. See instructions.

OMB No. 1545-0074

**2006**

Declaration Control Number (DCN) ▶ 00-632191-    -7

| Taxpayer's name | Social security number |
|---|---|
| DARRELL D HINSON | 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 |
| Spouse's name | Spouse's social security number |

## Part I    Tax Return Information - Tax Year Ending December 31, 2006 (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 25,011. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 11) | 2 | 94. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 1,802. |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 45a; Form 1040EZ, line 12a, Form 1040EZ-T, line 1a) | 4 | 2,863. |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 47; Form 1040EZ, line 13) | 5 | |

## Part II    Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2006, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return or request to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquires and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return or request for refund and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize   HR BLOCK                                        to enter or generate my PIN        11963
                  ERO firm name                                                                      do not enter all zeros
as my signature on my tax year 2006 electronically filed income tax return or request for refund.

[ ] I will enter my PIN as my signature on my tax year 2006 electronically filed income tax return or request for refund. Check this box only if you are entering your own PIN and your return or request is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶                                                              Date ▶ 02/03/2007

**Spouse's PIN: check one box only**

[ ] I authorize                                               to enter or generate my PIN
                  ERO firm name                                                                     do not enter all zeros
as my signature on my tax year 2006 electronically filed income tax return or request for refund.

[ ] I will enter my PIN as my signature on my tax year 2006 electronically filed income tax return or request for refund. Check this box only if you are entering your own PIN and your return or request is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶                                                          Date ▶

### Practitioner PIN Method Returns Only - continue below

## Part III    Certification and Authentication - Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.        63219128803
                                                                                                    do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2006 electronically filed income tax return or request for refund for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶                                                            Date ▶ 02/03/2007

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

KBA   For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.        Form **8879** (2006)

8879(D)(2006)        FD8879D-1V 1.0

Declaration Control Number (DCN)

`0 0` - `6 3 2 1 9 1` - `＿＿＿＿＿` - `7`

**FORM**
**AL8453**

ALABAMA DEPARTMENT OF REVENUE
## Individual Income Tax Declaration for Electronic Filing
For the year January 1 - December 31, 2006

**2006**

| Label | L A B E L H E R E | Your first name and initial | Last name | | | Your social security number |
|---|---|---|---|---|---|---|
| Use Alabama label. Otherwise, please type or print. | | DARRELL D HINSON | | | | 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 |
| | | If a joint return, spouse's first name and initial | Last name | | | Spouse's soc. sec. no. if joint return |
| | | Home address (number and street). If a P. O. Box, see instructions. | | | Apt. no. | Telephone number (optional) |
| | | P O BOX 9951 | | | | 334-294-5389 |
| | | City, town or post office, state, and ZIP code | | | | FN (For official use only) |
| | | MONTGOMERY AL 36108 | | | | |

### Part I

**Tax Return Information**

(Whole dollars only.)

| | | | |
|---|---|---|---|
| 1 | Alabama taxable income (Form 40, line 17) . . . . . . . . . . . . . . . . . . . . . | 1 | 15,499 |
| 2 | Total tax liability (Form 40, line 22) . . . . . . . . . . . . . . . . . . . . . . . | 2 | 733 |
| 3 | Total payments (Form 40, line 26) . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 738 |
| 4 | Refund (Form 40, line 33) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 5 |
| 5 | Amount you owe (Form 40, line 27) . . . . . . . . . . . . . . . . . . . . . . . | 5 | 0 |

DO NOT

### Part II

**Direct Deposit**

1 Routing number:

2 Account number:

3 Type of account: ☐ Checking    ☐ Savings

### Part III

**Declaration of Taxpayer**

(Sign only after Part I is completed.)

Under penalties of perjury, I declare that I have compared the information contained on my return with the information I have provided to my electronic return originator and that the amounts described in Part 1 above agree with the amounts shown on the corresponding lines of my 2006 Alabama individual income tax return. To the best of my knowledge and belief this return, including any accompanying schedules and statements, is true, correct, and complete. Also, I hereby authorize the Alabama Department of Revenue to disclose to my ERO described below, any information concerning the disbursement of the refund requested or any problems encountered in the processing of my return.

☒ I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.

**Sign Here** ►

COPY ONLY    FILE    COPY ONLY

Your signature          Date          Spouse's signature, if a joint return, BOTH must sign.          Date

### Part IV

**Declaration of Electronic Return Originator (ERO) and Paid Preparer**

(See Instructions.)

I declare that I have reviewed the above taxpayer's Alabama individual income tax return and that the entries on this form are complete and correctly represented based on all information of which I have any knowledge. I also declare that I have followed all other requirements described in IRS PUB. 1345, Revenue Procedures for Electronic Filing of Individual Income Tax Returns (Tax Year 2006), and the Alabama Handbook for Electronic Filers of Individual Income Tax Returns (Tax Year 2006). If I am also the paid preparer, under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

**ERO's Use Only**

| ERO's signature ► | Date 02/03/2007 | Check if also paid preparer ☒ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | H AND R BLOCK 104 CHURCH ST GREENVILLE, AL | | E.I. No. 63-1087058 |
| | | | ZIP Code 36037- |

**Paid Preparer's Use Only**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

| Preparer's signature ► | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | | E.I. No. |
| | | | ZIP Code |

AL29

## DO NOT MAIL TO ALABAMA DEPT. OF REVENUE

Form AL8453 2006

8453(D) (2006)                AL8453D-1V 1.18

**Form 1040**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return** **2006** (99) IRS Use Only - Do not write or staple in this space.

For the year Jan. 1- Dec. 31, 2006, or other tax year beginning , 2006, ending , 20

OMB No. 1545-0074

**Label**

Use the IRS label. Otherwise, please print or type.

DARRELL D HINSON
P O BOX 9951
MONTGOMERY, AL 36108

Your social security number
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

Spouse's social security number

▲ You MUST enter your SSN(s) above. ▲

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ [ ] You [ ] Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here. ▶
4. [X] Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . .
6b [ ] **Spouse**

Boxes checked on 6a and 6b **1**

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4)✓ if qual. child for child tax cr. |
|---|---|---|---|
| KIARA BAILEY | 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 | NIECE | [X] |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you **1**
• did not live with you due to divorce or separation
Dependents on 6c not entered above

If more than four dependents, see page 19.

d Total number of exemptions claimed . . .

Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 26,100. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) . | 10 | 379. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain/(loss). Attach Sch D. If not required check here . . . . ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions . . 15a b Taxable amt | 15b | |
| 16a | Pensions and annuities 16a b Taxable amt | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . | 18 | (1,468.) |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a b Taxable amt | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 25,011. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853 | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 29) | 29 | |
| 30 | Penalty on early withdrawal of savings . . | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 25,011. |

**KBA** For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.

Form 1040 (2006)

1040 (2006)      FD1040-1V 1.25

Form 1040 (2006)  DARRELL D HINSON                                          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  Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 25,011. |
| | 39a | Check { You were born before January 2, 1942, ☐ Blind. } Total boxes<br>If: { Spouse was born before January 2, 1942, ☐ Blind. } checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 & check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 7,550. |
| | 41 | Subtract line 40 from line 38 | 41 | 17,461. |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 | 6,600. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 10,861. |
| • All others: | 44 | Tax. Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 1,094. |
| Single or Married filing separately, $5,150 | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 1,094. |
| Married filing jointly or Qualifying widow(er), $10,300 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| Head of household, $7,550 | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | 1,000. |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form_____ | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | 56 | 1,000. |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 94. |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax ▶ | 63 | 94. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 1,802. |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | |
| | 66a | Earned income credit (EIC) | 66a | 1,115. |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | 40. |
| | 72 | Add lines 64, 65, 66a, & 67 through 71. These are your total payments ▶ | 72 | 2,957. |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 2,863. |
| Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888 | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 2,863. |
| | ▶ b | Routing number  031101208  ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d | Account number  1087798242094196 3 | | |
| | 75 | Amount of line 73 you want applied to your 2007 estimated tax ▶ 76 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | 76 | |
| | 77 | Estimated tax penalty (see page 62) | 77 | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 63)? ☒ Yes. Complete the following. ☐ No<br>Designee's name ▶ HR BLOCK    Phone no. ▶ (334) 382-8670    Personal ID number (PIN) ▶ 01288 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17.
Keep a copy for your records.

| | | | |
|---|---|---|---|
| Your signature | Date | Your occupation | Daytime phone number |
| For Info Only-Do not file | | TRUCK DRIVER | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| For Info Only-Do not file | | | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | Date 2/3/2007 | Check if self-employed ☐ | Preparer's SSN or PTIN  P00220062 |
| Firm's name (or yours if self-employed), address, and ZIP code | ▶ H AND R BLOCK  GREENVILLE, AL 36037 | EIN 63-1087058 | |
| | | Phone no. (334) 382-8670 | |

1040 (2006)                FD1040-2V 1.25                                    Form 1040 (2006)

**SCHEDULE F**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Farming

▶ Attach to Form 1040, Form 1040NR, Form 1041, Form 1065, or Form 1065-B.

▶ See Instructions for Schedule F (Form 1040).

OMB No. 1545-0074

**2006**

Attachment
Sequence No. **14**

Name of proprietor
DARRELL  D  HINSON

Social security number (SSN)
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

A  Principal product. Describe in one or two words your principal crop or activity for the current tax year.
CATTLE

B  Enter code from Part IV
▶  112111

C  Accounting method:  (1) ☒ Cash  (2) ☐ Accrual

D  Employer ID number (EIN), if any

E  Did you "materially participate" in the operation of this business during 2006? If "No," see page F-2 for limit on passive losses.  ☒ Yes  ☐ No

**Part I  Farm Income - Cash Method.** Complete Parts I and II  (Accrual method. Complete Parts II and III, and Part I, line 11.)
Do not include sales of livestock held for draft, breeding, sport, or dairy purposes. Report these sales on Form 4797.

| | | | | |
|---|---|---|---|---|
| 1 | Sales of livestock and other items you bought for resale | 1 | | |
| 2 | Cost or other basis of livestock and other items reported on line 1 | 2 | | |
| 3 | Subtract line 2 from line 1 | | 3 | |
| 4 | Sales of livestock, produce, grains, and other products you raised . . . . . SEE ATTACHMENT | | 4 | 10,500. |
| 5a | Cooperative distributions (Form(s) 1099-PATR) | 5a | | |
| | 5b  Taxable amount | | 5b | |
| 6a | Agricultural program payments (see page F-3) . | 6a | | |
| | 6b  Taxable amount | | 6b | |
| 7 | Commodity Credit Corporation (CCC) loans (see page F-3): | | | |
| a | CCC loans reported under election | | 7a | |
| b | CCC loans forfeited | 7b | | |
| | 7c  Taxable amount | | 7c | |
| 8 | Crop insurance proceeds and Federal crop disaster payments (see page F-3): | | | |
| a | Amount received in 2006 | 8a | | |
| | 8b  Taxable amount | | 8b | |
| c | If election to defer to 2007 is attached, check here ▶ ☐ | | 8d  Amount deferred from 2005 | 8d | |
| 9 | Custom hire (machine work) income | | 9 | |
| 10 | Other income, including federal and state gasoline or fuel tax credit or refund (see page F-3) | | 10 | |
| 11 | Gross income. Add amounts in the right column for lines 3 through 10. If you use accrual method, enter the amount from Part III, line 51 . . . . . . . . . . . . . ▶ | | 11 | 10,500. |

**Part II  Farm Expenses - Cash and Accrual Method.**
Do not include personal or living expenses such as taxes, insurance, repairs, on your home.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Car and truck expenses (see page F-4). Also attach Form 4562 | 12 | | 25  Pension and profit-sharing plans | 25 | |
| 13 | Chemicals | 13 | | 26  Rent or lease (see page F-5): | | |
| 14 | Conservation expenses (see page F-4) | 14 | | a  Vehicles, machinery, and equipment | 26a | |
| 15 | Custom hire (machine work) | 15 | | b  Other (land, animals, etc.) | 26b | |
| 16 | Depreciation and section 179 expense deduction not claimed elsewhere (see page F-4) | 16 | | 27  Repairs and maintenance | 27 | |
| | | | | 28  Seeds and plants | 28 | |
| | | | | 29  Storage and warehousing | 29 | |
| 17 | Employee benefit programs other than on line 25 | 17 | | 30  Supplies | 30 | |
| | | | | 31  Taxes | 31 | |
| 18 | Feed | 18 | 1,200. | 32  Utilities | 32 | |
| 19 | Fertilizers and lime | 19 | 500. | 33  Veterinary, breeding, and medicine | 33 | |
| 20 | Freight and trucking | 20 | | 34  Other expenses (specify): | | |
| 21 | Gasoline, fuel, and oil | 21 | 1,568. | a  ACCT FEES | 34a | 200. |
| 22 | Insurance (other than health) | 22 | | b  MISC LABOR | 34b | 1,500. |
| 23 | Interest: | | | c  HAY | 34c | 4,000. |
| a | Mortgage (paid to banks, etc.) | 23a | | d  5 COWS DIED | 34d | 3,000. |
| b | Other | 23b | | e | 34e | |
| 24 | Labor hired (less employment credits) | 24 | | f | 34f | |

| | | | |
|---|---|---|---|
| 35 | Total expenses. Add lines 12 through 34f. If line 34f is negative, see instructions ▶ | 35 | 11,968. |
| 36 | Net farm profit or (loss). Subtract line 35 from line 11. | 36 | (1,468.) |
| | • If a profit, enter on Form 1040, line 18, and also on Schedule SE, line 1. If you file Form 1040NR, enter the profit on Form 1040NR, line 19. | | |
| | • If a loss, you must go to line 37. Estates, trusts, and partnerships, see page F-6. | | |

37  If you have a loss, you must check the box that describes your investment in this activity (see page F-6).  37a ☒ All investment is at risk.
  • If you checked 37a, enter the loss on Form 1040, line 18, and also on Schedule SE, line 1. If you file Form 1040NR, enter the loss on Form 1040NR, line 19.  37b ☐ Some investment is not at risk.
  • If you checked 37b, you must attach Form 6198. Your loss may be limited.

KBA    For Paperwork Reduction Act Notice, see page F-7 of the instructions.    Schedule F (Form 1040) 2006

1040-Sch F (2006)    FDF-1V 1.11
Form Software Copyright 1996 - 2007 HRB Block

**SCHEDULE SE**
**(Form 1040)**

Department of the e Treasury
Internal Revenue Service   (99)

**Self-Employment Tax**

► Attach to Form 1040.   ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

20**06**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040)
DARRELL D HINSON

Social security number of person
with self-employment income   ►

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

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, or
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-3).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart **only** if you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.



## Section A - Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.



| | | |
|---|---|---|
| 1 Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1 | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-3 for other income to report | 2 | ( 1,468. ) |
| 3 Combine lines 1 and 2 | 3 | 0. |
| 4 Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax ► | 4 | ( 1,468. ) |
| 5 Self-employment tax. If the amount on line 4 is: | | |
| • $94,200 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 58. | | |
| • More than $94,200, multiply line 4 by 2.9% (.029). Then, add $11,680.80 to the result. Enter the total here and on **Form 1040, line 58.** | 5 | |
| 6 Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** | 6 | 0. |

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule SE (Form 1040) 2006

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (99)

# Earned Income Credit
## Qualifying Child Information
Complete and attach to Form 1040A or 1040
only if you have a qualifying child.



OMB No. 1545-0074

**2006**

Attachment
Sequence No. **43**

Name(s) shown on return
DARRELL D HINSON

Your social security number
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

**Before you begin:** See the instructions for Form 1040A, lines 40a and 40b, or Form 1040, lines 66a and 66b, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child.

⚠ **CAUTION**
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See back of schedule for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

## Qualifying Child Information

| | Child 1 | | Child 2 | |
|---|---|---|---|---|

**1  Child's name**
If you have more than two qualifying children, you only have to list two to get the maximum credit.

| First name | Last name | First name | Last name |
|---|---|---|---|
| KIARA | BAILEY | | |

**2  Child's SSN**
The child must have an SSN as defined on page 43 of the Form 1040A instructions or page 49 of the Form 1040 instructions unless the child was born and died in 2006. If your child was born and died in 2006 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate.

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

**3  Child's year of birth**

Year 2001
If born after 1987, skip lines 4a and 4b; go to line 5.

Year _____
If born after 1987, skip lines 4a and 4b; go to line 5.

**4  If the child was born before 1988 -**

**a** Was the child under age 24 at the end of 2006 and a student?

☐ Yes. Go to line 5.   ☐ No. Continue.

☐ Yes. Go to line 5.   ☐ No. Continue.

**b** Was the child permanently and totally disabled during any part of 2006?

☐ Yes. Continue.   ☐ No. The child is not a qualifying child.

☐ Yes. Continue.   ☐ No. The child is not a qualifying child.

**5  Child's relationship to you**
(for example, son, daughter, grandchild, niece, nephew, foster child, etc.)

NIECE

**6  Number of months child lived with you in the United States during 2006**

- If the child lived with you for more than half of 2006 but less than 7 months, enter "7."
- If the child was born or died in 2006 and your home was the child's home for the entire time he or she was alive during 2006, enter "12."

12 months
Do not enter more than 12 months.

_____ months
Do not enter more than 12 months.

**TIP** You may also be able to take the additional child tax credit if your child **(a)** was under age 17 at the end of 2006, **and (b)** is a U.S. citizen or resident alien. For more details, see the instructions for line 41 of Form 1040A or line 68 of Form 1040.

KBA    For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.

Schedule EIC (Form 1040A or 1040) 2006

Supporting Schedules                               2006

Name:  DARRELL D HINSON                    SSN: 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
------------------------------------------------------------------------

Schedule  F - DARRELL D HINSON
LINE 4 - OTHER RAISED PRODUCTS
Description                                              Amount
------------------------------------------------------------------------

MONTGOMERY STOCKYARD                                     19,475
                                                       -----------
      TOTAL                                             10,500

FORM **40** Alabama **2006**
Individual Income Tax Return
RESIDENTS & PART-YEAR RESIDENTS

For the year Jan. 1- Dec. 31, 2006, or other tax yr: Beginning: ● ___ Ending: ● ___

| Your social security number | Spouse's SSN if joint return |
|---|---|
| ● 420941963 | |

| Your first name | Initial | Last name |
|---|---|---|
| ● DARRELL | D | HINSON |

| Spouse's first name | Initial | Last name |
|---|---|---|
| | | |

Present home address (number and street or P.O. Box number)
● P O BOX 9951

| City, town or post office | State | ZIP code |
|---|---|---|
| ● MONTGOMERY | AL | 36108 |

**USE BLACK INK TO COMPLETE RETURN**

**Filing Status and Exemptions**
Ck only 1 box.

1 ● $1,500 Single
2 ● $3,000 Married filing joint return (even if only one spouse had income)
3 ● $1,500 Married filing separate return. Complete line 5 with spouse's name and SSN.
4 [X] $3,000 Head of family (with qualifying person). (See pg 7 of inst.) Complete line 5.

5 Name ● KIARA BAILEY
Soc. Sec. No. ● 418534248
Relationship ● NIECE

**Income and Adjustments**

6 Wages, salaries, tips, etc. (list each employer and address separately)

| | A - Alabama tax withheld | | B - Income | |
|---|---|---|---|---|
| a ALABAMA FOOD SERVICE MONTGOMERY | 6a ● 527 00 | 6a | 13,330 00 | |
| b CALLEN ENTERPRISES I LOWNDESBORO | 6b ● 00 | 6b | 7,002 00 | |
| c TEAM ONE CONTRACT SE DECATUR | 6c ● 211 00 | 6c | 5,768 00 | |
| d | 6d ● 00 | 6d | | |

| 7 Interest and dividend income (also attach Schedule B if over $1,500) | 7 ● | 0 00 |
|---|---|---|
| 8 Other income (from page 2, Part I, line 9) | 8 ● | (1,468) 00 |
| 9 Total income. Add amounts in the income column for line 6a through line 8 | 9 ● | 24,632 00 |
| 10 Total adjustments to income (from page 2, Part II, line 8) | 10 ● | 0 00 |
| 11 Adjusted gross income. Subtract line 10 from line 9 | 11 ● | 24,632 00 |

**Deductions**
You Must Attach pg 2 of Fed Form 1040, Fed Form 1040A, Fed Form 1040NR, or pg 1 of 1040EZ, if claiming a deduction on line 13.

12 Check box a, if you itemize deductions, and enter amt from Sch A, line 26.
Check box b, if you do not itemize deductions, & enter standard deduction. | Box a or b MUST be checked

| | | |
|---|---|---|
| ● a [X] Itemized Deductions ● b ☐ Standard Deduction | 12 ● | 5,739 00 |
| 13 Federal tax deduction (see instructions) **DO NOT ENTER THE FED TAX WITHHELD FROM YOUR FORM W-2(S)** | 13 ● | 94 00 |
| 14 Personal exemption (from line 1, 2, 3, or 4) | 14 ● | 3,000 00 |
| 15 Dependent exemption (from page 2, Part III, line 2) | 15 ● | 300 00 |
| 16 Total deductions. Add lines 12, 13, 14, and 15 | 16 ● | 9,133 00 |

**Tax**
Do not Staple Form(s) W-2, W-2G, 1099 and/or 40V to this form

| 17 Taxable income. Subtract line 16 from line 11 | 17 ● | 15,499 00 |
|---|---|---|
| 18 Income Tax due. Enter amount from tax table or check if from ☐ Form NOL-85A | 18 ● | 733 00 |
| 19 Less credits from: ● ☐ Schedule CR and/or ● ☐ Schedule OC | 19 ● | 00 |
| 20a Net tax due Alabama. Subtract line 19 from line 18 | 20a ● | 733 00 |
| b Consumer Use Tax (use worksheet on page 10) | 20b ● | 0 00 |

21 Alabama Election Campaign Fund. You may make a voluntary contribution to the following:

| a Alabama Democratic Party ☐ $1 ☐ $2 [X] none | 21a ● | 0 00 |
|---|---|---|
| b Alabama Republican Party ☐ $1 ☐ $2 [X] none | 21b ● | 0 00 |
| 22 Total tax liability and voluntary contribution. Add lines 20a, 20b, 21a and 21b | 22 ● | 733 00 |

**Payments**

| 23 Alabama income tax withheld (from Forms W-2, W-2G, and/or 1099) | 23 ● 738 00 | |
|---|---|---|
| 24 Amount paid with extension (attach Form 4868A) | 24 ● 00 | |
| 25 2006 estimated tax payments (see instructions on page 11) | 25 ● 00 | |
| 26 Total payments. Add lines 23 through 25 | 26 ● | 738 00 |

**AMOUNT YOU OWE**

| 27 If line 22 is larger than line 26, subtract line 26 from line 22, and enter AMOUNT YOU OWE. Place payment, along with Form 40V, loose in the mailing envelope (FORM 40V MUST ACCOMPANY PAYMENT.) | 27 ● | 00 |
|---|---|---|
| 28 Estimated tax penalty. Also include on line 27 (see instructions page 11) | 28 ● 00 | |

**OVERPAID**

| 29 If line 26 is larger than line 22, subtract line 22 from line 26, and enter amount OVERPAID | 29 ● | 5 00 |
|---|---|---|
| 30 Amount of line 29 to be applied to your 2007 estimated tax | 30 ● 00 | |

**Donation Check-offs**

| 31 Total Donation Check-offs from Schedule DC, line 2 | 31 ● 0 00 | |
|---|---|---|
| 32 Total. Add line 30 and line 31 | 32 ● | 0 00 |

**REFUND**

| 33 REFUNDED TO YOU. (CAUTION: You must sign this return on page 2.) Subtract line 32 from line 29. For Direct Deposit, check here ● ☐ and complete Part V, Page 2 | 33 ● | 5 00 |
|---|---|---|

If an addressed envelope came with your return, please use it and follow the instructions on the envelope. If you do not have one, mail your return to one of the addresses below.

**WHERE TO FILE FORM 40**

AL29

If you are not making a payment, mail your return to:
Alabama Department of Revenue
P.O. Box 154
Montgomery, AL 36135-0001

If you are making a payment, mail your return, Form 40V, and payment to:
Alabama Department of Revenue
P.O. Box 2401
Montgomery, AL 36140-0001

Mail only your 2006 Form 40 to one of the above addresses. Prior year returns, amended returns, and all other correspondence should be mailed to Alabama Department of Revenue, P.O. Box 327464, Montgomery, AL 36132-7464.

DARRELL D HINSON

Form 40 (2006)                                                          420941963      Page 2

**PART I**

| | | | | |
|---|---|---|---|---|
| 1 | Alimony received | | 1 | 00 |
| 2 | Business income or (loss) (attach Federal Schedule C or C-EZ) | | 2 | 00 |
| 3 | Gain or (loss) from sale of Real Estate, Stocks, Bonds, etc. (attach Schedule D) | | 3 | 00 |
| 4a | Total IRA distributions  4a • _____ 00 | 4b Taxable amount (see instructions) | 4b | 00 |

Other Income (see page 12)

| | | | | |
|---|---|---|---|---|
| 5a | Total pensions and annuities  5a • _____ 00 | 5b Taxable amount (see instructions) | 5b | 00 |
| 6 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | | 6 | 00 |
| 7 | Farm income or (loss) (attach Federal Schedule F) | | 7 | (1,468) 00 |
| 8 | Other income (state nature and source - see instructions) | | 8 | 00 |
| 9 | Total other income. Add lines 1 through 8. Enter here and also on page 1, line 8 | | 9 | (1,468) 00 |

**PART II**

| | | | | |
|---|---|---|---|---|
| 1a | Your IRA deduction | | 1a | 00 |
| b | Spouse's IRA deduction | | 1b | 00 |
| 2 | Payments to a Keogh retirement plan and self-employment SEP deduction | | 2 | 00 |
| 3 | Penalty on early withdrawal of savings | | 3 | 00 |

Adjustments to Income (see page 15)

| | | | |
|---|---|---|---|
| 4 | Alimony paid. Recipient's last name _____ SSN • _____ | | |
| | Address _____ City _____ State _____ ZIP _____ | 4 | 00 |
| 5 | Adoption expenses | 5 | 00 |
| 6 | Moving Expenses (Attach Federal Form 3903) to City _____ State _____ ZIP _____ | 6 | 00 |
| 7 | Self-employed health insurance deduction | 7 | 00 |
| 8 | Total adjustments. Add lines 1 through 7. Enter here and also on page 1, line 10 | 8 | 0 00 |

**PART III**

**1a Dependents:**

Dependents

Do not include yourself or your spouse

(See page 9)

| (1) First name    Last name | (2) Dependent's social security number. | (3) Dependent's relationship to you. | (4) Did you provide more than one-half dependent's support? |
|---|---|---|---|
| KIARA BAILEY | •418534248 | NIECE | Y |
| | • | | |
| | • | | |
| | • | | |

| | | | | |
|---|---|---|---|---|
| b | Total number of dependents claimed above | | | 1 |
| 2 | Amount allowed. (Multiply $300 by the total number of dependents claimed on line 1b.) Enter amount here and on page 1, line 15 | | 2 | 300 00 |

**PART IV**

General Information

All Taxpayers Must Complete This Section.

1 Residency  Check only one box  • [X] Full Year   If you were a part-year resident of Alabama during 2006, indicate your period of residence:
[ ] Part Year  From _____ 2006 through _____ 2006. Total months _____

2 Did you file an Alabama income tax return for the year 2005?  [X] Yes  [ ] No
3 If no, state reason.
4 Give name & address of present employer(s). Yours  ASPHALT CONTR DECATUR ST     MONTGOMER AL
_____ Your Spouse's _____
5 Enter the Federal Adjusted Gross Income • $  25,011 and Federal Taxable Income • $  10,861 as reported on your 2006 Federal Individual Income Tax Return.
6 Do you have income which is reported on your Fed rtn, but not reported on your AL rtn (other than your state tax refund)?  [ ] Yes [X] No
If yes, enter source(s) and amount(s) below: (other than state income tax refund)

| | | | |
|---|---|---|---|
| Source _____ | Amount • | | 00 |
| Source _____ | Amount • | | 00 |

7 Do you have income included in this return from a grantor trust?  [ ] Yes  [X] No

**PART V**

Direct Deposit

For Direct Deposit of your refund, complete 1, 2, and 3 below. (See Page 16 of instructions to see if you qualify.)
1 Routing Number: _____   2 Type: [ ] Checking  [ ] Savings
3 Account Number: _____

Sign Here In Black ink

• [X]  I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

| Your signature | Date | Daytime telephone number | Your occupation |
|---|---|---|---|
| For Information Only | | 334-294-5389 | TRUCK DRIVER |
| Spouse's signature (if joint return, BOTH must sign) | Date | Daytime telephone number | Spouse's occupation |
| For Information Only | | | |

Paid Preparer's Use Only

| Preparer's signature ▸ | Date 02/03/2007 | Check if self-employed [ ] | Preparer's SSN or PTIN • |
|---|---|---|---|
| Firm's name (or yours if self-employed) ▸ H AND R BLOCK | Daytime telephone no. 334-382-8670 | | E.I. No. 63-1087058 |
| Address 104 CHURCH ST GREENVILLE AL | | | ZIP Code 36037 |

AL29

Form Software Copyright 1996 - 2007 H&R Block   AL40-2V 1.17

63—0758041

| | | |
|---|---|---|
| 1 Wages, tips, other compensation | | 2 Federal income tax withheld 1293.34 |
| 3 Social security wages 13330.16 | | 4 Social security tax withheld 826.47 |
| 5 Medicare wages and tips 13330.16 | | 6 Medicare tax withheld 193.28 |
| 7 Social security tips .00 | | 8 Allocated tips .00 |
| 9 Advance EIC payment .00 | | 10 Dependent care benefits .00 |

c Employer's name, address, and ZIP code

ALABAMA FOOD SERVICE, INC.
401 PAUL ROAD
P. O. BOX 4997
MONTGOMERY          AL  36103-4997

d Employee's social security number
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

e Employee's name, address, and ZIP code

DARRELL D          HINSON

P O BOX 9951
MONTGOMERY AL 36108

| | |
|---|---|
| Suff. 11 Nonqualified plans .00 | 12a See Instructions for box 12 |
| 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| 14 Other | 12c |
| | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 149096 | 13330.16 | 527.34 | | | |

Form **W-2** Wage and Tax Statement

**2006**

Copy B—To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

Department of the Treasury—Internal Revenue Service

py 2—To Be Filed With Employee's State, City, or Local
ome Tax Return.

Form **W-2** Wage and Tax Statement

**2006**

Department of the Treasury—Internal Revenue Service

a Control number
20208 DRV

OMB No. 1545-0008

b Employer identification number (EIN)
63—0758041

c Employer's name, address, and ZIP code
ALABAMA FOOD SERVICE, INC.
401 PAUL ROAD
P. O. BOX 4997
MONTGOMERY          AL  36103-4997

Employee's social security number
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

Employee's name, address, and ZIP code
DARRELL D          HINSON

P O BOX 9951
MONTGOMERY AL 36108

| 1 Wages, tips, other compensation 13330.16 | 2 Federal income tax withheld 1293.34 |
|---|---|
| 3 Social security wages 13330.16 | 4 Social security tax withheld 826.47 |
| 5 Medicare wages and tips 13330.16 | 6 Medicare tax withheld 193.28 |
| 7 Social security tips .00 | 8 Allocated tips .00 |
| 9 Advance EIC payment .00 | 10 Dependent care benefits .00 |
| 11 Nonqualified plans .00 | |

| State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 149096 | 13330.16 | 527.34 | | | |

Copy C—For EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy B.)

b Employer identification number (EIN)
6-3-1188910

c Employer's name, address, and ZIP code

CALLEN ENTERPRISES INC.
P. O. BOX 39
LOWNDESBORO, AL 36752

d Employee's social security number
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

e Employee's name, address, and ZIP code

DARRELL          HINSON
P. O. BOX 9951
MONTGOMERY, AL 36108

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 7002.04 | |
| 3 Social security wages | 4 Social security tax withheld |
| 7002.04 | |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7002.04 | 434.13 |
| 7 Social security tips | 8 Allocated tips |
| 7002.04 | 101.53 |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| 14 Other | 12c |
| | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 0029121109 | 7002.04 | | | | |

Form **W-2** Wage and Tax Statement

**2006**

39-1908647   Department of the Treasury—Internal Revenue Service
This information is being furnished to the Internal Revenue Service.
If you are required to file a tax return, a negligence penalty or other
sanction may be imposed on you if this income is taxable and you
fail to report it.

**BW2EEC**          NTF 2562979

---

| 15 State   Employer's state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage & Tax Statement 2006    Dept. of the Treasury-IRS    OMB No. 1545-000

**1. The following information reflects your final pay statement plus employer adjustments that comprise your W-2 statement**

| Earnings Description | Wages, Tips, Other Comp. | Social Security Wages | Medicare Wages |
|---|---|---|---|
| Gross Wages | 6020.83 | 6020.83 | 6020. |
| Less Exempt Wages | | | |
| Less Deferred Comp | | | |
| Less Housing/Transportation | | | |
| Less Dependent Care | | | |
| Less Sec 125 | 252.54 | 252.54 | 252 |
| Less Excess Wages | | | |
| Taxable Wages | 5768.29 | 5768.29 | 5768 |
| (Reported on Form W-2) | Box 1 of W-2 | Box 3 of W-2 | Box 5 of |

**2. Employer W-4 Profile** To change your employee W-4 profile information, file a new W-4 with the payroll department

| FIT: | S | 2 | SIT Res | ALSIT | S | 2 | SIT Work | ALSIT | S |
|---|---|---|---|---|---|---|---|---|---|

MONTGOMERY AL 36108
PO BOX 9951
DARRELL D HINSON
ALEAU

DECATUR AL 35601
2255 HWY 20 WEST
TEAM ONE CONTRACT SERVICES, LLC

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.)

| a Control number | 1 Wages, tips, other compensation | 2 Federal income tax with |
|---|---|---|
| AFSAU | 5768.29 | 508. |

d Employee's SSN 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

| 3 Social security wages | 4 Social security tax with |
|---|---|
| 5768.29 | 357. |

b Employer ID number 20-0059104

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 5768.29 | 83. |

c Employer's name, address, and ZIP code

TEAM ONE CONTRACT SERVICES, LLC
2205 HWY 20 WEST
DECATUR AL 35601

e Employee's name, address, and ZIP code

DARRELL D HINSON
PO BOX 9951
MONTGOMERY AL 36108

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC paymen |
|---|---|---|
| 10 Dependant care benefits | 11 Nonqualified plans | |
| 12a | | 13 Stat. Emp.  Ret.plan  3rd-party |
| 12b | | 14 Other |
| 12c | | |
| 12d | AL  006      5788.29 | |

Page 1 of W-2

This area intentionally left blank

---

OMB No. 1545-0901

CORRECTED (if checked)

Mortgage Interest Statement

2006 FORM 1098

Copy B For Payer

RECIPIENT'S/LENDER'S name, address, and telephone number

Vanderbilt Mortgage and Finance Inc.
P.O. Box 9800
Maryville, TN 37802

RECIPIENT'S federal identification no.  620997810
PAYER'S social security number  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

1 Mortgage interest received from payer(s)/borrower(s)  $1133.39

2 Points paid on purchase of principal residence  $

PAYER'S/BORROWER'S name, street address (incl. apt. no.) city, state, and ZIP code

HINSON DARRELL
P.O. BOX 9951
MONTGOMERY AL 36108

3 Refund of overpaid interest  $ .00

4

Account number (see instructions)  890539  (keep for your records)

Department of the Treasury - Internal Revenue Service

Form 1098

**SCHEDULE A**
**(FORM 40)**

ALABAMA DEPARTMENT OF REVENUE
# Schedule A - Itemized Deductions     **2006**

**ATTACH TO FORM 40 - SEE INSTRUCTIONS FOR SCHEDULE A**

| Name(s) as shown on Form 40 | Your social security number |
|---|---|
| DARRELL D HINSON | 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 |

The itemized deductions you may claim for the year 2006 are similar to the itemized deductions claimed on your Federal return, however, the amounts may differ. Please see instructions before completing this schedule. **PART-YEAR RESIDENTS:** A resident of Alabama for only a part of the year should list below only those deductions actually paid while a resident of Alabama.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** (See page 19) | | **CAUTION:** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses | 1 | | 00 | |
| | 2 | Enter amount from Form 40, line 11 .... | 2 | | 00 | |
| | 3 | Multiply the amount on line 2 by 4% (.04). Enter the result | 3 | | 00 | |
| | 4 | Subtract line 3 from line 1. Enter the result. If zero or less, enter -0- | | | | 4 | 0 | 00 |
| **Taxes You Paid** (See page 20) | 5 | Real estate taxes | 5 | 686 | 00 | |
| | 6 | FICA Tax (Soc Sec and Medicare) and Federal Self-Employment Tax | 6 | 2,180 | 00 | |
| | 7 | Railroad Retirement (Tier 1 only). | 7 | | 00 | |
| | 8 | Other taxes. (List-include personal property taxes.) ▶ PERSONAL PROPERTY    40 | 8 | 40 | 00 | |
| | 9 | Add the amounts on lines 5 through 8. Enter the total here | | | | 9 | 2,906 | 00 |
| **Interest You Paid** (See page 20) **NOTE:** Personal interest is not deductible. | 10a | Home mortgage interest and points reported to you on Fed Form 1098. | 10a | 2,833 | 00 | |
| | b | Home mortgage interest not reported to you on Federal Form 1098. (If paid to an individual, show that person's name and address.) ▶ | 10b | | 00 | |
| | 11 | Points not reported to you on Form 1098. | 11 | | 00 | |
| | 12 | Investment interest. (Attach Form 4952A.) | 12 | | 00 | |
| | 13 | Add the amounts on lines 10a through 12. Enter the total here | | | | 13 | 2,833 | 00 |
| **Gifts to Charity** (See page 20) | | **CAUTION:** If you made a charitable contribution and received a benefit in return, see page 20. | | | | |
| | 14 | Contributions by cash or check | 14 | | 00 | |
| | 15 | Other than cash or check. (You **MUST** att Fed Fm 8283 if over $500.) | 15 | | 00 | |
| | 16 | Carryover from prior year | 16 | | 00 | |
| | 17 | Add the amounts on lines 14 through 16. Enter the total here | | | | 17 | 0 | 00 |
| **Casualty and Theft Loss** (Attach Fm 4684) | 18a | Enter the amount from Federal Form 4684, line 16 (See page 21) | 18a | | 00 | |
| | b | Enter 10% of your Adjusted Gross Income (Form 40, line 11) | 18b | | 00 | |
| | c | Subtract line 18b from line 18a. If zero or less, enter -0- | | | | 18c | 0 | 00 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page 21) | 19 | Unreimbursed employee expenses - job travel, union dues, job ed., etc. (You **MUST** attach Federal Form 2106 if required. See inst.) ▶ | 19 | | 00 | |
| | 20 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type & amount. ▶ | 20 | | 00 | |
| | 21 | Add the amounts on lines 19 and 20. Enter the total | 21 | | 00 | |
| | 22 | Multiply the amt on Form 40, line 11 by 2% (.02). Enter the result here. | 22 | | 00 | |
| | 23 | Subtract line 22 from line 21. Enter the result. If zero or less, enter -0- | | | | 23 | 0 | 00 |
| **Other Miscellaneous Deductions** | 24 | Other (from list on page 22 of instructions). List type and amount. ▶ | | | | 24 | | 00 |
| **Qualified Long-Term Care Ins. Premiums** | | **CAUTION:** Do not include medical premiums. | | | | |
| | 25 | Enter amount here | | | | 25 | | 00 |
| **Total Itemized Deductions** | 26 | Add the amounts on lines 4, 9, 13, 17, 18c, 23, 24, and 25. Enter the total here. Then enter on Form 40, page 1, line 12 | | | | 26 | 5,739 | 00 |

Schedule A (Form 40) 2006

AL29



| Client Name | Client SSN |
|---|---|
| DARRELL D HINSON | 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 |

# Peace of Mind® Extended Service Plan

The Peace of Mind® Extended Service Plan (the "Plan") offered by H&R Block ("Block") is available only at participating Block offices at the time your return is completed, but no later than October 31 of the year of the return due date. The Plan is separate from, and in addition to, Block's Standard Guarantee that pays penalty and interest resulting from an error in tax preparation.

The Plan is effective when paid for and signed by you and, cannot be transferred by you to others. Subject to the exceptions noted below, the Plan provides you with the following benefits with respect to the individual federal and any individual state or local returns prepared and paid for on the date of this agreement.

If your return is audited, Block will provide you with a qualified person (but not an attorney) to represent you before the tax authority should such tax authority question the accuracy of your return.

**If you owe additional taxes** as a result of an error in tax preparation and the error is discovered by you, your representative or a tax authority, during the period of 3 years from the filing deadlines for such returns, not including extensions, Block will pay you for such taxes up to a cumulative total of $5,000 for all such returns. Such 3 year limitation applies to your federal and state returns, including returns for those states in which the "open" period to review returns is greater than 3 years. In some cases, the correction of a specific error will involve changes on multiple returns, including State or Local tax returns, which may result in an overpayment on one return and a balance due on another. In such cases, the overpayment and balance due will be netted in determining the amount Block will pay for additional taxes owed as a result of correction of the error. Block assumes no responsibility for payment of additional taxes to a tax authority. You are responsible for providing payment of additional taxes to the tax authority.

**Before such payment, you must:**
(a) notify Block of any government notice regarding such taxes within 60 days from the date of such notice;
(b) promptly provide Block with copies of such notices and other documents relating to or substantiating such additional taxes;
(c) provide Block with reasonable notice of and allow Block to attend an audit with you or as your representative with Power of Attorney;
(d) allow Block at its sole discretion and expense, to challenge the determination that additional taxes and penalties and interest are owed; and
(e) provide Block with your receipt as proof of your purchase of the Plan.

You may be required to include such payment as income on your return in an amount that will be indicated on any Form 1099 you receive from Block. Block is not responsible for the payment of any taxes you may owe on such income.

The Plan applies only to filed and accepted original individual resident tax returns prepared by Block for the year of the return and for which the balance due has been paid. You represent to us that you have reviewed the items on your return and that items or issues on such returns have not been, or are not currently, under examination by tax authorities as of the date of purchase indicated on your receipt that specifies the total purchase price for the Plan and which is incorporated herein.

**The Plan does not apply to:**
(a) amended returns; 1040-NR;
(b) non-individual returns such as employment (including taxes assessed on Form 4137 for income other than allocated tips), corporate, state and local small business, occupation tax, partnership, trust, estate, and gift tax returns;
(c) any returns used to file for tax credits or rebates such as property tax, homestead or renters credits that are not filed in conjunction with a federal, state or local return;
(d) the calculation of estimated tax payment vouchers, additional taxes owed as a result of an erroneous refund of your estimated tax payments by the IRS or a State or Local taxing authority;
(e) any return for which, as of the date of such purchase, you have knowledge of additional taxes owed;
(f) any return for which you have received on or before the date of such purchase any notification from any tax authority of examination or audit;
(g) returns for which errors have been identified by Block prior to an assessment of additional taxes by tax authorities and can be corrected by Block within 30 days from Block's preparation of the return;
(h) any return relating to previous years;

DARRELL D HINSON                                          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

## Peace of Mind® Extended Service Plan

(i) additional taxes, penalties and interest that are assessed as the result of (i) incorrect, incomplete, false or misleading information that you have given to Block in connection with its preparation of a return; (ii) the government's inability to obtain from you sufficient records to support deductions, credits and other items on your return; (iii) your failure to timely pay the taxes as shown to be due on your return; and (iv) additional taxes assessed as the result of your desire to take a position on your return that challenges current IRS or judicial tax law guidelines or interpretation. In the event you receive a refund of any assessment that Block has paid you under the Plan, you must reimburse Block for the amount of such refund; and

(j) assessments of additional taxes that occur after 3 years from the filing deadline for the return, not including extensions.

### ARBITRATION IF A DISPUTE ARISES BETWEEN YOU AND H&R BLOCK

If a dispute arises between you and H&R Block, including any dispute that relates to POM, the dispute shall be settled by binding arbitration unless you opt-out of this arbitration provision. The arbitration procedures, including the procedures for you to opt-out of arbitration, are set forth in the Client Service Agreement between you and Block, in the section titled "Arbitration if a Dispute Arises Between You and H&R Block." The "Arbitration if a Dispute Arises Between You and H&R Block" section hereby is incorporated by reference.

Note: This arbitration provision will not apply to any claims relating to the Peace of Mind Extended Service Plan, the subject matter of which is currently being asserted in any certified class action lawsuit pending against H&R Block as of November 2, 2006.

DARRELL D HINSON                                                    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

# Peace Of Mind® Extended Service Plan

**Satisfaction**
If for any reason you are not satisfied with the terms of this Plan and want to rescind this Plan, you may obtain a full refund of the fee you paid for the Plan provided that within seven (7) days from the date of purchase you contact the district manager of the H&R Block office where your tax return was prepared and provide at that office the receipt for such payment.

**Claim Process - Frequently Asked Questions:**

**I received an inquiry from a tax authority. How do I file a claim?**
Take your tax authority notice and any related documents to your local H&R Block office. Your local H&R Block office will file a claim with the Peace of Mind Claims Department. The claim will be reviewed and processed. If the claim is approved, you will receive a check. If the claim is not approved, you will receive a letter explaining the reason for the denial.

**How long will it take to process my claim?**
It usually takes 4 - 6 weeks to reach a claim determination.

**What else do I need to know?**
Federal law states that if your tax liability is paid by someone else, the amount of that payment becomes taxable income to you. Therefore, you will need to include your Peace of Mind payment on your tax return next year. If the payment is $600 or more you will receive form 1099- MISC from H&R Block next year.

**What about penalty and interest payments?**
Payment of any penalty and interest assessed on the additional tax due may be processed separately under the conditions of H&R Block's Standard Guarantee and paid by your local office.

**Who do I contact if I have more questions?**
You should contact the H&R Block office where your claim was originally filed.

You can also speak to a client service representative by calling 1- 800- HRBLOCK.

You can find additional information on our web site: www.hrblock.com/goto/peaceofmind.

**What if my claim is denied?**
You may dispute the denial by calling 1- 800- HRBlock, or by submitting an email via hrblock.com, and clicking on customer support and requesting a second review. Your claim will usually be reviewed within 2 - 5 days. You will receive the final determination in writing. For New Hampshire Residents: In the event you do not receive satisfaction under this contract, you may contact the New Hampshire Insurance Department, Consumer Division, which provides oversight for consumer guaranty contracts, at 21 South Fruit Street, Suite 14, Concord NH 03301 or 603- 271- 2261.

My/our signature(s) below confirms that I/we understand and voluntarily agree to the terms, conditions and disclosures presented in this Agreement, including the requirement that any dispute between me/us and H&R Block be settled through binding arbitration.

Client's Name(s): DARRELL D HINSON _____

Extended Service Plan Accepted. _____     Extended Service Plan Declined.  __X__

Client's Signature: ___**Signature on file**_____  Date: _____

Spouse Signature: ___**Signature on file**_____  Date: _____

Tax Professional Signature: _____  Date: _____

# INFORMATION, IDENTIFICATION AND INSTRUCTIONS IN CONNECTION WITH APPLICATION FOR A REFUND ANTICIPATION LOAN AND A REFUND DEPOSIT ACCOUNT

System Protected by U.S. Patent Nos. 4,890,228, 5,193,057, and 5,963,921

## 1. INFORMATION

Name of Applicant or Joint Filer
**DARRELL D HINSON**
First                    M.I.                    Last

**3989 MASON, HOPE HULL, AL 36048**
Home Address

**P O BOX 99, MONTGOMERY, AL 36108**
Mailing Address

Social Security/Taxpayer Identification # **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**

Date of Birth **10/25/1972**

Home Phone # **(334) 294-5389** (Required)

Work Phone # **(334) 269-5741** (Required, if employed)

Residence: [X] Own  [ ] Rent  [ ] Other

Checking Account: [X] Yes  [ ] No

Savings Account: [ ] Yes  [X] No

Name of Joint Applicant or Joint Filer
First                    M.I.                    Last

Home Address

Mailing Address

Social Security/Taxpayer Identification # _____

Date of Birth _____

Home Phone # _____ (Required, if different)

Work Phone # _____ (Required, if employed)

Residence: [ ] Own  [ ] Rent  [ ] Other

Checking Account: [ ] Yes  [ ] No

Savings Account: [ ] Yes  [ ] No

## 2. IDENTIFICATION

The following unexpired identification ("ID") has been provided:

**For photo ID of Applicant or Joint Filer:**

Type of ID **DRIVERS LICENSE**

ID Number, if any **5721461**

Place of Issuance **AL**

Date of Issuance, if any **02/21/2006**    Expiration Date, if any **02/18/2010**

Additional Information _____

**For photo ID of Joint Applicant or Joint Filer:**

Type of ID _____

ID Number, if any _____

Place of Issuance _____

Date of Issuance, if any _____    Expiration Date, if any _____

Additional Information _____

**For second ID of Applicant or Joint Filer, if required:**

Type of ID _____

ID Number, if any _____

Place of Issuance _____

Date of Issuance, if any _____    Expiration Date, if any _____

Additional Information _____

**For second ID of Joint Applicant or Joint Filer, if required:**

Type of ID _____

ID Number, if any _____

Place of Issuance _____

Date of Issuance, if any _____    Expiration Date, if any _____

Additional Information _____

## 3. PAYMENT INSTRUCTIONS

A.  For an Instant RAL, please provide the loan proceeds by check, unless the box below is completed, in which case the loan proceeds should be provided via direct deposit into my [ ] H&R Block Card account. The account number into which I authorize my loan proceeds to be directed is

_____

The routing transit number (RTN) of the financial institution that provides this account, which is required to complete the direct deposit of my loan proceeds, is _____.

B.  For a Classic RAL, please provide my loan proceeds by check, unless the boxes below are completed, in which case the loan proceeds should be provided via direct deposit into my [ ] H&R Block Card account. The account number into which I authorize my loan proceeds to be directed is

_____

The routing transit number (RTN) of the financial institution that provides this account, which is required to complete the direct deposit of my loan proceeds, is _____.

C.  If the tax refund is greater than the amount of the RAL, please provide my proceeds of the excess refund by the same method chosen in subsection B, unless the boxes below are completed, in which case the proceeds should be provided by direct deposit into the following account: [ ] H&R Block Easy IRA  [ ] H&R Block Financial Advisors account  [ ] H&R Block Easy Savings account.

D.  Notwithstanding any request above to receive proceeds by direct deposit, if the application for a RAL is approved (1) in an amount smaller than the amount specified in the Total of Payments section in the Loan Agreement and Disclosure Statement, or (2) with an itemization different than the itemization of Amount Financed set forth in the Loan Agreement and Disclosure Statement, the RAL and any excess refund will be provided by check.

By signing below I confirm that the information set forth herein is true and correct. If I sign below as an Applicant or a Joint Applicant, I am indicating that I fully understand that I am applying for a loan. If I sign below as a Joint Filer I am indicating that I will not be personally responsible for any loan provided to the Applicant but that I agree that the Applicant may rely on our joint tax refund in applying for a loan.

**Signature on file** _____

Applicant Signature                    Date

Joint Applicant or Joint Filer Signature (if any)                    Date

**Signature on file** _____

**Signature on file** _____

Witness

Toll-Free Customer Service Number 1-888-832-5625

DARRELL D HINSON                                                                                    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

## LOAN AGREEMENT AND DISCLOSURE STATEMENT

In this Loan Agreement and Disclosure Statement ("Agreement"), "RAL" means a Refund Anticipation Loan, "Refund Account" means a Refund Deposit Account, "I", "me" and "my" means each person who has applied to HSBC for a RAL. "H&R Block" means each of H&R Block Services, Inc., and each of its parents, affiliates and subsidiaries (and franchisees thereof).

The following Truth in Lending Act ("TILA") disclosures are based on a RAL in the amount specified in item 9 of the Itemization of Amount Financed. I will receive a replacement TILA Disclosure Statement, including an Itemization of Amount Financed, if I am approved for a RAL in a different amount, if a prior debt to be paid is not set forth or is different than the amount set forth, or if any of the items are incorrectly stated. I may receive a duplicate copy if the RAL is disbursed to me by check.

### Truth in Lending Act Disclosure Statement

| | | |
|---|---|---|
| 1. | Amount Financed (the amount of credit provided to me or on my behalf) | $ 1,094.30 (e) |
| 2. | FINANCE CHARGE (the dollar amount the credit will cost me) | $ 50.70 (e) |
| 3. | Total of Payments (the amount I will have paid after I have made all payments as scheduled) | $ 1,145.00 (e) |
| 4. | ANNUAL PERCENTAGE RATE (the cost of my credit as a yearly rate) | 140.923% (e) |

"e" = estimate                                                                              If line is left blank, amount is "0"

**Creditor:** My creditor is (a) HSBC Bank USA, National Association, if the office in which this Agreement was obtained is located in California, Delaware, Washington, D.C., Florida, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, or Washington, or (b) HSBC Trust Company (Delaware), National Association, if the office in which this Agreement was obtained is located in any other location (the applicable entity shall hereinafter be referred to as "HSBC").

**Demand Feature:** My loan will be repayable on demand or when the anticipated tax refund is electronically deposited in my Refund Account, whichever is earlier.

**Payment Schedule:** HSBC estimates that the Total of Payments set forth above will be due in a single payment approximately 12 days from the date of this Agreement.

**Security Interest:** I am providing HSBC with a security interest in my tax refund payment by the IRS, in all funds deposited in the Refund Account, and in that Refund Account.

**Prepayment:** If I pay off early, I will not be entitled to a refund of part or all of the Finance Charge.

**Contract Reference:** Refer to the Application and the accompanying Loan Agreement for additional information about nonpayment, default, any right to accelerate the maturity of the obligation, and any prepayment rebates or penalties.

**Required Deposit:** The Annual Percentage Rate does not take into account my required deposit.

| Itemization of Amount Financed | | |
|---|---|---|
| 1. Amount paid directly to me | $ | 908.35 (e) |
| 2. Amount paid for my Refund Account Fee to HSBC | $ | 29.95 |
| 3. Amount paid for tax preparation to H&R Block | $ | 156.00 |
| 4. Amount paid for prior year items owed to H&R Block | $ | 0.00 |
| 5. Amount paid for Express Filer Fee to H&R Block | $ | 0.00 |
| 6. Amount paid for Peace of Mind to H&R Block | $ | 0.00 |
| 7. Amount Financed (Items 1+2+3+4+5+6) | $ | 1,094.30 (e) |
| 8. Prepaid FINANCE CHARGE (RAL Fee to HSBC) | $ | 50.70 (e) |
| 9. Total RAL (Items 7+8) | $ | 1,145.00 (e) |

"e" = estimate                                                                              If line is left blank, amount is "0"

## Loan Agreement

**1. Obligation on RAL.**
(a) I am obligated, on the date I sign this Agreement, to accept a RAL if HSBC approves my Application, unless HSBC approves me for a RAL in an amount different than the amount set forth in the Total of Payments section in the TILA Disclosure Statement, if a prior debt to be paid is not set forth or is different than the amount set forth in the Itemization of Amount Financed, or if any of the items in the TILA Disclosure Statement or Itemization of Amount Financed are incorrectly stated. In such a case, I will be provided with a replacement TILA Disclosure Statement and I will be obligated to accept the RAL if I accept the RAL proceeds check. My loan will begin, and HSBC will earn the finance charge, when I am approved for the RAL and the proceeds check or debit card is made available.

(b) I may cancel my RAL transaction, or my obligation to accept a RAL, for up to 48 hours after I become obligated to accept the RAL. To do so, I must return to HSBC or the office where I received my RAL proceeds any check I have received (or cash in the amount of the RAL if I have cashed the check) or, if I received a debit card, cash in the amount of the RAL proceeds deposited onto the debit card, and comply with other requirements set by HSBC. I understand that, if I use my right to cancel, my finance charge and Refund Account Fee will be refunded to me and HSBC will provide me with any tax refund only after HSBC receives the refund from the IRS.

**2. Security Interest.** If I receive a RAL, I grant HSBC a security interest in the property described in the TILA Disclosure Statement as collateral for my obligations to repay the RAL and perform my other obligations under the Application and this Agreement.

**3. Deductions.** My Prepaid Finance Charge, Refund Account Fee, fees for the completion and system administration of my income tax return by H&R Block, and prior year debt owed to H&R Block shall be deducted from the proceeds of my RAL.

**4. Other Charges.** (a) I agree to pay a returned check charge of $19 if any check or automatic debit is not honored. (b) I agree to pay a periodic interest charge for each monthly period that the loan remains unpaid beginning on a date that is at least 30 days after payment of my loan is demanded, on or around the same date of each succeeding month (or if there is no such date, the last date of the month). The charge will be equal to a default periodic interest rate of 1.5% multiplied by the principal balance outstanding on the RAL on each date that the charge is imposed. (c) In the event that I pay my account by telephone, I agree to pay a $10 fee for each such payment. HSBC reserves the right to change such fee from time to time. I may call Customer Service for a current fee schedule. (d) I also agree to pay any attorney's fees and collection agency costs incurred by HSBC or its affiliates to collect any delinquent RAL as permitted by law.

**5. Instant RAL.** If I receive an Instant RAL, and if the electronic filing of my return is rejected by the Internal Revenue Service ("IRS"), I authorize H&R Block to insert my Refund Account number at HSBC, together with HSBC's routing transit number, on my signed paper returns, and mail them to the IRS.

**6. Application of Payments.** Each payment I make on the RAL will be applied in any order determined by HSBC.

**7. Debit Card.** If I receive my RAL proceeds on a debit card, I may request from H&R Block Bank, the debit card issuer, a disbursement of all or a portion of such proceeds via a check mailed to me or ACH transfer to my bank account one time at no cost. This one time request should be made to H&R Block Bank by calling 1-866-353-1266.

BY SIGNING BELOW, I AGREE TO THE TERMS OF THIS LOAN AGREEMENT, AND TO THE APPLICATION, WHICH INCLUDES AN ARBITRATION CLAUSE WHICH MAY SUBSTANTIALLY LIMIT MY RIGHTS IN THE EVENT OF A DISPUTE. I ALSO ACKNOWLEDGE RECEIVING A COMPLETED COPY OF THIS LOAN AGREEMENT AND DISCLOSURE STATEMENT.

> CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS CONTRACT BEFORE YOU SIGN IT.
> NOTICE TO CUSTOMER
> (a) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES.
> (b) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
> (c) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

Signature on file                                              Signature on file

DARRELL D HINSON                                                        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

## LOAN AGREEMENT AND DISCLOSURE STATEMENT

In this Loan Agreement and Disclosure Statement ("Agreement"), "RAL" means a Refund Anticipation Loan, "Refund Account" means a Refund Deposit Account, "I", "me" and "my" means each person who has applied to HSBC for a RAL. "H&R Block" means each of H&R Block Services, Inc., and each of its parents, affiliates and subsidiaries (and franchises thereof).

The following Truth in Lending Act ("TILA") disclosures are based on a RAL in the amount specified in item 9 of the Itemization of Amount Financed. I will receive a replacement TILA Disclosure Statement, including an Itemization of Amount Financed, if I am approved for a RAL in a different amount, if a prior debt to be paid is not set forth or is different than the amount set forth, or if any of the items are incorrectly stated. I may receive a duplicate copy if the RAL is disbursed to me by check.

### Truth in Lending Act Disclosure Statement

| | | |
|---|---|---|
| 1. Amount Financed (the amount of credit provided to me or on my behalf) .................................. | $ | 1,679.37 (e) |
| 2. FINANCE CHARGE (the dollar amount the credit will cost me) .................................. | $ | 38.63 (e) |
| 3. Total of Payments (the amount I will have paid after I have made all payments as scheduled) ......... | $ | 1,718.00 (e) |
| 4. ANNUAL PERCENTAGE RATE (the cost of my credit as a yearly rate) .................................. | 76.327% (e) |

"e" = estimate                                                      If line is left blank, amount is "0"

Creditor: My creditor is (a) HSBC Bank USA, National Association, if the office in which this Agreement was obtained is located in California, Delaware, Washington, D.C., Florida, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, or Washington, or (b) HSBC Trust Company (Delaware), National Association, if the office in which this Agreement was obtained is located in any other location (the applicable entity shall hereinafter be referred to as "HSBC").
Demand Feature: My loan will be repayable on demand or when the anticipated tax refund is electronically deposited in my Refund Account, whichever is earlier.
Payment Schedule: HSBC estimates that the Total of Payments set forth above will be due in a single payment approximately 12 days from the date of this Agreement.
Security Interest: I am providing HSBC with a security interest in my tax refund payment by the IRS, in all funds deposited in the Refund Account, and in that Refund Account.
Prepayment: If I pay off early, I will not be entitled to a refund of part or all of the Finance Charge.
Contract Reference: Refer to the Application and the accompanying Loan Agreement for additional information about nonpayment, default, any right to accelerate the maturity of the obligation, and any prepayment rebates or penalties.
Required Deposit: The Annual Percentage Rate does not take into account my required deposit.

| Itemization of Amount Financed | | |
|---|---|---|
| 1. Amount paid directly to me .................................. | $ | 1,679.37 (e) |
| 2. Amount paid for my Refund Account Fee to HSBC .................................. | $ | N/A |
| 3. Amount paid for tax preparation to H&R Block .................................. | $ | N/A |
| 4. Amount paid for prior year items owed to H&R Block .................................. | $ | N/A |
| 5. Amount paid for Express Filer Fee to H&R Block .................................. | $ | N/A |
| 6. Amount paid for Peace of Mind to H&R Block .................................. | $ | N/A |
| 7. Amount Financed (Items 1+2+3+4+5+6) .................................. | $ | 1,679.37 (e) |
| 8. Prepaid FINANCE CHARGE (RAL Fee to HSBC) .................................. | $ | 38.63 (e) |
| 9. Total RAL (Items 7+8) .................................. | $ | 1,718.00 (e) |

"e" = estimate                                                      If line is left blank, amount is "0"

### Loan Agreement

1. Obligation on RAL.
(a) I am obligated , on the date I sign this Agreement, to accept a RAL if HSBC approves my Application, unless HSBC approves me for a RAL in an amount different than the amount set forth in the Total of Payments section in the TILA Disclosure Statement, if a prior debt is not set forth or is different than the amount set forth in the Itemization of Amount Financed, or if any of the items in the TILA Disclosure Statement or Itemization of Amount Financed are incorrectly stated . In such a case, I will be provided with a replacement RAL Disclosure Statement and I will be obligated to accept the RAL if I accept the RAL proceeds check. My loan will begin, and HSBC will earn the finance charge, when I am approved for the RAL and the proceeds check or debit card is made available.
(b) I may cancel my RAL transaction, or my obligation to accept a RAL, for up to 48 hours after I become obligated to accept the RAL. To do so, I must return to HSBC or the office where I received my RAL proceeds any check I have received (or cash in the amount of the RAL if I have cashed the check) or, if I received a debit card, cash in the amount of the RAL proceeds deposited onto the debit card, and comply with other requirements set by HSBC. I understand that, if I use my right to cancel, my finance charge and Refund Account Fee will be refunded to me and HSBC will provide me with my tax refund only after HSBC receives the refund from the IRS.
2. Security Interest. If I receive a RAL, I grant HSBC a security interest in the property described in the TILA Disclosure Statement as collateral for my obligations to repay the RAL and perform my other obligations under the Application and this Agreement.
3. Deductions. My Prepaid Finance Charge, Refund Account Fee, fees for the completion and system administration of my income tax return by H&R Block, and prior year debt owed to H&R Block shall be deducted from the proceeds of my RAL.
4. Other Charges. (a) I agree to pay a returned check charge of $19 if any check or automatic check isn't honored. (b) I agree to pay a periodic interest charge for each monthly period that the loan remains unpaid beginning on a date that is at least 30 days after payment of my loan is demanded, on or around the same date of each succeeding month (or if there is no such date, the last date of the month). The charge will be equal to a default periodic interest rate of 1.5% multiplied by the principal balance outstanding on the RAL on each date that the charge is imposed. (c) In the event that I pay my account by telephone, I agree to pay a $10 fee for each such payment. HSBC reserves the right to change such fee from time to time. I may call Customer Service for a current fee schedule. (d) I also agree to pay any attorney's fees and collection agency costs incurred by HSBC or its affiliates to collect any delinquent RAL as permitted by law.
5. Instant RAL. If I receive an Instant RAL, and the electronic filing of my return is rejected by the Internal Revenue Service ("IRS"), I authorize H&R Block to insert my Refund Account number at HSBC, together with HSBC's routing transit number, on my signed paper returns, and mail them to the IRS.
6. Application of Payments. Each payment I make on the RAL will be applied in any order determined by HSBC.
7. Debit Card. If I receive my RAL proceeds on a debit card, I may request from H&R Block Bank, the debit card issuer, a disbursement of all or a portion of such proceeds via a check mailed to me or ACH transfer to my bank account one time at no cost. This one time request should be made to H&R Block Bank by calling 1-866-353-1266.

BY SIGNING BELOW, I AGREE TO THE TERMS OF THIS LOAN AGREEMENT, AND TO THE APPLICATION, WHICH INCLUDES AN ARBITRATION CLAUSE WHICH MAY SUBSTANTIALLY LIMIT MY RIGHTS IN THE EVENT OF A DISPUTE. I ALSO ACKNOWLEDGE RECEIVING A COMPLETED COPY OF THIS LOAN AGREEMENT AND DISCLOSURE STATEMENT.

CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS CONTRACT BEFORE YOU SIGN IT.
NOTICE TO CUSTOMER
(a) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES.
(b) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(c) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

Signature on file                              Signature on file

# Child Tax Credit Worksheet - 2006

Name(s) DARRELL D HINSON                                         SSN 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

| | | |
|---|---|---|
| 1. Number of qualifying children: ___1___ x $1,000. Enter the result. | 1 | 1,000 |
| 2. Enter the amount from Form 1040, line 38, Form 1040A, line 22, or Form 1040NR, line 36. | 2 | 25,011 |
| 3. **1040 filers :** Enter the total of any - | | |
| • Exclusion of income from Puerto Rico, and | | |
| • Amounts from Form 2555, lines 45 and 50; Form 2555-EZ, line 18; and Form 4563, line 15. | | |
| 1040A and 1040NR filers: Enter -0-. | 3 | 0 |
| 4. Add lines 2 and 3. Enter the total. | 4 | 25,011 |
| 5. Enter the amount shown below for the taxpayer's filing status. | | |
| • Married filing jointly - $110,000 | | |
| • Single, head of household, or qualifying widow(er) - $75,000 | | |
| • Married filing separately - $55,000 | 5 | 75,000 |
| 6. Is the amount on line 4 more than the amount on line 5? | | |
| [X] **No.** Leave line 6 blank. Enter -0- on line 7. | | |
| [ ] **Yes.** Subtract line 5 from line 4 | | |
| If the result is not a multiple of $1,000, increase it to the next multiple of $1,000. For example, increase $425 to $1,000, increase $1,025 to $2,000, etc. | 6 | |
| 7. Multiply the amount on line 6 by 5% (.05). Enter the result. | 7 | 0 |
| 8. Is the amount on line 1 more than the amount on line 7? | | |
| [ ] **No.** STOP You cannot take the child tax credit on Form 1040, line 53, Form 1040A, line 33, or Form 1040NR, line 48. You also cannot take the additional child tax credit on Form 1040, line 68 or Form 1040A, line 41, or Form 1040NR, line 62. Complete the rest of your Form 1040, 1040A, or Form 1040NR. | | |
| [X] **Yes.** Subtract line 7 from line 1. Enter the result. Go to line 9. | 8 | 1,000 |
| 9. Enter the amount from Form 1040, line 46, Form 1040A, line 28, or Form 1040NR, line 43. | 9 | 1,094 |
| 10. Add the amounts from - | | |

|  Form 1040:  | or | Form 1040A: | or | Form 1040NR: | |
|---|---|---|---|---|---|
| Line 47 | | | | Line 44 | |
| Line 48 | | Line 29 | | Line 45 | |
| Line 49 | | Line 30 | | | |
| Line 50 | | Line 31 | | | |
| Line 51 | | Line 32 | | Line 46 | |
| Line 52* | | | | Line 47* | + |
| *Include only the amount from Form 5695, line 12. | | | | | |

| | | |
|---|---|---|
| Enter the total. | 10 | 0 |
| 11. Are you claiming any of the following credits? | | |
| • Residential energy efficient property credit, Form 5695. | | |
| • Adoption credit, Form 8839 | | |
| • Mortgage interest credit, Form 8396 | | |
| • District of Columbia first-time homebuyer credit, Form 8859 | | |
| [X] **No.** Enter the amount from line 10. | | |
| [ ] **Yes.** Complete the Line 11 worksheet to figure the amount to enter here. | 11 | 0 |
| 12. Subtract line 11 from line 9. Enter the result. | 12 | 1,094 |
| 13. Is the amount on line 8 of this worksheet more than the amount on line 12? | | |
| [X] **No.** Enter the amount from line 8. } **This is your** | | |
| [ ] **Yes.** Enter the amount from line 12. } **child tax credit.** | 13 | 1,000 |
| See the **NOTE** below. | | Enter this amount on Form 1040, line 53, Form 1040A, line 33, or Form 1040NR, line 48. |

Note: You may be able to take the additional child tax credit on Form 1040, line 68, Form 1040A, line 41, or Form 1040NR, line 62 only if you answered "Yes" on line 13.
• First, complete Form 1040 through line 67, Form 1040A through line 40a, or Form 1040NR through line 61.
• Then, use Form 8812 to figure any additional child tax credit.

WS CTC (2006)                                                FDCTO 1V1.0

Page: 1

# DEPRECIATION WORKSHEET - ALL METHODS

Name(s) DARRELL D HINSON

Business or Activity: SCH F DARRELL D HINSON CATTLE

SSN/EIN 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

Subform: 4562

- If the business-use percentage of an asset is expected to change from year to year, use a separate worksheet for that asset.
- In states where depreciation is computed different than federal, use a separate worksheet for state depreciation.
- When more than eight assets are being depreciated, use as many worksheets as necessary.

## DEPRECIATION

| ASSET NO. | Asset Description/Location | T/L/E Manner/ Date Acquired (Purchased, gift, Inherited, etc.) | Date Placed in Service, if different | System (MACRS, ACRS, etc.) & Class/Life | A. Cost or Other Basis | B. Land/ Salvage or other adj.* | C. Qualified Basis (A-B) | D. Business Use % | E. Business Basis (CxD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CATTLE | P U 12/10/2002 12/10/2002 MACRS 3 | | | 1858 | | 1858 | 100 | 1858 |
| 2 | CATTLE | P I 03/01/2002 03/01/2002 MACRS 3 | | | 9100 | | 9100 | 100 | 9100 |
| 3 | CATCH PEN | P N 02/01/2002 02/01/2002 MACRS 3 | | | 2800 | | 2800 | 100 | 2800 |
| 4 | CATTLE TRAILER | P U 02/10/2001 02/10/2001 MACRS 3 | | | 1600 | | 1600 | 100 | 1600 |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |

* Enter basis adjustment for clean-fuel vehicle deduction or electric vehicle credit in column B.

- In the section below, use the top row for each asset to compute depreciation for regular tax purposes, and the shaded row below it to compute depreciation for AMT purposes.
- In column O, enter the tax year at the top and the asset's recovery year below (1st, 2nd, etc.). Enter the percentage from the appropriate table.
- To continue depreciation after the third year, and for use additional copies of this worksheet as many worksheets. Enter in Column N any depreciation claimed on prior years' worksheets.

| F. Sec. 179 Deduction (E-F)** | G. Special*** Depreciation Allowance, if any (col. G x 30% or 50%) | H. Depreciable Amount (G-H) | J. Recovery Period | K. Method and Convention | L. Prior Depreciation Claimed | M. Date of Disposition | N. Depreciation Computation |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Year: 2006 | | | Year: | | | Year: | | |
| | | | | | | | Rec. Year | % | Depr. (Ix%) | Rec. Year | % | Depr. (Ix%) | Rec. Year | % | Depr. (Ix%) |
| 1 | 1858 | 1858 | 1858 | 3 | 150DB HY | 1858 | | 5 | 0.0 | | | | | | |
| AMT | 1858 | | 1858 | 3 | HY | 1858* | | 5 | 0.0 | | | | | | |
| 2 | 9100 | 9100 | 9100 | 3 | 150DB HY | 9100 | | 5 | 0.0 | | | | | | |
| AMT | 9100 | | 9100 | 3 | HY | 9100 | | 5 | 0.0 | | | | | | |
| 3 | 2800 | 840 | 1960 | 3 | 150DB HY | 1960 | | 5 | 0.0 | | | | | | |
| AMT | | | | | | | | 5 | 0.0 | | | | | | |
| 4 | 1600 | 1600 | 1600 | 3 | 150DB HY | 1600 | | 6 | 0.0 | | | | | | |
| AMT | 1600 | | 1600 | 3 | HY | 1600 | | 6 | 0.0 | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| AMT | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| AMT | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| AMT | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| AMT | | | | | | | | | | | | | | | |

** Reduce the result by any investment credit basis adjustment before entering the figure in column G.
*** For qualified assets placed in service after September 10, 2001, and before January 1, 2005.

* System calculated prior depreciation

Rev. 10/05

WS Deprec (2006)
Form Software Copyright 1996 - 2007 H&R Block Tax Services, Inc.

FDWS38-1V 1.2

Name DARRELL D HINSON

SSN 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

## Worksheet B. - Earned Income Credit (EIC) - Line 63

### PART 1  Self-Employed and People With Church Employee Income Filing Schedule SE

| | | |
|---|---|---|
| 1a. | Enter the amount from Schedule SE, Section A, line 3, or Section B, line 3, whichever applies | 1a. _____ |
| b. | Enter any amount from Schedule SE, Section B, line 4b, and line 5a | b. _____ |
| c. | Combine lines 1a and 1b | c. _____ |
| d. | Enter the amount from Schedule SE, Section A, line 6, or Section B, line 13, whichever applies | d. _____ |
| e. | Subtract line 1d from 1c | e. _____ |

### PART 2  Self-Employed NOT Filing Schedule SE

| | | |
|---|---|---|
| 2a. | Enter any net farm profit (or loss) from Schedule F, line 36, and from farm partnerships, Schedule K-1 (Form 1065), box 14, code A. | 2a. (1,468) |
| b. | Enter any net profit (or loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9 | b. _____ |
| c. | Combine lines 2a and 2b | c. (1,468) |

### PART 3  Statutory Employees Filing Schedule C or C-EZ

| | | |
|---|---|---|
| 3. | Enter the amount from Schedule C, line 1, or Schedule C-EZ, line 1, that you are filing as a statutory employee | 3. _____ |

### PART 4  All Filers Using EIC Worksheet B

| | | |
|---|---|---|
| 4a. | Enter earned income from Worksheet 2, line 4 | 4a. 26,100 |
| b. | Combine lines 1e, 2c, 3, and 4a. **This is the total earned income** | b. 24,632 |
| 5. | If the taxpayer has: | |

- 2 or more qualifying children, is line 4b less than $36,348 ($38,348 if married filing jointly)?
- 1 qualifying child, is line 4b less than $32,001 ($34,001 if married filing jointly)?
- No qualifying children, is line 4b less than $12,120 ($14,120 if married filing jointly)?

[X] **Yes.** Enter the amount from line 4b on line 6.     [ ] **No. STOP.** You cannot take the credit.

### PART 5  All Filers Using Worksheet B

| | | |
|---|---|---|
| 6. | Enter the total earned income from Part 4, line 4b, of this worksheet | 6. 24,632 |
| 7. | Look up the amount on line 6 above in the EIC Table in the Appendix to find the credit. Enter the credit here. If line 7 is zero, STOP. You cannot take the credit. | 7. 1,179 |
| 8. | Enter the amount from Form 1040, line 38 | 8. 25,011 |
| 9. | Are the amounts on lines 8 and 6 the same? | |

[ ] **Yes.** Skip line 10; enter the amount from line 7 on line 11.     [X] **No.** Go to line 10.

### PART 6  Filers Who Answered "No" on Line 9

10. If the taxpayer has:

- No qualifying children, is the amount on line 8 less than $6,750 ($8,750 if married filing jointly)?
- 1 or more qualifying children, is the amount on line 8 less than $14,850 ($16,850 if married filing jointly)?

[ ] **Yes.**  Leave line 10 blank; enter the amount from line 7 on line 11.

[X] **No.**  Look up the amount on line 8 in the EIC Table in the Appendix to find the credit. Enter the credit here     10. 1,115

Look at the amounts on lines 10 and 7. Then, enter the **smaller** amount on line 11.

### PART 7  Earned Income Credit

| | | |
|---|---|---|
| 11. | This is the earned income credit | 11. 1,115 |

Enter this amount on Form 1040, line 66a.

**Reminder -**

If the taxpayer has a qualifying child, complete and attach Schedule EIC.

⚠ CAUTION   If the EIC for a year after 1996 was reduced or disallowed, see Chapter 5 to find out if the taxpayer must file Form 8862 to take the credit for 2005.

Name DARRELL D HINSON                                                SSN 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

## Worksheet 1. Investment Income If You Are Filing Form 1040

### Interest and Dividends

1. Enter any amount from Form 1040, line 8a . . . . . . . . . . . . . . . . . . . 1. _____0

2. Enter any amount from Form 1040, line 8b, plus any amount on Form 8814, line 1b . . . 2. _____0

3. Enter any amount from Form 1040, line 9a . . . . . . . . . . . . . . . . . . . 3. _____0

4. Enter the amount from Form 1040, line 21, that is from 8814 if you are filing that form to report your child's interest and dividend income on your return (See instructions for line 4 if your child received an Alaska Permanent Fund dividend.) . 4. _____0

### Capital Gain Net Income

5. Enter the amount from Form 1040, line 13. If the amount on that line is a loss, enter zero . . . . 5. _____0

6. Enter any gain from Form 4797, Sales of Business Property, line 7. If the amount on that line is a loss, enter zero . (But, if lines 8 and 9 of Form 4797 are completed, enter the amount from line 9 instead.) 6. _____0

7. Subtract line 6 of this worksheet from line 5 of this worksheet. (If the result is less than zero, enter zero.) . . . . 7. _____0

### Royalties and Rental Income from Personal Property

8. Enter any royalty income from Schedule E, line 4, plus any income from the rental of personal property shown on Form 1040, line 21 . . . . . . . . . . . . . . . 8. _____0

9. Enter any expenses from Schedule E, line 21, related to royalty income, plus any expenses from the rental of personal property deducted on Form 1040, line 36 . . . . . . 9. _____0

10. Subtract the amount on line 9 of this worksheet from the amount on line 8. (If the result is less than zero, enter zero.) . 10. _____0

### Passive Activities

11. Enter the total of any net income from passive activities (included on Schedule E, lines 26, 29a (col. (g)), 34a (col. (d)), and 40) . . . . . . . . . . . . . . . 11. _____0

12. Enter the total of any losses from passive activities (included on Schedule E, lines 26, 29b (col. (f)), 34b (col. (c)), and 40) . . . . . . . . . . . . . . . 12. _____0

13. Combine the amounts on lines 11 and 12 of this worksheet. (If the result is less than zero, enter zero.) . . . 13. _____0

14. Add the amounts on lines 1, 2, 3, 4, 7, 10, and 13. Enter the total. **This is your Investment Income** . . . 14. _____0

15. Is the amount on line 14 more than $2,800?

☐ **Yes.** You cannot take the credit;

☒ **No.** Go to Question 5 in Step 2 of the Form 1040 instructions to find out if the credit can be taken (unless using this publication to find out if the taxpayer can take the credit; in that case, go to Rule 7)

## Worksheet 2. Earned Income

1. Enter amount from Form 1040, line 7* . . . . . . . . . . . . . . . . . . . 1. _____26,100

2. Subtract, if included on line 7, any:
   - Taxable scholarship or fellowship grant not reported on a Form W-2.
   - Amount paid to an inmate in a penal institution for work (put "PRI" and the amount subtracted on the dotted line next to line 7 of Form 1040).
   - Amount received as a pension or annuity from a non qualified deferred compensation plan or a nongovernmental section 457 plan (put "DFC" and the amount subtracted on the dotted line next to line 7 of Form 1040). This amount may be shown in box 11 of the Form W-2. If taxpayer received such an amount but box 11 is blank, contact the employer for the amount received as a pension or annuity. . . . . . . . . . . 2. _____0

3. Add all of your nontaxable combat pay (and your spouse's if filing jointly) if you elect to include it in earned income.* * Also enter this amount on Form 1040, line 66b. See Combat pay, Nontaxable on this page. . . . . . 3. _____

4. EARNED INCOME . . . . . . . . . . . . . . . . . . . . . . . . . . . 4. _____26,100

* **Church Employees.** Determine how much of the amount on Form 1040, line 7, was also reported on Schedule SE, line 5a. Subtract that amount from the amount on Form 1040, line 7, and enter the result on line 1.

* * The election cannot be made on the return of a taxpayer whose tax year ended before October 5, 2005, due to his or her death.

**Clergy.** The following instructions apply to ministers, members of religious orders who have not taken a vow of poverty, and Christian Science practitioners. If you are filing Schedule SE and the amount on line 2 of that schedule includes an amount that was also reported on Form 1040, line 7:

1. Determine how much of the amount on Form 1040, line 7, was also reported on Schedule SE, line 2.

2. Subtract that amount from the amount on Form 1040, line 7. Enter the result on line 1.

MONTGOMERY, AL 36101

| | |
|---|---|
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2870.00 | 41.6 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |

**d** Employee's social security number
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

**e** Employee's name, address, and ZIP code
DARRELL       HINSON

P.O. BOX 9951
MONTGOMERY, AL 36108

| | |
|---|---|
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| 14 Other | 12c |
| | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 1 89040-9 | 2870.00 | 99.88 | | | |

Form **W-2** Wage and Tax Statement

Copy C—For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B.)

**2004**

Department of the Treasury—Internal Revenue Service

Safe, accurate, FAST! Use   IRS **e-file**

## – Instant Money –

Send A Friend to H&R Block for tax preparation, and we'll thank you both with cash! Look in your tax return packet or contact your H&R Block Tax Professional for more details. (at participating locations only)



**H&R BLOCK®**

TRUTH-IN-LENDING ACT ("TILA") DISCLOSURES

Creditor: My Refund is HSBC Bank Company, Delaware, N.A. ("HSBC")

Demand: no interest. This Refund Anticipation Loan (RAL) is payable on demand or when the anticipated refund from the IRS or Treasury Service is electronically deposited into my Refund Account ("Account") with HSBC, whichever occurs first.

Payment Schedule: We estimate a single payment will be due 02/15/2005.

Security Interest: I have provided HSBC with a security interest in my tax refund payment by the IRS. In the Account with HSBC where it is deposited, and in funds deposited in such Account.

Prepayment: If I pay early I will not be entitled to a refund of part or all of the Finance Charge.

Additional Reference: Refer to the Agreement and Application for any additional information about nonpayment, default, the right to accelerate the maturity of the obligation, and any prepayment rebates and penalties.

Required Deposit: The annual percentage rate does not take into account my required deposit.

ITEMIZATION OF AMOUNT FINANCED

AMOUNT PAID TO ME:               $908.35
AMOUNT PAID TO IRS:              **$329.95
AMOUNT PAID TO ...:             ****$156.00
AMOUNT PAID TO ...:            *****$0.00
AMOUNT PAID FOR ...:          *****$0.00
AMOUNT PAID FOR ...:         *****$0.00
AMOUNT FINANCED:            **$1094.30
PREPAID FINANCE CHARGE:    *****$50.70
TOTAL AMOUNTS:             **$1145.00

| | | | |
|---|---|---|---|
| 1. Amount Financed (the amount of credit provided to me or on my behalf). | | | **$1094.30 |
| 2. FINANCE CHARGE (the dollar amount the credit will cost me). | | | ****$50.70 |
| 3. Total of Payments (the amount I will have paid after I have made all payments as scheduled). | | | **$1145.00 |
| 4. ANNUAL PERCENTAGE RATE (the cost of my credit as a yearly rate). | | | 140.923% e |

"e" = Estimate

HSBC/TFS Customer Service