## Personnel Documentation
## For
## Employee Progressive Disciplinary Action

Today's Date 4/20/2004     Employee Name Darrell Hinson
Employee Clock # 6314
Employee Assigned Shift Local Driver
Employee Assigned Department 85
Employee's Supervisor Bill Barton

Disciplinary Action being taken: Termination

Describe Reason for Discipline:
On 4/11/2004, You pulled a trailer away from the loading dock without following the prescribed safety procedures. This action was compounded by the fact that a Webster employee in the process of loading the trailer was actually inside the trailer when you pulled it away. Further, when you discovered that an employee was inside the trailer, you returned it to the loading dock with the forklift driver still inside. The fact that it was not the trailer you were supposed to pull away in the first place just adds to the problem. You have committed several serious safety violations the result of which could have been serious injury or death, not to mention a destroyed forklift. Therefore, you were suspended while this incident was under investigation.

After completing our investigation, we have concluded that based on the serious of these safety violations, your employment with Webster Industries has been terminated.

Previous Discipline Given:
Verbal - Date_____    1st Written - Date_____
Suspension – Date
Suspension # Days_____ to be taken on the following day(s)_____
Termination - Date
Supervisor's Signature _Bill Barton_ Employee's Signature _Darrell Hinson_
(check if employee refused to sign)
HR Representative Signature _James C. Gunn_ 4/20/04
Shop Steward Signature _May Hickerson_
Copies: Employee, Employee's Supervisor, Operations Manager, HR Representative, HR Manager, Shop Steward, Union Business Representative, Employee File



EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05cv971-ID |
| ) | |
| WEBSTER INDUSTRIES, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF BRUCE LINSON

STATE OF ALABAMA        )
MONTGOMERY COUNTY  )

I, Bruce Linson, being over the age of nineteen, and first duly deposed and sworn, state that the following is based on my personal knowledge of the facts contained herein:

1. My name is Bruce Linson. I am General Manager of Webster Industries.

2. Upon information and belief, Marvin Leef retired as the Executive Vice-President of the Montgomery operations of Chelsea Industries, Inc. on October 31, 2005.

3. In his capacity as the Executive Vice President, Mr. Leef was responsible for coordinating legal matters with legal counsel.

4. I, as General Manager, was unaware a lawsuit had been filed by Mr. Hinson as his file was not brought to my office upon service of the Complaint.

5. I was unaware of the lawsuit until receipt of the Entry of Default on August 22, 2006. The Defendant would have answered the Complaint had it known of its existence.

6. Webster's policy during Mr. Leef's tenure was for only Senior Management to sign for certified mail.

7.   Mr. Leef handled the coordination of legal counsel when we received the Hinson EEOC filing. I was aware the EEOC dismissed Hinson's claim and assumed the matter was resolved. I further assumed that if it was not resolved our corporate office in Massachusetts handled it as they handle trucking matters from their office.

Further, the affiant saith not.

_____
BRUCE LINSON

Sworn and subscribed before me on this the 24 day of August, 2006.

_____
Notary Public

My commission expires _____

**My Commission Expires 10/20/2009**

2