IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DARRELL HINSON,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
|    v. | )    Civil Case No. 2:05-cv-971-ID |
| | ) |
| **CHELSEA INDUSTRIES, INC.,** | ) |
| | ) |
|    **Defendant.** | ) |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

**COMES NOW** Plaintiff by and through his attorneys of record and would show the Court the following:

1. This Court set December 10, 2007 as the deadline for responding to Defendant's Motion for Summary Judgment.

2. Plaintiff's counsel requires an affidavit and is in the process of securing it.

3. On December 7, 2007, Plaintiff's counsel telephoned Defendant's counsel to inquire whether a motion for enlargement of time would be opposed or unopposed but was unable to reach them.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiff prays that this Court will grant this motion and will grant Plaintiff until December 17, 2007, to respond to the Defendant's Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this the 7th day of December, 2007.

/s/ Fred Clements
FRED CLEMENTS
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 7th day of December, 2007.

Thomas T. Gallion, III
Jamie A. Johnston
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, AL 36103-4660

/s/ Fred Clements
FRED CLEMENTS
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C