IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL HINSON, | ) | |
| | ) | |
|     Plaintiff, | ) | CASE NO. |
| | ) | 2:05-CV-971-ID |
| v. | ) | |
| | ) | |
| CHELSEA INDUSTRIES, INC., et. al., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's Motion for Enlargement of Time to respond to Defendants' Motion for Summary Judgment (Doc. No. 39, filed December 7, 2007), it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Plaintiff to respond to the pending motion for summary judgment be and the same is hereby EXTENDED to and including December 17, 2007.  Defendants may file a reply, if desired, on or before December 28, 2007.

    DONE this 10th day of December, 2007.

                                       /s/ Ira DeMent
                                       SENIOR UNITED STATES DISTRICT JUDGE