IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DARRELL HINSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 2:05-cv-971-ID |
| | ) | |
| **CHELSEA INDUSTRIES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COME NOW the parties, by and through counsel and report to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has conferred with counsel for Defendant regarding the possibility of settling this case. At this point, it appears that settlement will not be possible; however the parties continue to negotiate. The parties do not believe that mediation will assist them in resolving this case short of trial.

RESPECTFULLY SUBMITTED on this the 17th day of December, 2007.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 17th day of December, 2007.

Jamie Austin Johnston
Thomas T. Gallion, III
Haskell Slaughter Young & Gallion, LLC
P.O. Box 4660
Montgomery, AL 36103-4660

                                                /s/ FRED CLEMENTS
                                                Fred Clements
                                                Law Offices of Jay Lewis, LLC
                                                P.O. Box 5059
                                                Montgomery, AL 36103
                                                (334) 263-7733 (Voice)
                                                (334) 832-4390 (Fax)
                                                FredClements@JayLewisLaw.com
                                                ASB-5682-R39C