# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

AST-27 REV. 1/91

Shaded Areas To Be Used By Data Processing Only — 758868 — Sheet 1 of 1 Sheet(s) — Microfilm No. _____ — Local _____

## LOCATION AND TIME

- Date: 09/05/2003
- Time: 1210 PM
- Day of Week: W
- County: 03
- City: Montgomery 01
- Rural / Highway Classification: M - Municipal
- Local Zone: 05

On Street, Road or Highway: East Blvd S-SR 7017
At Intersection of or Between (Node 1): Lamco St
And (Node 2): East Blvd N SR

- Street or Road Code: 7017
- Node 1: 1380
- Node 2: 1378
- Feet/Miles From Node 1 or 2: 275.00
- Intersection Related: Not Int. Related
- Mile Post: N/A
- Control Access Hwy Loc: 6 (N/A)
- Prime Contr Circms: 03
- Prime Contr Unit No: 1

- First Harmful Event: 20
- Event Location: 1
- Distance to Fixed Object: N/A
- No. Peds: —
- No. Inj: 2
- No. Fatals: —
- Unit: 1, 2
- Units: 3, 5, 3

## UNIT 1 — COM VEH, LEFT SCENE (X)

- Driver Full Name: Paul Hugh Walden
- Street Address: 4296 Turtle Ct
- City and State: Mont, AL
- ZIP: 36117
- Telephone No: 334-590-0277
- DOB: 10/23/1983
- Race: W
- Sex: M
- DL State: AL
- Driver License No: 5756389
- DL Class: Am
- DL Status: C
- List Restrictions: Not Complied With
- CDL Status: C
- List Endorsements: Not Complied With
- Residence Less Than 25 Miles: No
- Place of Employment: Webster Industries
- Liability Insurance Co: Watson Underwriters
- SSN: 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
- Driver Condition: 1 - No Defect
- Sobriety / Officer's Opinion / Alcohol / Drugs: No
- Type Test Given: No Test
- Test Results: N/A
- Maneuver: 13
- Travel Road Name: East Blvd S-SR 7017
- Road Code: 7017
- Travel Direction: E
- Other Contr Circumstance: 97
- Prime Harm Event: 20
- Event Loc: 1

- Vehicle Year: 1996
- Make: INTL
- Model: N/A
- Body: N/A
- VIN: 1HSHGASR27H465274
- License Tag No: P-71352
- State: GA
- Year: 04
- Owner's Name: Interstate National Lease Inc
- Street: unk
- City: Albany
- State: GA
- ZIP: unk

Type: 5 - Truck Tractor
Usage: 3 - Construction / Business
Hazardous Cargo: 1 - None
Attachment: 3 - Semi Trailer
Contributing Defect: 97 - None
Circle areas Damaged On Diagram: 13

Speed Limit: 45 MPH
Est. Speed: 25
Citation Offense Charged: None
Damage Severity: 1 - None Visible / Not Disabled
Vehicle Towed Away: No
Occupants in Unit: 0
Enter Point of Initial Impact: 3
Vehicle Towed By Whom: N/A
To Where: N/A

## UNIT 2 — VEHICLE OR PEDESTRIAN (X)

- Driver/Pedestrian Full Name: Derrick Bolling
- Street Address: 1712 Hamlet Ct
- City and State: Mont, AL
- ZIP: 36117
- Telephone No: 334-284-5646
- DOB: 08/27/1965
- Race: B
- Sex: M
- DL State: AL
- Driver License No: 4989427
- DL Class: D
- DL Status: C
- List Restrictions: Not Complied With
- CDL Status: —
- List Endorsements: Not Complied With
- Residence Less Than 25 Miles: Yes
- Place of Employment: Dept. of Youth Services
- Liability Insurance Co: State Farm (unk)
- SSN: 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
- Driver/Ped Condition: 1 - No Defect
- Sobriety / Officer's Opinion / Alcohol / Drugs: No
- Type Test Given: No Test
- Test Results: N/A
- Maneuver/Action: 01
- Travel Road Name: East Blvd S-SR 7017
- Road Code: 7017
- Travel Direction: E
- Other Contr Circumstance: —
- Prime Harm Event: 20
- Event Loc: 1

- Vehicle Year: 1985
- Make: GMC
- Model: Son
- Body: N/A
- VIN: 1GTCS14425814656
- License Tag No: 3A2228L
- State: AL
- Year: 04
- Owner's Name: Andrew Bolling
- Street: same
- City: —
- State: —
- ZIP: —

Type: 3 - Pick Up
Usage: 1 - Personal
Hazardous Cargo: 1 - None
Attachment: 1 - None
Contributing Defect: 97 - None
Circle areas Damaged On Diagram: 12

Speed Limit: 45 MPH
Est. Speed: 35
Citation Offense Charged: No Ins
Damage Severity: Not Disabled
Vehicle Towed Away: No
Occupants in Unit: 1
Total: 0
Enter Point of Initial Impact: 1
Vehicle Towed By Whom: N/A
To Where: N/A

## CODES — Contributing Circumstances / Driver Maneuver / Pedestrian Action / Event Loc

(Standard code legend printed on form)

EXHIBIT 2

## SEATING

Unit 1: 1, 24 (seat positions marked)
Other Involved Unit (Circle One):
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

Unit 2: 2, 24 (seat positions marked)

## CODES — SAFETY EQUIPMENT
- 01 - None Installed
- 95 - Not Applicable
- 99 - Unknown (Any Type)

Lap Belt Only
- 11 - Fastened
- 12 - Not Fastened

Lap/Shoulder Harness
- 21 - Lap Only Used
- 22 - Neither Used
- 23 - Shoulder Only Used
- 24 - Both Used

Motorcycle Helmet
- 31 - None Used
- 32 - Used

Air Bags
- 41 - Deployed, Belts Used
- 42 - Not Deployed, Belts Used
- 43 - Deployed, Belts Not Used
- 44 - Not Deployed, Belts Not Used

Child Restraints
- 81 - Child Restraint Used
- 82 - Other Restraint Used
- 83 - None Used

Pedal Cycle/Pedestrian
- 91 - Contrasting Clothing
- 92 - Non-contrasting Clothing

## VICTIMS — N/A

## CODES
Injury Type: K - Killed; A - Visible or Carried from Scene; B - Bruise/Abrasion/Swelling; C - Not Visible—Has Pain/Faint
Ejected: N - Not; T - Trapped; F - Fully; U - Unknown; P - Partially; A - Not Applicable
First Aid By: A - Ambulance Attended; M - Paramedic; P - Police; D - Doctor; O - Other; U - Unknown; N - None

## NARRATIVE AND DIAGRAM

Diagram shows intersection with "Private Property" area, North arrow, labels "East Blvd S-SR", "East Blvd N-SR", "Lamco St", vehicles 1 and 2 shown. "Not To Scale"

Officer's Opinion of What Happened: Witness stated Vehicle #1 turned right from the left lane and wrecked in front of vehicle #2 causing vehicle #2 to collide into vehicle #1.

## ROADWAY ENVIRONMENT

Unit 1, Unit 2:
- Contributing Road Defects: 4 - None
- Surface Construction: 1 - Asphalt
- Condition: 1 - Dry
- Accident In Or Related To Road Construction Zone: No
- Material in Roadway: 1 - None
- Material Source: 1 - Not Applicable
- Character: 1 - Straight—Level
- Vision Obscured By: 97 - Not Obscured
- Traffic Control: 97 - None
- Traffic Control Functioning: N/A
- DOT Railroad Crossing No.: N/A
- Opposing Lanes Separated By: 97 - None
- Trafficway Lanes: 2 - Two Lanes
- One-Way Street: Yes

## INVESTIGATION

- Light: 1 - Daylight
- Weather: 2 - Cloudy
- Locale: 3 - Shop'g or Business
- Non-Vehicular Property Damage: 1 - None Visible

Time Police Notified: 1214 PM
Time Police Arrived: 1224 PM
Time EMS Arrived: N/A
Name of Photographer: N/A
Address: N/A

Witness Full Name: Sherry Cavanaugh
Address: 221 East Blvd Montg AL
Telephone: 277-5757

Witness Full Name: N/A

Name of Investigating Officer: [signature] Silcox
Officer ID: 424
Agency ORI: 0030102

Date: 08/05/03
Signature of Investigating Officer: [signature] #424