AST-27 REV. 1/91

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS Accident: 351714

Shaded Areas To Be Used By Data Processing Only   # 3018   Sheet 1 of 2 Sheet(s)   Microfilm No. _____   Local Case No. 04388

## Location and Time

- Date: 06/02/2003
- Time: 1215 PM
- Day of Week: M
- County: 03
- City: Montgomery
- Rural: (blank)
- Highway Classification: M—Municipal
- Local Zone: 03
- On Street, Road or Highway: Lower Wetumpka Rd
- At Intersection of or Between (Node 1): North Blvd.
- And (Node 2): N/A
- Street or Road Code: 1287 / 0210
- Node Code: 1
- Feet/Miles From Node: 600.04, 1
- Intersection Related: N-Not Int. Related
- Mile Post: N/A
- Control Access Hwy Loc: 2 - Frontage Rd
- Prime Contr Circms: 21 (Circle One) 6 N/A
- Prime Contr Unit No: 1
- First Harmful Event: 20
- Event Location: 6
- Distance to Fixed Object: N/A FT
- No. of Vehicles: 2
- No. Pedestrians: 0
- No. Injured: 1
- No. Fatalities: 0
- Unit 1 Type: 5
- Unit 2 Type: 1

### Collision Event codes (selected): 75 circled

## UNIT 1

- Driver Full Name: Paul Hugh Walden
- Street Address: 429 G Turtle Ct
- City and State: Montgomery AL
- Zip: 36117
- Telephone No.: 334-590-0277
- DOB: 10/23/1923
- Race/Sex: W M
- DL State: AL
- Driver License No.: 5750389
- DL Class: AM
- DL Status: C
- List Restrictions Not Complied With: (blank)
- COL Status: C
- List Endorsements Not Complied With: (blank)
- Residence Less Than 25 Miles: Yes
- Place of Employment: Webster
- Liability Insurance Co.: Willis North America
- Social Security No.: 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
- Driver Condition: 1 - No Defect
- Sobriety: (blank)
- Officer's Opinion Alcohol: No / Drugs: Unk
- Type Test Given: 9 - No Test
- Test Results: N/A
- Maneuver: 01
- Travel Road Name: North Blvd
- Road Code: 5152
- Travel Direction: W (A-Not on Rd)
- Other Contr Circumstance: 97
- Prime Harm Event: 20
- Event Loc: 6
- Veh Year: 1999
- Make: Int
- Model: Eag
- Body: (blank)
- VIN: 2HSFMAMR5X0127721
- License Tag Number: P70506
- State: GA
- Year: 2004
- Owner's Name: The Cit Group Equ
- Street or R.F.D.: 365 Southwell Blvd
- City: Tifton
- State: GA
- Zip: 31794
- Type: 5 - Truck Tractor
- Usage: 17 - Transport Prop.
- Hazardous Cargo: 1 - None
- Attachment: 3 - Semi Trailer
- Contributing Defect: 97 - None
- Placard: No / NA
- Speed Limit: 55 MPH
- Est. Speed: 5 MPH
- Citation Offense Charged: NONE
- Damage Severity: 2 - Not Disabled
- Vehicle Towed Away?: Yes
- Occupants in Unit: 1
- Total Injuries in Unit: (blank)
- Enter Point of Initial Impact: 11
- Vehicle Towed By Whom: N/A
- To Where: N/A

## UNIT 2

- Driver/Pedestrian Full Name: Arthur Hales
- Street Address: 5369 Hales Lane
- City and State: Montgomery AL
- Zip: 36110
- Telephone No.: 334-263-9964
- DOB: 12/25/1921
- Race/Sex: B M
- DL State: AL
- Driver License No.: 2026449
- DL Class: DM
- DL Status: C
- COL Status: N
- Residence Less Than 25 Miles: Yes
- Place of Employment: Retired
- Liability Insurance Co.: All-State
- Social Security No.: 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
- Driver/Ped Condition: 1 - No Defect
- Officer's Opinion Alcohol: No / Drugs: Unk
- Type Test Given: 9 - No Test
- Test Results: N/A
- Maneuver: 01
- Travel Road Name: Lower Wetumpka Rd
- Road Code: 1287
- Travel Direction: E
- Other Contr Circumstance: 97
- Prime Harm Event: 20
- Event Loc: 6
- Veh Year: 1992
- Make: Bui
- Model: Les
- Body: 4D
- VIN: 1G4HP5316NH422859
- License Tag Number: 3A8925J
- State: AL
- Year: 2004
- Owner's Name: SAME
- Type: 1 - Auto
- Usage: 1 - Personal
- Hazardous Cargo: 1 - None
- Attachment: 1 - None
- Contributing Defect: 97 - None
- Placard: No / NA
- Speed Limit: 35 MPH
- Est. Speed: 30 MPH
- Citation Offense Charged: NONE
- Damage Severity: Disabled - Yes
- Vehicle Towed Away?: Yes
- Occupants in Unit: 1
- Total Injuries in Unit: 1
- Enter Point of Initial Impact: 2
- Vehicle Towed By Whom: Waldrips
- To Where: Bates Auto Body & Sales

## CODES

Contributing Circumstances, Driver Maneuver, Pedestrian Action, Event Loc code lists (printed reference legend).

EXHIBIT 3

## SEATING

**Unit 1:** 1, 29, (boxes 4,5,6,11,7,8,9)
Other Involved Unit (Circle One):
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment: ___

**Unit 2:** 2, 29
Other Involved Unit (Circle One):
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment: ___

### CODES — SAFETY EQUIPMENT
- 01 - None Installed
- 95 - Not Applicable
- 99 - Unknown (Any Type)
- **Lap Belt Only**
  - 11 - Fastened
  - 12 - Not Fastened
- **Lap/Shoulder Harness**
  - 21 - Lap Only Used
  - 22 - Neither Used
  - 23 - Shoulder Only Used
  - 24 - Both Used
- **Motorcycle Helmet**
  - 31 - None Used
  - 32 - Used
- **Air Bags**
  - 41 - Deployed, Belts Used
  - 42 - Not Deployed, Belts Used
  - 43 - Deployed, Belts Not Used
  - 44 - Not Deployed, Belts Not Used
- **Child Restraints**
  - 81 - Child Restraint Used
  - 82 - Other Restraint Used
  - 83 - None Used
- **Pedal Cycle/Pedestrian**
  - 91 - Contrasting Clothing
  - 92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Arthur Hales | 5367 Hales Lane Montgomery AL 36110 | 2 | 1 | C | 81 | M | N | M |

Taken To: Jackson   Taken By: Care

N/A

### CODES
**Injury Type:**
- K - Killed
- B - Bruise/Abrasion/Swelling
- A - Visible or Carried from Scene
- C - Not Visible—Has Pain/Faint

**Ejected:**
- N - Not
- F - Fully
- P - Partially
- T - Trapped
- U - Unknown
- A - Not Applicable

**First Aid By:**
- A - Ambulance Attended
- D - Doctor
- M - Paramedic
- O - Other
- P - Police
- U - Unknown
- N - None

## NARRATIVE AND DIAGRAM

[Hand-drawn diagram showing intersection with labels: "Lower Wetumpka Road", "North Blvd Exit Ramp", "Concrete", vehicles labeled "2", "Stop sign", North arrow "N", "Not to scale"]

**Officer's Opinion of What Happened:** The witness stated that Vehicle 1 Run the stop sign and collided with vehicle 2 causing damage. The driver of Vehicle 1 stated he stop and didn't see any coming so he pulled out and collided with vehicle 2 causing damage. The driver of vehicle 2 was treated by Unit 93 Montg. Fire Dept. and Transported to Jackson Hospital by Care Ambulance.

## ROADWAY ENVIRONMENT

Unit 1: X (None — Contributing Road Defects: 4)
Unit 2: X (None — Contributing Road Defects: 8 - Other)

- **Contributing Road Defects:** (4) None, 1 - Shoulders Low, 2 - Shoulders High, 3 - Holes, Bumps, Etc., 8 - Other
- **Surface Construction:** (1) Asphalt, 2 - Concrete, 3 - Brick, 4 - Unpaved, 8 - Other
- **Condition:** (1) Dry, 2 - Wet, 3 - Icy, 4 - Snowy/Slushy, 5 - Muddy, 8 - Other
- **Accident In Or Related To Road Construction Zone?** Yes / (No)
- **Material In Roadway (Contributing):** (1) None, 2 - Rocks, 3 - Trees/Limbs, 4 - Dirt, 5 - Gravel, 6 - Oil/Petrol, 8 - Other
- **Material Source:** (1) Not Applicable, 2 - Natural Environment, 3 - Dropped From Vehicle, 4 - Already in Road, But Fell From Vehicle, 8 - Other, 9 - Unknown
- **Character:** (1) Straight—Level, 2 - Straight—Down Grade, 3 - Straight—Up Grade, 4 - Straight—Hillcrest, 5 - Curve—Level, 6 - Curve—Down Grade, 7 - Curve—Up Grade, 8 - Curve—Hillcrest

**Vision Obscured By:** (97) Not Obscured
**Traffic Control:** (8) Stop Sign
**Traffic Control Functioning:** Yes / No / N/A
**DOT Railroad Crossing No:** N/A
**Opposing Lanes Separated By:** (5) Concrete Barrier
**Trafficway Lanes:** (4) Four Lanes
**One-Way Street:** No / No

## INVESTIGATION

- **Light:** (1) Daylight
- **Weather:** (2) Cloudy
- **Locale:** (3) Shop'g or Business
- **Non-Vehicular Property Damage:** (1) None Visible

**Property Damage Description:** N/A
**Owner:** N/A

- **Time Police Notified:** 1217 PM
- **Time Police Arrived:** 1226 PM
- **Time EMS Arrived:** 1240 PM
- **Name of Photographer:** N/A
- **Address:** N/A   9794

**Witness Full Name:** Dallas Hooper
**Address:** 427 Stepcreek Rd Hope Hull AL 36043
**Telephone:** 334-399-9999

**Name of Investigating Officer:** Cpl. T.L. Hagler
**Officer ID:** 058
**Agency ORI:** 0030100
**Supervisor Reviewed:** [signature]

The data on this report reflects my best knowledge, opinion and belief covering the accident, but no warrant is made as to the factual accuracy thereof.

**Signature of Investigating Officer:** Cpl. A.L. Hagler #058
**Date:** 06-02-2003

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

AST-34T 1/94

Unit No. __1__
(same as on main report)

Sheet __2__ of __2__ Sheets

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following:  A. one or more fatalities  B. one or more persons injured and taken from the scene for immediate medical attention, or  C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

Number of Qualifying Vehicles:
- Trucks with 6 or more tires or Haz/Mat placard __1__
- Buses designed to carry 16 or more (including driver) __0__
- Number of vehicles towed from scene due to damage or provided assistance __1__

Number of Persons:
- Sustaining fatal injuries __0__
- Transported for immediate medical treatment __1__

### Vehicle Information

Gross Vehicle Weight Rating (GVWR)
- A. Truck, tractor or bus __15315__
- B. Trailer or trailers (total) __13500__
- Total GVWR for unit (A+B) __28815__

Total number of axles __5__

Hazardous Material Involvement
- Did vehicle have a Haz/Mat placard ____ Yes __X__ No
- If Yes, include following information from placard
  - A. Name or 4-digit number from diamond or box __N/A__
  - B. The 1-digit number from bottom of diamond __N/A__
- Was hazardous material released from THIS vehicle's cargo? ____ Yes __X__ No

Vehicle Configuration   (circle one number)
1. Bus   2. Single unit truck (2 axles/ 6 or more tires)   3. Single unit truck (3 or more axles)
**4. Truck with trailer**   5. Truck tractor only (bobtail)   **(6.) Tractor with semi-trailer**   7. Tractor with double trailers
8. Tractor with triple trailers   9. Unknown class heavy truck   0. Any other 4-tired vehicle

Cargo Body Type   (circle one number)
1. Bus   **(2.) Van/enclosed box**   3. Cargo tank   4. Flatbed   5. Dump
6. Concrete mixer   7. Auto transporter   8. Garbage/ refuse   9. Other ____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name __Webster Industries__
Source (circle one number)   1. Vehicle side   2. Shipping papers   3. Driver   **(4.) Other**
Carrier mailing address (Street or P.O. Box) __5402 Lamco St__
City, State, Zip __Montgomery, AL 36117__
Carrier Identification Numbers   ( __F__  None = 0)
US DOT __193911__   ICC MC _____   STATE NO. _____   STATE _____

### Sequence of Events

Note: for THIS vehicle – list up to four   Event #1 __10__   Event #2 ____   Event #3 ____   Event #4 ____

EVENT CODES
- Non-Collision: 1. Ran off road   2. Jackknife   3. Overturned (rollover)   4. Downhill runaway   5. Cargo loss or shift   6. Explosion or fire   7. Separation of units   8. Other non-collision
- Collision With: 9. Pedestrian   10. Non-parked vehicle   11. Parked vehicle   12. Train   13. Pedalcycle   14. Animal   15. Fixed object   16. Other object

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time | AM/PM |
|---|---|---|---|---|---|
| Ph. L Hagler 058 | 058 | 0030100 | 6/2/2003 | 1215 | PM |

## Definitions

### Truck
A motor vehicle designed, used or maintained primarily for the transportation of property. For the purpose of this form the vehicle must also meet one of the following criteria:
- Have at least 6 tires on the ground, **or**
- Carry a Hazardous Material Placard.

### Bus
A motor vehicle providing seats for 16 or more persons including the driver and used primarily for the transportation of persons.

### Trailer
A non-power vehicle towed by a motor vehicle.

### Reportable Accident
A highway related incident normally investigated by a police officer and reported on a standard accident report form involving one or more trucks or buses (as defined here) which results in:
- One or more fatalities, **or**
- One or more non-fatal injuries requiring transportation for the purpose of obtaining immediate medical treatment, **or**
- One or more of the vehicles being removed from the scene as a result of disabling damage, **or**
- One or more vehicles requiring intervening assistance before proceeding under its own power.

## Typical Vehicle Silhouettes

1. Bus




2. Single unit truck - 2 axles / 6 tires





3. Single unit truck - 3 axles





4. Truck with trailer


5. Truck tractor (bobtail)



6. Tractor with semi-trailer


7. Tractor with double trailers


8. Tractor with triple trailers


## Typical Hazardous Material Placards





