**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DARRELL HINSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO.: 2:05cv971-ID** |
| | ) |
| **CHELSEA INDUSTRIES, INC., et al.** | ) |
| | ) |
|     **Defendants.** | ) |

**MOTION FOR EXTENSION OF TIME**
**BY CHELSEA INDUSTRIES, INC. AND WEBSTER INDUSTRIES, INC.**

    **COME NOW** Defendants Chelsea Industries, Inc. and Webster Industries, Inc. and move this Honorable Court for an extension of time in order to allow the Defendants to respond to the Plaintiff's Reply Brief in Opposition to Defendants' Motion for Summary Judgment pending in the above styled cause of action. In support of the requested relief, the Defendants offer the following:

    a.    Defendants' current response brief is due December 28, 2007.

    b.    The Defendants' plant is closed for the entire week of December 24, 2007.

    c.    Defendants' counsel has been unable to contact necessary personnel to address specific allegations within Plaintiff's Reply Brief given the closure of the plant.

    d.    Plaintiff's counsel does not object to the requested extension.

    e.    Defendants seek an extension until January 8, 2008 to submit a response to Plaintiff's Reply Brief.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED**, the Defendants respectfully request an extension until January 8, 2008 in order to submit a response to Plaintiff's Reply Brief offered in opposition to Defendants' Motion for Summary Judgment.

Respectfully submitted,

s/ Thomas T. Gallion, III
_____
Thomas T. Gallion, III
Jamie A. Johnston
Attorneys for the Defendants
Chelsea Industries, Inc. & Webster Industries, Inc.

OF COUNSEL:

Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama  36103-4660
(334) 265-8573     Telephone
(334) 264-7945     Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same via CM/ECF and in the United States Mail, sufficient first class postage prepaid, on this the 27th day of December 2007, addressed as follows:

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL  36103

s/ Thomas T. Gallion, III
_____
OF COUNSEL

#29990
83562-023

2