IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL HINSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIV. ACTION NO.:  2:05cv971-ID |
| | ) | |
| v. | ) | |
| | ) | |
| CHELSEA INDUSTRIES, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon CONSIDERATION of Defendants' unopposed motion for extension of time (Doc. No. 43), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED to and including January 8, 2008.

DONE this 27th day of December, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE