IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DARRELL HINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Case No. 2:05-cv-971-ID |
| ) | |
| **CHELSEA INDUSTRIES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION TO SHORTEN TIME

**COMES NOW** Plaintiff Darrell Hinson, by and through his attorney of record, and prays that the Court will shorten the time within which Defendant must respond to the attached Interrogatories and Request for Production of Documents to twenty-one days, and in support of which would show the Court as follows:

1. Discovery in this case is scheduled to close on January 31, 2008.

2. Plaintiff reasonably believes that the Discovery requests will lead to the discovery of relevant and admissible evidence.

3. Defendant does not oppose this request.

4. This request to shorten time should not impose an undue burden on Defendant because the requested information should be readily available and Plaintiff has limited the requests to eight Interrogatories and eight Requests for Production.

WHEREFORE, the premises considered, Plaintiff respectfully prays that the Court will order Defendant to produce the requested documents and things within twenty-one days of the date of this request.

RESPECTFULLY SUBMITTED on this the 4th day of January, 2008.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 4th day of January, 2008.

Jamie Austin Johnston
Thomas T. Gallion, III
Haskell Slaughter Young & Gallion LLC
PO Box 4660
Montgomery, AL 36103-4660

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C