IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DARRELL HINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Case No. 2:05-cv-971-ID |
| ) | |
| **CHELSEA INDUSTRIES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION
OF DOCUMENTS TO DEFENDANT CHELSEA INDUSTRIES**

COMES NOW, Plaintiff Darrell Hinson, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, and request that Defendant Chelsea Industries respond to the following interrogatories and request for production of documents. Please respond within twenty-one days of the date of this request

**INTERROGATORIES**

1. Identify all persons who were involved in the decision to terminate Plaintiff by providing their names, job titles, and addresses.

2. State all Defendant's procedures for investigating an accident committed by one of its truck drivers.

3. Identify all reports created by Defendant when one of its truck drivers has been involved in a driving related accident.

4. Identify all reports Defendant is required to create, when one of its truck drivers has been involved in a driving related accident.

5. Identify all medical, drug, or other tests, Defendant is required to file, when one of its truck drivers has been involved in a driving related accident.

6. Identify all known addresses and phone numbers for Paul Walden.

7. State whether Paul Walden is currently employed by Defendant.

## REQUEST FOR PRODUCTION

1. Please produce a copy of Defendant's safety manuals and/or policies regarding truck driver safety.

2. Please produce a copy of Defendant's manuals and/or policies regarding carrying out an investigation of a truck driving related accident.

3. Please produce the complete personnel file for Darrell Hinson.

4. Please produce the complete personnel file for Paul Walden.

5. Please produce the complete personnel file for Cedric Bowman.

6. Please produce a copy of any and all memos, notes, and communications regarding the decision to terminate Darrell Hinson.

7. Please produce any and all accident reports for Darrell Hinson.

8. Please produce any and all accident reports for Paul Walden.

RESPECTFULLY SUBMITTED on this the 4th day of January, 2008.

                                    Jay Lewis
                                    Fred Clements
                                    Attorneys for the Plaintiff

OF COUNSEL:

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in the U.S. mail, sufficient first class postage prepaid, on this the 4th day of January 2008, addressed as follows:.

Jamie Austin Johnston
Haskell Slaughter Young & Gallion LLC
PO Box 4660
Montgomery, AL 36103-4660

                              OF COUNSEL