IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:05cv971-ID |
| | ) |
| CHELSEA INDUSTRIES, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the plaintiff's unopposed motion to shorten time (doc. # 45).  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to shorten time (doc. # 45) be and is hereby GRANTED. The defendant shall respond to the Interrogatories and Request for Production of Documents within twenty-one days.

Done this 7th day of January, 2008.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE