IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DARRELL HINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Case No. 2:05-cv-971-ID |
| ) | |
| **CHELSEA INDUSTRIES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY

COME NOW Plaintiff and would show the Court as follows:

1. Plaintiff desires to file a Sur-Reply to Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

2. On January 8, 2008 Defendant filed a reply brief raising new issues regarding an accident involving Paul Walden and Sedrick Bowman at Defendant's warehouse. The new information was supported by a previously unseen affidavit of Joe Thomas and an updated affidavit of William Barton. This new information effectively acts as an admission that the event in fact occurred raising issues that are relevant and important to Plaintiff's case.

3. Plaintiff's Sur-Reply is limited to issues regarding the new information.

4. Plaintiff has attached his Sur-Reply and two exhibits to this motion.

WHEREFORE, the premises considered, Plaintiff prays that this Court will grant his motion for leave to file a Sur-Reply.

RESPECTFULLY SUBMITTED on this the 10th day of January, 2008.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 10th day of January, 2008.

Jamie Austin Johnston
Thomas T. Gallion, III
Haskell Slaughter Young & Gallion LLC
PO Box 4660
Montgomery, AL 36103-4660

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C