IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL HINSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case No. 2:05-cv-971-ID |
| CHELSEA INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) | |

### SECOND AFFIDAVIT OF DARRELL HINSON

STATE OF ALABAMA            )
MONTGOMERY COUNTY   )

1. My Name is Darrell Hinson. I am over the age of nineteen.

2. Working as Defendant's truck driver provided me with personal knowledge of the process and procedure of loading and unloading freight from trucks at the warehouse and plant locations.

3. Before pulling a truck away from the dock, Defendant's drivers follow the following procedures:

   a. First, the driver looks into the back of the trailer to see if the trailer is loaded or empty. If the trailer is loaded the driver must go to the office to get confirmation that the trailer is ready to be delivered. After getting confirmation or if the trailer is empty, the driver may then move onto the next procedure.

   b. Next, driver will pull a safety chain across the dock and pull up the dock plate. The chain and dock plate now cover the dock entrance.



    c.    The driver walks outside. If a cab is not already attached to the trailer, the driver backs the cab up and hooks up the trailer.

    d.    This process may take approximately two to eight minutes.

4. A truck is typically loaded with forty-four pallets.

5. Before the pallets are loaded into the trailer, they are piled approximately twenty feet away from the empty trailer. A designated person will check the pallets to ensure that the shipment is correct. Afterward, a forklift driver will load the pallets into the truck. Loading the truck from this point takes approximately five to ten minutes.

6. To get the pallets stacked in front of the trailer, forklift drivers pull designated pallets from multiple places in the warehouse. Because the warehouse is large, there are multiple shelves, and the pallets are typically pulled from multiple locations, the process of pulling the pallets and stacking them in front of the trailer takes approximately fifteen to thirty minutes.

Dated this 9th day of January 2008.

_____
DARRELL HINSON, Affiant

SWORN TO and SUBSCRIBED before me this 9th day of Jan, 2008.

_____
NOTARY PUBLIC, Alabama at Large

My commission expires July 9, 2011