IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05cv971-ID |
| | ) |
| CHELSEA INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF JOE THOMAS

STATE OF ALABAMA         )

COUNTY OF MONTGOMERY  )

1. My name is Joe Thomas, I am an adult over the age of nineteen.

2. In 2004, I was employed as a manager for Kenco Logistics.

3. Kenco Logistics was at that time a service provider for Webster Industries. Kenco Logistics maintained its own employees, implemented its own personnel rules, and retained the authority to impose its own discipline with regard to its employees.

4. In 2004, Sedrick Bowman was employed by Kenco Logistics as a forklift operator.

5. During his employment with Kenco Logistics, I was Mr. Bowman's supervisor.

6. During that employment, in 2004, Mr. Bowman improperly opened and entered Mr. Paul Walden's trailer.

7. Prior to leaving the dock, Mr. Walden followed the proper procedure. He pulled the dock plate. Then he placed the safety chains on his trailer and proceeded to enter his truck cab and leave the loading dock. After securing the trailer, while Mr. Walden was entering his cab,

1


EXHIBIT 2

Mr. Bowman improperly entered the trailer. Without knowledge of Mr. Bowman's entrance into the trailer, Mr. Walden proceeded to leave the loading dock.

8.  I investigated this incident and confirmed that Mr. Walden had pulled the correct dock plate and correctly placed the safety chains on his trailer prior to leaving the dock. My investigation confirmed that Mr. Walden committed no safety violation. Mr. Bowman should not have been inside Mr. Walden's trailer. He did not have Kenco Logistics' permission to do so nor did he have the permission of Mr. Walden. Mr. Walden was not aware nor could he have been aware that Mr. Bowman was inside his trailer when he left the dock. Kenco Logistics handled Mr. Bowman's discipline as a result of the above described incident.

Further Affiant sayeth not.

Dated this 4 day of January 2008.

_____
JOE THOMAS

STATE OF ALABAMA          *

COUNTY OF MONTGOMERY      *

I, Deborah J. Beasley, a Notary Public, in and for the said County in said State, hereby certify that JOE THOMAS, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the foregoing instrument, executed the same voluntarily or/and as the act of said corporation.

SWORN TO and SUBSCRIBED before me this 4 day of January 2008.

NOTARY SEAL

_____
Notary Public
My Commission Expires: _____

My Commission Expires June 06, 2010

2