IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL HINSON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | 2:05-CV-971-ID |
| v. | ) | |
| | ) | |
| CHELSEA INDUSTRIES, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon CONSIDERATION of Chelsea Industries, Inc. and Webster Industries, Inc.'s Motion to Strike, filed on January 8, 2008 (Doc. 47), it is ORDERED that Plaintiff Darrell Hinson show cause, if any there be, on or before January 29, 2008, why said motion should not be granted.

Done this 17th day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE