IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Case No. 2:05-cv-971-ID |
| | ) |
| CHELSEA INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF DARRELL HINSON

| | |
|---|---|
| STATE OF ALABAMA | ) |
| MONTGOMERY COUNTY | ) |

1. My Name is Darrell Hinson. I am over the age of nineteen.

2. I was hired by Chelsea Industries, Inc. (hereinafter "Chelsea") as a full-time truck driver on or about March 18, 2002.

3. On April 11, 2004, I was working the night shift and was responsible for driving trucks that would deliver freight back and forth between Chelsea's warehouse and plant locations.

4. Chelsea's procedure requires drivers to go inside and pull the dock plate and place a chain across the dock door.

5. At the plant location, the driver can push a button and a mechanical device will lift the dock plate. At the warehouse location, a forklift driver must lift the dock plate.

6. I was preparing to haul freight from the plant location to the warehouse. I followed procedure by pulling the dock plate and placing a safety chain across the dock door.



EXHIBIT 1

7. Next, I went outside to pull the trailer. Both trucks were sitting side by side, and I accidently entered the wrong truck and pulled away from the dock.

8. When I pulled away from the dock a forklift and its operator were inside. I did not know the forklift or its operator was inside. Ordinarily, when a forklift is loading a trailer the trailer will rock due to the movement of the heavy forklift. I did not feel any movement because the forklift's operator was talking on the phone and had stopped the forklift inside of the trailer.

9. I pulled the truck only as far as necessary to close the trailer door. That is when I discovered the forklift and operator were in the trailer.

10. A safety light located outside of the plant should change from red to green to tell a driver that the safety chain has been placed across the dock door. The safety light is the only way to know that the safety chain has been placed across the dock door. The safety light was not working on April 11, 2004 and had been broken for some time prior to that date.

11. I backed up the trailer to the dock. Chelsea had no procedure for what to do under these circumstances.

12. The forklift operator was not injured, and the forklift was not damaged.

13. Afterward, I was placed on suspension and then fired. Chelsea stated the reason for my dismissal was because I violated safety procedures, the operator could have been injured, and the fork lift could have been damaged when I pulled the trailer away from the loading dock

14. Under similar circumstances, Chelsea fired Tommy (LNU), an African American truck driver.

15. Under similar circumstances, Chelsea did not fire Paul Walden (hereinafter "Paul") a white truck driver.

16. Paul was working as a truck driver for Chelsea on April 11, 2004.

17. On three separate occasions Paul pulled away from the dock without following procedure, twice prior and once subsequent to my termination. Paul has done this at both the plant and warehouse locations.

18. On one such occasion Paul pulled the truck away from the warehouse dock while the forklift was actively moving cargo into the trailer. This caused the forklift to fall over and the driver to go flying. The forklift was badly damaged. The details of this event were common knowledge at Chelsea.

19. Bill Barton's office is at the warehouse location.

20. While driving Chelsea's truck on public roads Paul was involved in two separate accidents with cars while he was hauling freight between Chelsea's warehouse and plant locations. Paul showed me the accident report from his first accident, which read that Paul was at fault.

21. Chelsea suspended Paul for two months due to accidents while he was driving Chelsea's trucks between the plant and warehouse locations.

22. Chelsea's policy regarding auto accidents is to put a report in the driver's file.

Dated this 14th day of December 2007.

_____
DARRELL HINSON, Affiant


SWORN TO and SUBSCRIBED before me this __14__ day of __December__, 2007.

_____
NOTARY PUBLIC, Alabama at Large

My commission expires __11/15/08__