IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv971-ID |
| | ) (WO) |
| CHELSEA INDUSTRIES, INC., | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby ENTERED in favor of Defendant Chelsea Industries, Inc., and against Plaintiff Darrell Hinson, and that Plaintiff take nothing by his said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Plaintiff, for which let execution issue.

DONE this 14th day of February, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE