**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DARRELL HINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Case No. 2:05-cv-971-ID |
| | ) | |
| **CHELSEA INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW

**COMES NOW** Jay Lewis and Fred Clements, Counsel for Plaintiff, to respectfully request that the Court allow them to withdraw from this case and would show unto the Court as follows:

1. Plaintiff wishes to pursue his claim pro se and is unable to file documents with this Court while Jay Lewis and Fred Clements are listed as counsel.

WHEREFORE THESE PREMISES CONSIDERED, Counsel for Plaintiff prays that this Court will grant their motion to withdraw from the case.

RESPECTFULLY SUBMITTED on this the 26th day of February, 2008.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
fredclements@JayLewisLaw.com
ASB-5682-R39C

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 26th day of February, 2008.

Jamie Austin Johnston
Thomas T. Gallion, III
Haskell Slaughter Young & Gallion LLC
PO Box 4660
Montgomery, AL 36103-4660

                              /s/ FRED CLEMENTS
                              Fred Clements
                              Law Offices of Jay Lewis, LLC
                              P.O. Box 5059
                              Montgomery, AL 36103
                              (334) 263-7733 (Voice)
                              (334) 832-4390 (Fax)
                              fredclements@JayLewisLaw.com
                              ASB-5682-R39C