IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv971-ID |
| | ) |
| CHELSEA INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the Motion to Withdraw, filed February 26, 2008 (Doc. No. 56), in which Jay Lewis, Esquire, and Fred Clements, Esquire, move to withdraw as counsel for Plaintiff Darrell Hinson, and for good cause shown, it is ORDERED that said Motion be and the same is hereby GRANTED.

Done this 27th day of February, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE