# ATTACHMENT

Webster

# DRIVER QUALIFICATIONS

1. Be at least 25 years. of age.

2. Have at least two (2) years of over the road driving experience which can be verified by a reliable truck line.

3. No more than two (1) traffic violations in the past twelve (12) months.

4. Must not have had license revoked for excessive traffic violations in the past two (3) years.

5. Must not have been convicted of **DUI** in any type of vehicle.

6. Must meet the **D.O.T.** physical qualification requirements.

7. Must not have a history of Workman's Compensation claims for extended periods of lost time claims.

8. Must not have more than one (1) poor past employment reference for the past three (3) years.

9. Must not have had a major chargeable accident involving a death in the past three (3) years.

10. Must not have had more than one (1) major chargeable accident in the past year.

11. Must not have had more than two (2) chargeable accidents in the past two (2) years.

12. Must not have been involved in any accident found to be intentional.

13. Must not have been convicted for the use of narcotics.

14. Must not have a record of alcoholism.

15. Must not have been terminated from last employer as a driver for poor safety record.

### INVESTIGATION

**A thorough investigation into the background of each applicant will be accomplished prior to employment. As a minimum, the applicant's previous employment record, accident record, motor vehicle record, and character and work habits will always be investigated.**