IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 FEB 29 P 2: 54

DEDRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DARRELL HINSON, Prose
        Plaintiff,

                                        Civil Action No. 05-971

v.

CHELSEA INDUSTRIES,
        Defendant.

## MOTION TO HOLD DEFENDANTS IN CONTEMPT OF COURT

COMES NOW Plaintiff Darrell Hinson, and submits his Motion To Hold Defendants In Contempt of Court, for the reasons that follow.

1. Defendants saying they had a policy (something in writting) that only senior members of the company could receive certified mail.

2. Defendants attorney known or should have known that both he and his client were in contempt for giving false statements;

3. Defendants attorney and defendants deceived the COURT and was unfair to opposing counsel by ommitting exculpatory steps in the dock loading and unloading proceture.

4. Defendants saying they had a policy (something in writting) stating what to do if you pulled the wrong trailer from the dock.

5. Deceiving the COURT into belliving that Paul's incident at the warehouse was properly investigated, when the investigation was not done by the neural party, The Human Resource Office.

6. Defendants ommitted the fact that they had not been fair to plaintiff in the past by refusing to pay vacation pay until the Union made them. Ducument attached (Grievance Report)

7. The COURT overlooked evidence most favorable to the plaintiff because of defendants, evidence that may suggest discrimination on at least three different times, evidence that has had an adverse effect on the proceedings.

8. In the loading/unloading process there is a total of four steps, not one, ommitted by defendants, unfair to plaintiff, unfair to COURT.

9. Defendants known or should have known, that the don't ask don't tell stratagy should not be used in COURT the same way it is used at the sceen of an traffic acident.

## CONCLUSION

Plaintiff request that the above Motion be granted for the reasons stated above.

Respectfully,

Dawn M Hixon

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document have been served on below named counsel, by U.S. mail this ___29___ day of February.

Mr. Thomas T. Gallion, III
305 S. Lawrence St
P.O. Box 4660
Montgomery Alabama 36103

_Darrell Hinson_
Darrell Hinson Pro SE
P.O. Box 9951
Montgomery Al 36108