# ATTACHMENT

# RETAIL, WHOLESALE & DEPARTMENT STORE UNION
## AFL-CIO
## GRIEVANCE REPORT

LOCAL 932  COMPANY Webster Ind.   ADDRESS Montgomery, Al

DATE 4/21/04  DEPARTMENT Transportation   CLASSIFICATION Local Truck Driver

EMPLOYEE INITIATING GRIEVANCE Darrell Hinson - P.O. Box 9951 - Mont. Al. 36108
334-201-4218

SHOP STEWARD PROCESSING GRIEVANCE by Claude R. Morgan Jr.
Darrell Hinson

**STATEMENT OF GRIEVANCE**

I was terminated but did not receive benefits that was already earned but not paid. I had already earned my Personal Day Holiday and one (1) week vacation however I have not received this pay.

**ARTICLES & SECTIONS OF CONTRACT ALLEGED VIOLATED**

Article V, VI, and any other Article or Section that may apply including Federal Law.

**SETTLEMENT DESIRED** Be paid for my Personal Day and my vacation day.

**DISPOSITION OF GRIEVANCE**

Signed _____   Signed _____

Date _____   Date _____

(If additional space is needed, please use reverse side).