IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:05cv971-ID |
| CHELSEA INDUSTRIES, INC., | ) ) ) |
|     Defendant. | ) ) |

**ORDER**

Upon CONSIDERATION of Plaintiff Darrell Hinson's *pro se* Motion to Extend Time to Appeal/Motion to Reconsider Final Order (Doc. No. 58) and *pro se* Motion to Hold Defendant in Contempt of Court (Doc. No. 59), it is ORDERED that Defendant file responses to said Motions on or before March 14, 2008.

DONE this 4th day of March, 2008.

                /s/ Ira DeMent
                SENIOR UNITED STATES DISTRICT JUDGE