IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARRELL HINSON ProSE
    Plaintiff,
    V.                Civil Action 05-971

CHELSEA INDUSTRIES,
    Defendant.

## MOTION FOR DISCOVERY

COMES NOW Plaintiff Darrell Hinson, and request this Court to grant his Motion For Discovery, discovery is needed to help this Court better understand the pleadings in this case and as evidence for the plaintiff.

1. Documentation pertaining to the write up of Sedrick Boman in the incident with Paul.

2. Documentation pertaining to the rules a driver must take before pulling a trailer away from the dock and punishment.

3. Documentation that states only senior members of Chelsia In. can sign for certified mail.

4. Documentation that states what to do if a driver pulls the wrong trailer from the dock with a forklift and operator inside.

5. Documentation that show what local driver filled the position of George Anderson when he resigned.

6. Documentation that show the date George Anderson job was put up for bid after he resigned.

7. The white man hired after Alvin Pugh, who position did he fill.

8. A true and correct copy of Paul MVR at his hire date, along with request for information from his past employer.

9. A true and correct copy of the repair bill for the forklift that was damaged in the incident with Paul.

10. Documentation that fully explains step # four in the loading/unloading process that a driver must follow to ensure safety after the chaining and pulling the dock plate after step # two.

11. Besides Peter and his father-in-law, who drives OTR, name all persons employed by defendant that is related to Paul.

12. Documentation that show why plaintiff was not paid his vacation pay, "required by federal" law, until the Union forced them.

13. When plaintiff told Bill Barton that people were saying Paul had pulled the wrong trailer at the plant, why was there no investigation.

## CONCLUSION

The Plaintiff request that this COURT grant the above Motion For Discovery, that evidence may confirm allagations complained of, produce new evidence, show the court that defendants actions amounts to discrimination and that they ommitted, withheld, gave false statements to cover it up and deceive the court. Plaintiff was not treated fair by defendants in his employment nor in this ongoing proceeding.

Respectfully,

Darrell Hinson

Darrell Hinson Pro SE

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion For Discovery, upon the following by placing a copy in the Mail, this 10th of March 08

Mr. Thomas T. Gallion, III
305 South Lawrence St.
Montgomery, Alabama 36103
334-265-8573

*Darrell Hinson*
Darrell Hinson Pro SE
P.O. Box 9951
Montgomery Al 36108
334-294-5389