IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL HINSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv971-ID |
| | ) |
| CHELSEA INDUSTRIES, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff Darrell Hinson's *pro se* Motion to Extend Time to Appeal/Motion to Reconsider Final Order (Doc. No. 58) and *pro se* Motion to Hold Defendant in Contempt of Court (Doc. No. 59), and Defendant Chelsea Industries' Reply thereto (Doc. No. 63), it is ORDERED that said Motions be and the same are hereby DENIED.

DONE this 14th day of March, 2008.

                                      /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE